◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RLI INSURANCE COMPANY,

V.

TOWN OF MOSSES, ALABAMA, and
ALICIA SHUFORD-GORDON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV230-WKW

TO:  Town of Mosses
     Attn: Town Clerk
     Post Office Box 296
     Hayneville, AL 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eris Bryan Paul
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                  3-15-07

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

RLI INSURANCE COMPANY,

V.

TOWN OF MOSSES, ALABAMA, and
ALICIA SHUFORD-GORDON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV230-WKW

TO:   Ms. Alicia Shuford-Gordon
      124 Chisolm Street
      Hayneville, AL 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eris Bryan Paul
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, AL 36102-2148

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  3-15-07