| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Alicia S. Gordon*  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  3-17-07 |
| 1. Article Addressed to:<br><br>Ms. Alicia Shuford-Gordon<br>124 Chisolm Street<br>Hayneville, AL 36040 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV230<br>SRW |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0003 8383 5826 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |