IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 2:07-cv-00230-WKW-SRW |
| **TOWN OF MOSSES, ALABAMA, and** ) | |
| **ALICIA SHUFORD-GORDON,** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party to the above-captioned matter hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

RLI Corp.

RLI Aviation, Inc.

RLI Insurance Company

RLI Underwriting Services, Inc.

RLI Insurance Agency, Ltd.

Mt. Hawley Insurance Company

RLI Indemnity Company

Safe Fleet Insurance Services, Inc.

RLI Insurance Ltd.

Underwriters Indemnity General Agency, Inc.

/s/ Eris Bryan Paul
ERIS BRYAN PAUL
Attorney for Plaintiff,
RLI Insurance Company

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

cc: Ms. Alicia Shuford-Gordon
124 Chisolm Street
Hayneville, AL 36040

Town of Mosses
Attn: Town Clerk
Post Office Box 296
Hayneville, AL 36040