**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Town of Mosses
Attn: Town Clerk
Post Office Box 296
Hayneville, AL 36040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
3-28-07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:07CV230
SrC

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0810 0003 8383 5833

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540