IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR -6  P 1:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RLI INSURANCE COMPANY,  )
                        )
    Plaintiff,           )
                        )
vs.                     ) Case No.: 2:07-CV-00230-WKW-SRW
                        )
TOWN OF MOSSES, ALABAMA, and )
ALICIA SHUFORD-GORDON,  )
                        )
    Defendants.          )
                        )

## ANSWER OF ALICIA SHUFORD-GORDON

Comes Now, the Defendant, Alicia Shuford-Gordon, Pro Se, and in answer to the Plaintiff's Complaint, say as follows:

### FIRST DEFENSE

1. Upon information and belief, Defendant Alicia-Shuford-Gordon admits that RLI Insurance Company ("RLI") is incorporated under the laws of Peoria, Illinois.

2. Defendant Alicia-Shuford admits the allegations of Paragraph 2 of the Complaint.

3. Defendant Alicia Shuford-Gordon admits the allegations of Paragraph 3 of the Complaint.

4. Defendant Alicia Shuford-Gordon admits Jurisdiction and Venue are proper.

5. Defendant Alicia Shuford-Gordon denies the remainder of the allegations of the Complaint.

## SECOND DEFENSE

The Defendant is not guilty of the matters set forth in the Complaint

## THIRD DEFENSE

The Defendant pleads the general issue.

## FOURTH DEFENSE

The Plaintiff has failed to state a claim for which relief can be granted and the Defendant demands strict proof thereof.

*Alicia Shuford-Gordon*
ALICIA SHUFORD-GORDON
Defendant (Pro Se)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following:

Town of Mosses
Attn: Town Clerk
P.O. Box 296
Hayneville, Alabama 36040

Eris Bryan Paul, Esq.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148

by placing same in the U.S. Mail-postage prepaid on this the 6th day of April, 2007.

*Alicia Shuford-Gordon*
**PRO SE**

**ALICIA SHUFORD-GORDON**
**124 Chisolm Street**
**Hayneville, Alabama 36040**
334-563-7968