IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv230-WKW |
| ) | |
| TOWN OF MOSSES, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff/counterclaim defendant's motion to shorten time (Doc. # 19), filed December 7, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Defendants shall respond to interrogatories and request for production on or before December 21, 2007.

DONE, this 13th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE