IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ PLAINTIFF/COUNTERCLAIM DEFENDANT ) ) ) ) | |
| vs. ) TOWN OF MOSSES, ALABAMA, and ) ALICIA SHUFORD-GORDON, ) ) Defendants. ) | Case No.: 2:07-cv-00230-WKW-SRW |

## MOTION TO WITHDRAW

COMES NOW the undersigned attorney that appears of record for the Plaintiff/Counterclaim Defendant, Eris Bryan Paul, and hereby moves this Court for a Motion to Withdraw from the above-referenced case. As grounds therefore, the undersigned attorney states as follows:

1. Eris Bryan Paul is leaving the firm of Ball, Ball, Matthews & Novak, P.A. to move to Birmingham.

2. W. Christopher Waller, Jr., of Ball, Ball, Matthews & Novak, P.A., will be the new attorney of record on behalf of Plaintiff/Counterclaim Defendant. The undersigned hereby asks this Court to make notice that W. Christopher Waller, Jr., is to be the attorney of record from this point forward on behalf of Plaintiff/Counterclaim Defendant.

WHEREFORE THE PREMISES CONSIDERED, the undersigned attorney makes motion to this Court to allow him to withdraw from the above-referenced matter.

s/ Eris Bryan Paul
ERIS BRYAN PAUL  (PAU014)

s/ W. Christopher Waller, Jr.
Attorney for the Plaintiff/Counterclaim Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222
Email:  CWaller@ball-ball.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Collins Pettaway Jr.
Chestnut Sanders Sanders Pettaway & Campbell, L.L.C.
P. O. Box 1290
Selma , AL 36702-1290

                                            s/ W. Christopher Waller, Jr.
                                            OF COUNSEL