IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ PLAINTIFF/COUNTERCLAIM DEFENDANT ) ) ) ) ) | |
| vs. ) | Case No.: 2:07-cv-00230-WKW-SRW |
| TOWN OF MOSSES, ALABAMA, and ALICIA SHUFORD-GORDON, ) ) ) | |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** W. Christopher Waller, Jr., an attorney with the law firm of Ball, Ball, Matthews & Novak, P.A., Post Office Box 2148, Montgomery, Alabama 36102-2148, and enters his appearance as counsel for Plaintiff/Counterclaim Defendant RLI Insurance Company.

Done this 28th day of December 2007.

s/ W. Christopher Waller, Jr.
Attorney for the Plaintiff/Counterclaim Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: (334) 387-7680
Facsimile: (334) 387-3222
Email: CWaller@ball-ball.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Collins Pettaway Jr.
Chestnut Sanders Sanders Pettaway & Campbell, L.L.C.
P. O. Box 1290
Selma , AL 36702-1290

                                                  s/ W. Christopher Waller, Jr.
                                                  OF COUNSEL