IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-00230-WKW |
| ) | |
| TOWN OF MOSSES, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants/ Counterclaim Plaintiffs. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Withdraw (Doc. # 21) filed by Eris Paul, it is ORDERED that the motion is GRANTED.

DONE this 7th day of January, 2008.

                                                /s/  W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE