IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ PLAINTIFF/COUNTERCLAIM DEFENDANT | ) ) ) ) |
| vs. TOWN OF MOSSES, ALABAMA, and ALICIA SHUFORD-GORDON, Defendants. | ) ) ) ) ) ) |

Case No.: 2:07-cv-00230-WKW-SRW

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff/Counterclaim Defendant, RLI Insurance Company, (Hereinafter "RLI"), in the above-styled cause, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, and hereby moves this Honorable Court to enter Summary Judgment in its favor on all counts in the complaint, as a matter of law, on the grounds that there is no genuine issue of material fact, and that it is entitled to Summary Judgment as a matter of law.

In support of the Motion for Summary Judgment, RLI submits the following evidence:

1. Statement of undisputed facts contained in the Brief in the support of Motion for Summary Judgment filed contemporaneously herein.

2. The evidentiary submissions in support of the Motion for Summary Judgment filed contemporaneously herein.

WHEREFORE THE PREMISES CONSIDERED, Plaintiff/Counterclaim Defendant RLI respectfully requests, pursuant to Rule 56 of the *Federal Rules of Civil Procedure* that Summary Judgment be entered in its favor on all accounts as a matter of law against defendants.

        s/ W. Christopher Waller, Jr.
        RICHARD A. BALL, JR. (BAL004)
        W. CHRISTOPHER WALLER, JR. (WAL187)
        Attorney for the Plaintiff/Counterclaim Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Collins Pettaway Jr.
Chestnut Sanders Sanders Pettaway & Campbell, L.L.C.
P. O. Box 1290
Selma , AL 36702-1290

Alicia Shuford Gordon
124 Chisholm Street
Hayneville, Al 36040

        s/ W. Christopher Waller, Jr.
        OF COUNSEL