IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RLI INSURANCE COMPANY/ )
PLAINTIFF/COUNTERCLAIM )
DEFENDANT )
 )
vs. ) Case No.: 2:07-cv-00230-WKW-SRW
TOWN OF MOSSES, ALABAMA, and )
ALICIA SHUFORD-GORDON, )
 )
                    Defendants. )

BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff/Counterclaim Defendant, RLI Insurance Company, (Hereinafter "RLI"), and submits the following Brief in Support of its Motion for Summary Judgment.

I.    STATEMENT OF UNDISPUTED FACTS

1.    The Plaintiff, RLI Insurance Company ("RLI") is an Illinois corporation with its principal place of business in Peoria, Illinois.

2.    The Defendant Town of Mosses, Alabama is an incorporated municipality with a population of less than 2000 people located in Lowndes County, Alabama.  The Town of Mosses was incorporated in 1979 and employs the Mayor/Council form of government and has since its inception.

3.    The Defendant Alicia Shuford-Gordon at all times relevant to this action, was the Town Clerk of Mosses, Alabama. Ms. Shuford-Gordon is a resident citizen of Lowndes County, Alabama.

4.    William Scott was elected to the City Council in 1996.  In 2004, Councilman Scott ran for a successful campaign of Mayor against the incumbent, Walter Hill.

5.      At all time relevant to the matters examined by the Complaint, Ms. Alicia Shuford-Gordon was the City Clerk for the town of Mosses. RLI Insurance Company wrote Ms. Shuford-Gordon a public official surety bond in the amount of $100,000. A copy of the Surety Bond is attached hereto and is incorporated herein by reference. (Attached as Exhibit "A").

6.      The City of Mosses has made a claim on this bond asserting Shuford-Gordon breached her duty as City Clerk causing them a loss in excess of $100,000. To date, this claim arises out of three separate occurrences: (1) the failure of the city to pay quarterly employee payroll taxes for a period of time; (2) a series of unpaid debts incurred by the City during the period of time in which Ms. Shuford-Gordon served as Town Clerk; and (3) expenses associated with services provided by tax consultant, Charles Elam, who assisted the town in negotiating the above-referenced tax problem with the IRS.

7.      The Town of Mosses filed a Proof of Claim Form with RLI Insurance Company on June 6, 2006, and submitted documentation they allege supports their claims. (Attached as Exhibit "B").

## II.    SUMMARY JUDGMENT STANDARD

Rule 56(c), *Federal Rules of Civil Procedure*, provides that summary judgment is due to be entered in favor of the moving party if "there is no genuine issue as to any material fact."  The moving party must first come forward with proof of the absence of genuine issues of material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 321 (1986).  The moving party may meet this burden by identifying portions of the pleadings, depositions, answers to interrogatories, admissions or affidavits that demonstrate the absence of an issue of material fact.  Id. at 323.

The burden then shifts to the non-moving party to present affirmative evidence that there is a genuine issue of material fact.  *Fed.R.Civ.P. 56(e)*;  *Matsushita Electrical Industrial Co., Ltd. v.*

*Zenith Radio Corp.*, 475 U.S. 574, 587 (1986). Any inferences to be drawn from the underlying facts should be viewed in a light most favorable to the non-moving party. *Matsushita*, 475 U.S. at 587. If the record as a whole "could not lead a rational trier of fact to find for the non-moving party there is no 'genuine issue for trial'." Id.

**III.    ARGUMENT**

A.    THE LAW OF SURETYSHIP

Suretyship is a legal relationship, contractual in nature, whereby one party, the surety, undertakes an obligation to be held answerable for the debt, default or miscarriage of another party, known as the principal. Stearnes, *The Law of Suretyship* § 1.1 (5th Ed. 1951); 74 *Am. Jur.* 2d *Suretyship* § 1. Generally, such an agreement is required to be in writing to be enforceable, as required by the Statute of Frauds. *Ala. Code* § 8-9-2(3) (1993). Suretyship creates a tripartite relationship between and among the party secured (the bond obligee), the principal (the bond obligor), and the party secondarily liable (the surety). See *R. Cooper Shattuck, Bad Faith: Does it Apply to Sureties in Alabama:* 57 Ala. Law 241. The surety relationship is usually set out within a written document called a bond. 74. *Am. Jur.* 2d Suretyship § 3. The surety's liability to the obligee is contained in the provisions of its contract with the obligee. *Id.*

Generally, there are two types of bonds: fidelity and surety. See *R. Cooper Shattuck, supra.* Fidelity bonds generally provide coverage for the dishonest, legal or wrongful conduct of the principals with respect to monies which may come into the possession as fiduciaries or the failure of the principals to perform specific duties. *Id.* Surety bonds provide compensation for losses sustained by an obligee as a result of the principal's failure to perform its contractual or statutory obligations to the obligee. *Id.* Some of the requirements of the bond may be required by an applicable statute, including the amount for the bonds. See *Ala. Code* Sections 36-20-3 (1991)(Notaries Public); 34-4-24 (1991)(Auctioneers); 12-17-91 (1986)(Clerk of the Circuit Court);

12-17-111 (1986)(Register of the Circuit Court); 36-23-4 (1991)(Constables); 11-5-3 (1989)(Coroners).

B.     RLI HAS NO DUTY TO THE TOWN OF MOSSES UNDER SHUFORD-GORDON'S SURETY BOND

This case arises out of Declaratory Judgment Action filed by RLI Insurance Company to determine its rights and obligations under a surety bond which it wrote on behalf of Alicia Shuford-Gordon with respect to her duties as the City Clerk in the Town of Mosses. The bond is a "Faithful Performance Bond" and the requisite standard for making a claim under such is whether or not the principal failed to perform its contractual or statutory obligations to the obligee.   See *R. Cooper Shattuck, supra.*

The Town of Mosses (hereinafter referred to as the "Town") has made a claim on this bond asserting Shuford-Gordon breached her duty as City Clerk causing them a loss in excess of $100,000. To date, this claim arises out of three separate occurrences: (1) the failure of the city to pay quarterly employee payroll taxes for a period of time; (2) a series of unpaid debts incurred by the City during the period of time in which Ms. Shuford-Gordon served as Town Clerk; and (3) expenses associated with services provided by tax consultant, Charles Elam, who assisted the town in negotiating the above-referenced tax problem with the IRS.

As evidence of this claim, the Town submitted a Proof of Loss Claim Form, Summary Sheet and documentation that allegedly supports its claim. The documentation submitted to RLI by the Town in support of its claim is attached as follows: (1) The Proof of Claim and Summary Sheet (Attached as Exhibit "B"); (2) "Financial Statements" (Attached as Exhibit "C"); (3) "Tax Issues" (Attached as Exhibit "D"); (4) "Unpaid Bills" (Attached as Exhibit "E"); (5) Miscellaneous Documentation identified as "Misc"(Attached as Exhibit "F"); and (6) letters to Ms. Shuford Gordon (Attached as Exhibit "G").

In the Mayor/Council form of government, the Mayor is the Chief Executive Officer of the municipality and has general supervision and control over all other officers and affairs of the city or town. § 11-43-81 *Code of Alabama*, (1975, as amended). The Mayor has the exclusive authority to supervise and control the administrative personnel in the municipalities. See The Attorney General's Opinion to Hon. Gilbert Watson, October 8, 1957 (§ 11-43-81 *Code of Alabama*, (1975, as amended).   Under Alabama law, a surety may make any defense not personal to the principal, but which the principal can. *United States Fidelity & Guaranty Co. v. Town of Dothan*, 174 Ala. 480, 56 So. 953 (1911).

The Town of Mosses employs the Mayor/Council form of government.  Therefore, the Mayor is the Chief Executive Officer of the municipality and has general supervision and control over all other officers and affairs of the city or town.  The Mayor has the exclusive authority to supervise and control the administrative personnel in the municipalities.  Ms. Shuford-Gordon, in her role as Town Clerk, was merely an administrative arm of the city's governing body.   As such, she merely paid the bills as directed by the City and Mayor and had no independent check-writing authority.  (Attached as Exhibit "H").

The Proof of Loss form and supporting documentation submitted by the Town (Exhibits "B, C, D, E, & F") does not support a finding that Ms. Shuford Gordon failed to perform her contractual or statutory obligations to the Town.   In fact, RLI is not entirely sure what, if anything, the documentation might support.  Based on the documentation submitted in support of the Town's claim, it is clear the City's expenses far exceeded the revenue it was generating; hence, it was spending more than it was receiving, thus leaving no money left over for  various expenses.  As such, RLI requests this Honorable Court enter a ruling that the Town has failed to make a viable claim under Shuford-Gordon's surety bond pursuant to the terms ad provisions therein, such that there is no duty on behalf of RLI arising from the claim.

C.     BAD FAITH CLAIMS AGAINST A SURETY, GENERALLY

Some state courts have imposed liability upon the performance and payment of bond suretys for the breach of an implied covenant of good faith and fair dealings following similar standards developed in insurance cases, either by applying an unfair insurance claims practice statute, or by finding a breach of a common law obligation of good faith and fair dealing. See *R. Cooper Shattuck, supra.* For example, both Alaska and Arizona recognize bad faith claims by an obligee against a surety. See *Dodge v. Fidelity & Deposit Company*, 778 P.2d 1240 (Ariz. 1989); see also *Loyal Order of the Moose, Lodge 1392 v. International Fidelity Insurance Company*, 797 P.2d 622 (Alaska 1990). Other state and federal courts have addressed the issue and have held that a bad faith action cannot be maintained against a surety. See e.g., *United States v. Seaboard Surety Company*, 817 F.2d 956 (2nd Cir. 1987) (holding that the government could not maintain bad faith claim against a surety); *United States v. Wausau Insurance Company*, 755 F. Supp. 906 (E.D. Cal. 1991) (applying California law and holding that the claimant under the payment bond cannot maintain bad faith action against payment bond surety); *Kerlinsky v. Fidelity & Deposit Company*, 690 F. Supp. 1112 (D. Mass. 1987) (ruling that there is no tort claim available to the claimant on payment bond for surety's failure to pay judgment rendered against the principal).

a.     Bad Faith in Alabama

The intentional tort of bad faith was adopted in first-party insurance actions in Alabama in *Chavers v. National Security Fire & Casualty Company* 405 So.2d 1 (Ala. 1981). In *Chavers*, the Supreme Court of Alabama recognized a tort for the intentional breach by an insurer of its duty of good faith and fair dealing to the insured. *Id.* at 6. The court adopted the test for bad faith and held "that an actionable tort arises from an insurer's intentional refusal to settle a direct claim where there is either (1) no lawful basis for the refusal coupled with the actual knowledge of that fact or (2) the intentional failure to determine whether or not there was any lawful basis

for such refusal." *Chavers*, 405 So.2d at 7 (quoting *Vincent V. BlueCross BlueShield of Alabama*, 373 So.2d 1054 (Ala. 1979)).

Shortly thereafter, the Alabama Supreme Court released the opinion of *National Security Fire & Casualty Company v. Bowen*, 417 So.2d 179 (Ala. 1982) which specified the required elements for a claim for bad faith refusal to pay:

> a.    an insurance contract between the parties and a breach thereof by the Defendant;
>
> b.    an intentional refusal to pay the insured's claim;
>
> c.    the absence of any reasonable legitimate or arguable reason for that refusal (the absence of a debatable reason);
>
> d.    the insurer's actual knowledge of the absence of any legitimate or arguable reason;
>
> e.    if the intentional failure to determine the existence of a lawful basis is relied upon, the Plaintiff must prove the insurer's intentional failure to determine whether there is a legitimate or arguable reason to refuse to pay the claim.

*Bowen*, 417 So.2d 179.    Subsequent decisions have followed relying on the *Bowen* principles. See *Sherrin v. Northwestern National Life Insurance Company*, 2 F.3d 373 (11th Cir. 1993); *Fuller v. State Farm Fire & Casualty Company*, 721 F. Supp. 1219 (M.D. Ala. 1989); and *National Insurance Association v. Sockwell*, 829 So.2d 111 (Ala. 2002).

b.    Bad Faith is Only Available to an Insured/Insurer Relationship

Bad faith in Alabama **requires an insurance contract** between the parties, and the Alabama Supreme Court has adamantly refused to extend the tort of bad faith to other types of relationships.  *Gaylord v. Lawler Mobile Homes, Inc.*, 477 So.2d 382 (Ala. 1985) (holding "the tort of bad faith has been recognized in this state only within the insurance policy context"); *Forbus v. Sears Roebuck & Company*, 958 F.2d 1036 (11th Circ. 1992) (refusing to extend bad faith to

employment contract); *Hobbs v. Alabama Power Company*, 775 So.2d 783 (Ala. 2000) (refusing to extend bad faith to employer outside of worker's compensation statute); *Peninsula Life Insurance Company v. Blackman*, 476 So.2d 87 (Ala. 1985)(Supplemental Disability Plan maintained by employer); *Ex Parte Simmons*, 791 So.2d 371 (Ala. 2000)(Third Party Administrator, with whom Plaintiff had no contract, entitled to Summary Judgment).  While Alabama recognizes bad faith claims against insurers, absent an insured/insurer relationship, such claims are not available.

c. The Contract at issue is a Suretyship, not a Contract of Insurance

The initial question that must be addressed is whether the bond, the only contract between the Town and RLI, is a contract of insurance or suretyship.  This issue was addressed by our Supreme Court in *National Surety Co. v. Julian*, 227 Ala. 472, 150 So. 474 (1933).  In *Julian*, the Court distinguished suretyship contracts with other contracts, including insurance, as being: (1) the joint and several contract of the principle and the surety; and (2) the liability of the principle over to the surety for any and all claims arising.[1]

The bond in this case is clearly a surety contract.  While reading the bond, it clearly states the Ms. Shuford-Gordon is the principle/obligor, RLI is the surety, the town is the obligee /secured party and that RLI's obligations would "arise" upon Gordon's non-faithful performance. (See Exhibit "A").  As the bond at issue is one of surety, then the requisite

---

[1] See also *R. Cooper Shattuck, Bad Faith: Does it Apply to Sureties in Alabama:* 57 Ala. Law 241, 244, discussing the differences between surety contracts and insurance contracts as (1) Suretyship creates a tripartite relationship in which the surety and principal are liable to the obligee; but between surety and principal, the principal is primarily liable and surety is secondarily liable; (2) A surety's obligation to the obligee is primarily the extension of standby credit; (3) The cost charged by the surety for the bond(s) is not based upon an actuarial computation of loss, but instead is a fee for the extension of credit; (4) The principal, and not the obligee, makes the application for the surety bond and generally is obligated for the cost of the bond, as opposed to the oblige; (5) There is generally no issue of unequal bargaining power between the obligee and the surety, and indeed, the surety has little, if anything, to say about the drafting of the underlying contract-- the bond.  The obligee can control the terms of the bond; (6) The bond is generally not an adhesive agreement but an agreement prepared by the obligee, and execution of the required form of bond is made a condition of the principal's performance; (7) Courts generally do not impose fiduciary responsibilities upon the surety toward the obligee, but limit the surety's obligation to those of the principal, including the right of the surety to assert any defenses that the principal might assert against the oblige; and finally (8) The surety has a divided obligation of good faith not only to the obligee but also to the principal and indemnitors, resulting in a dilemma of potential liability to one party or the other.

insured/insurer relationship does not exist between RLI and the Town of Mosses to support a claim for bad faith.

Furthermore, RLI did not insure the Town of Mosses. In *Penninsula Life Ins. Co. v. Blackmon*, 476 So.2d 87 (Ala.1985), the Supreme Court held: "The tort of bad faith refusal to pay a claim has heretofore been applied only in those situations where a typical insurer/insured relationship existed; that is, where the insured or his employer entered into a written contract of insurance with an insurer and premiums were paid into a central fund out of which claims were to be paid." *Id* at 89. The surety contract amount RLI and the Town of Mosses does not meet this definition of insurance.

   d.      Bad Faith and Suretyship in Alabama

There have been no Alabama courts which have held the tort for bad faith is applicable in a suretyship context. While the courts have applied the elements of bad faith as used in the context of insurance, those decisions have pretermitted a discussion on whether the tort of bad faith should apply to a surety. *See* e.g. *Insurance Co. of North Am. v. Citizensbank of Thomasville*, 491 So.2d 880 (Ala. 1986)(existence of debatable reason for denial of the claim); *Elmore v. Morrison Assurance Co.*, 502 So.2d 378 (Ala. 1987)(failure to cite any supporting authority); *Hightower & Co. v. United States Fidelity & Guar. Co.*, 527 So.2d 698 (Ala.1988)(procedural error); *Knutilla v. Auto-Owners Insurance Company*, 578 So.2d 1359 (Ala.Civ.App. 1991)(there was a lawful basis for denial of the claim). Hence, while Alabama recognizes bad faith claims against insurers, surety bonds are not contracts of insurance and, absent an insured/insurer relationship, such claims are invalid. As such, summary judgment should be granted in favor of RLI as to the Town's claim for bad faith refusal to pay under the surety bond.

D. BREACH OF CONTRACT

First, because this is a surety case, RLI cannot be liable to the Town of Mosses unless the Town won is entitled to recover from Shuford-Gordon. *See Federal Ins. Co. v. I. Kruger, Inc.,* 829 So.2d 732, 736 (Ala.2002) (if there is no right of recovery against the principal, there is no right of recovery against the surety on the payment bond); and *Magic City Paint & Varnish Co. v. American Surety Co. of New York,* 228 Ala. 40, 43, 152 So. 42, 44 (1934) ("if liability be not shown against the contractor, clearly none can be established against the surety").  Based on the arguments cited in Sections A and B above, the Town has failed to present a viable claim under the surety bond such that there is no right to recovery against Shuford-Gordon.

It is well settled in order to establish a breach of contract claim a claimant must show evidence of the following: the existence of a valid contract binding the parties in the action, (2) [its] own performance under the contract, (3) the defendant's nonperformance, and (4) damages.  <u>Hooper v. Columbus Regional Healthcare System, Inc.,</u>  _____So. 2d _____, 2006 WL 2988689, *3 (Ala. 2006) (internal quotations omitted and quoting <u>Jones vs. Alfa Mutual Insurance Co.,</u> 875 So. 2d 1189, 1195 (Ala. 2003)).

In the case at bar, the Town has failed to show that RLI had any duty to pay the Town's claim arising out of a suretyship contract with respect to Shuford-Gordon's employment. Absent presenting a viable claim, which it has not, the Town's claim for breach of contract as to RLI should be dismissed as a matter of law.


IV. CONCLUSION

The undisputed material facts, arguments, and case law cited above dictate summary judgment is due to be granted in favor of Plaintiff/Counterclaim Defendant RLI finding that it is not obligated to the Town of Mosses under the subject surety bond and entering summary

judgment in its favor as to Defendant/Counterclaim Plaintiff Town of Mosses' counterclaims.

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff/Counterclaim Defendant RLI respectfully requests this Honorable Court enter summary judgment in its favor as to all counts.

s/ W. Christopher Waller, Jr.
RICHARD A. BALL, JR. (BAL004)
W. CHRISTOPHER WALLER, JR. (WAL187)
Attorney for the Plaintiff/Counterclaim
Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Collins Pettaway Jr.
Chestnut Sanders Sanders Pettaway & Campbell, L.L.C.
P. O. Box 1290
Selma , AL 36702-1290

Alicia Shuford Gordon
124 Chisholm Street
Hayneville, Al 36040

s/ W. Christopher Waller, Jr.
OF COUNSEL

00174318

## RLI
*Fundamentally Innovative*

# NOTICE OF
# CANCELLATION

RLI Surety  I  A division of RLI Insurance Company
P.O. Box 3967  I  Peoria IL 61612-3967

SCANNED OCT '28 '04

CITY OF MOSES
P.O. BOX 296
HAYNEVILLE       AL 36040

RECEIVED
OCT 2 8 2004
CLAIMS DEPT.

OCTOBER 14, 2004

RE: Bond No:          RSB0633446
    Amount:           $100,000.00
    Principal:

                      CITY OF MOSES
    Principal Address: P.O. BOX 296
    Principal City:   HAYNEVILLE
    Principal State:  AL
    Principal Zip Code: 36040
    Obligee:
    Description:      POSITION SCHEDULE

WHEREAS, **RLI Insurance Company** (hereinafter called the surety) executed, on the date indicated
in the caption, a certain bond as described for and on behalf of the Principal and in favor of the Obligee
whose names are written above, and

WHEREAS, by the terms of said bond, it is provided that the said Surety shall have the right to
terminate its suretyship thereunder by serving notice of its election so to do upon the said Obligee, and

WHEREAS, the said Surety desires to take advantage of the terms of said bond as above referred to
and does hereby elect to terminate its liability in accordance with the provisions thereof,

NOW, THEREFORE, you are hereby notified that **RLI Insurance Company** shall, on ___11/17/04___
(or at the expiration of _____ days after the receipt of this notice consider itself released from all
liability by reason of any default committed thereafter by said Principal.

Signed ___OCTOBER 14, 2004___

**RLI Insurance Company**

Cynthia S. Dohm
RLI Surety

EXHIBIT
A

Copy sent to
Agent · Principal · Obligee

L0008104



# PUBLIC OFFICIAL POSITION SCHEDULE BOND

*P.O. Box 3967*
*Peoria, Illinois 61612-3967*
*(309) 692-1000*

Bond No. - RSB0633446

Item 1. Name of Insured: City of Moses

(the "Insured")

Principal Address: P.O. Box 296
                   Hayneville, AL  36040

Item 2. Bond Period__September 10, 1999__to_____Continuous_____

Item 3. Limit of liability does not exceed the sum specified in the Schedule of Positions or written acceptances
by the Company as to each Position there listed.

## I.   INSURING AGREEMENT

The RLI Insurance Company, an Illinois corporation (the "Company"), in consideration of an agreed
premium is held and firmly bound unto __City of Moses_____

of_____Hayneville_____,_AL_, Obligee, for the faithful discharge of the duties of any
Public Official or Employee while occupying any position named in the schedule attached, or added thereto
by written acceptance of the Company as to said position after the the _10th_ day of__September__,_1999_.

## II.  CONDITIONS

**A.  Coverage.** Automatic coverage is granted for the first thirty days service of any Public Official or
Employee:

(1) Occupying a newly created position identical with one listed in the schedule of positions, in an equal
amount.

Provided, however, that the automatic coverage herein granted shall be void and of no effect from the
beginning, unless during the said thirty day period the Obligee has requested in writing that the position
be added to the schedule, and the Company by written acceptance has consented thereto.

Coverage on any position may be increased or decreased upon written request of the Obligee, if agreed
to in writing by the Company.

**B.  Cancellation.** Cancellation hereunder is effective, and all liability under this bond shall cease as to future
acts or omissions as to any Public Official or Employee on the date specified in written notice given by
the Obligee to the Company as to any or all positions or Public Officials or Employees, or after thirty
days' written notice given by the Company to the Obligee of its intent to cancel this bond in its entirety,
or as to any Public Official or Employee or position.

**C.  Liability.** The Company's liability under this bond shall not be cumulative, and in no event shall the
Company be called upon to pay as a loss hereunder in an amount greater than the largest single amount
for which the position occupied by any Public Official or Employee causing such loss is or has been
covered in the schedule, whether said loss occurred during any one or more years. The liability of the
Company for any Public Official or Employee occupying more than one position at one time, or at
different times, shall not exceed the largest amount of coverage specified for any single position
occupied by said Public Official or Employee. The liability of the Company shall **never exceed** the amount

in effect for the position when the act of the Public Official or Employee causing the loss shall have occurred. In the event there are more Public Officials or Employees occupying the position covered in the schedule than are listed therein, the Company shall be liable for such proportion of the amount of coverage as the number of Public Officials or Employees listed bears to the number of Public Officials or Employees actually occupying the position when the loss occurred.

The Liability of the Company hereunder is subject to the terms and conditions of the following Riders, attached thereto:

None of the specifications of this Bond shall be altered or waived, except in writing by the Company executed by its President, Vice President, Secretary, Assistant Secretary or Treasurer.

Dated this 29th day of    September    , 1999 .

Countersigned                                          **RLI Insurance Company**

By_____              By_____
       Authorized Individual                                Jonathan E. Michael
                                      President

SCHEDULE OF POSITIONS - EFFECTIVE   September 10, 1999   .

(If there is more than one position of like classification, list by number, thus: Cashier No. 1, Cashier No. 2)

| SCHEDULE NUMBER | POSITION NAME | NO. | POSITION LOCATION | BOND AMOUNT | BOND PREMIUM |
|---|---|---|---|---|---|
| 1 | Town Clerk | 1 | City of Moses | $100,000.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

OFF 0102 (2/93)



P.O. Box 3967
Peoria, Illinois 61612-3967
(309) 692-1000

# Acknowledgment of Surety

STATE OF _____ILLINOIS_____ }
                                 }ss.
COUNTY OF _____PEORIA_____ }

On this _29th_ day of _September_, _1999_, before me, a Notary Public in and for said County, personally appeared _____Jonathan E. Michael_____, personally known to me, who being by me duly sworn did say that he/she is the aforesaid officer of the RLI INSURANCE COMPANY of Peoria, Illinois, a corporation duly organized and existing under the laws of the State of Illinois, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, that the said instrument was signed, sealed and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledge that the said instrument and the execution thereof to be a voluntary act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed by official seal the day and year last above written.

My Commission Expires:

_2/2/2000_

_Cherie L Montgomery_
Notary Public

"OFFICIAL SEAL"
CHERIE L. MONTGOMERY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/2/2000

A0001D95



P.O. Box 3967
Peoria, Illinois 61612-3967
(309) 692-1000

# POWER OF ATTORNEY
## RLI Insurance Company

### Bond No.  RSB0633446

*Know All Men by These Presents:*

That the RLI INSURANCE COMPANY, a corporation *organized and existing under the laws of the State of Illinois, and authorized and* licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: **JONATHAN E. MICHAEL** in the City of **PEORIA**, State of **ILLINOIS** its regularly elected President, Chief Operating Officer, as Attorney-in-Fact, with full power *and authority hereby conferred upon him to sign, execute, acknowledge and deliver for and on its behalf as Surety and as its act and deed,* bond for:

| | |
|---|---|
| Principal: | City of Moses |
| Obligee: | City of Moses |
| Type Bond: | Public Official Position Schedule |
| Bond Amount: | $100,000.00 |

The *RLI INSURANCE COMPANY further certifies that the following is a true and exact copy of a Resolution adopted by the Board of* Directors of RLI Insurance Company, and now in force to-wit:

> "**All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys-in-Fact or Agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.**"

IN WITNESS WHEREOF, the RLI Insurance Company has caused these presents to be executed by its **CHAIRMAN, CEO** with its corporate seal affixed this  29th  day of   September  , 1999 .

ATTEST:

*Camille J. Hensey*
Corporate Secretary

RLI INSURANCE COMPANY

*Gerald D. Stephens*
Chairman, CEO

On this  29th  day of   September  ,  1999  before me, a Notary Public, personally appeared **Gerald D. Stephens** and **Camille J. Hensey**, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as Chairman, CEO and Corporate Secretary, respectively, of the said RLI INSURANCE COMPANY, and acknowledged said instrument to be the voluntary act and deed of said corporation.

*Cherie L. Montgomery*
Notary Public

| |
|---|
| "OFFICIAL SEAL" |
| CHERIE L. MONTGOMERY |
| NOTARY PUBLIC, STATE OF ILLINOIS |
| My Commission Expires 2/2/2000 |

A0000D

PROOF OF LOSS &
SUMMARY SHEET



EXHIBIT

B

tabbies®

RLI 0217

PRIORITY

**PROOF OF LOSS**
Fidelity Bond

Claim# _00174318_                                Bond No. _PRC1032143_

Agency _Clark Associates_                    Date of Bond _September 10, 1999_

Claim in the amount of $ _110,657.58_ is hereby made according to the terms and conditions of the above described bond issued by _RLI Insurance Company_ (Surety) to _Alicia Shuford Gordon - Town of Mosses_ (Insured)

Loss occurred between _1997_ and _2004_
                                      Mo.-Day-Yr.                        Mo.-Day-Yr.

Total amount of loss: $ _110,657.58_ . Date loss first discovered _2004_

Employee's full name _Alicia Shuford Gordon_    Soc. Sec. No. _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_

Employed as _Municipal Clerk_ at _The Town of Mosses, Mosses AL_
                          Position                                Location

Date employed _Estimate around 1992_ Date terminated _June 7, 2004_

Employee's last known address _124 Chisolm St. Hayneville, AL. 36040_

Manner in which loss occurred _Payment of Salary instead of Payment of debt._
_Incurred New debt, even though there was an outstanding debt_

Date reported to police _____ Name and address of police department _____

Date of Conviction _____ Jurisdiction of Conviction _____

Date employee's accounts were previously checked _2004_
Has employee ever been short before? _No, Not_ If so, give date, approximate amount and tell how shortage was adjusted _That the Town is aware of._

There is no other suretyship or insurance under which the above claim, or any portion thereof, is claimable, except the following:

| Name of Insurer | Kind of Insurance | Amount |
|---|---|---|
| | | |

| Name of Insurer | Kind of Insurance | Amount |
|---|---|---|
| | | |

State of _Alabama_              {
                                          } ss:
County of _Lowndes_         {

~~Mr. C. Scott~~ - William C. Scott Jur M.Beck, Municipal Clerk being duly sworn, deposes and says:

That he(she) is the _Mayor_ of _The Town of Mosses_
                        (Give Title)

the claimant herein, having its main office at _1 Mosses Park Circle (P.O. Box 290) Hayneville, Al 36040_
                                                    (Number, Street, City and State)

That the claimant's former employee named herein has dishonestly converted to his (her) own use and misappropriated funds or property of the claimant equal to the amount of the claim indicated in this statement; that the statements above and on the reverse side hereof constitute a complete and truthful recital of all the facts as now known, and nothing material has been suppressed or withheld by the claimant.

Sworn to and subscribed before me

this _12_ day of _June_ 20 _06_

_Mary B. Beck_
Notary Public

MY COMMISSION EXPIRES JUNE 28, 2009

"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."

RLI 0218

# Town Of Mosses



1 Mosses Park Circle
P. O. Box 236
Hayneville, AL 36040
Phone 334-563-9141

William C. Scott, Mayor
Willie B. Hill, Mayor Pro-Tem
Mary Hester, Municipal Clerk

Council Lady Janice Patterson
Councilman Joe E. Bell
Councilman Roderick Coleman
Councilman Tarrence Gordon

## SUMMARY SHEET

| | |
|---|---|
| Outstanding Bills | $ 10,516.48 |
| Attorney Fees | $ 23,534.50 |
| Taxes Payable (IRS) | $ 70,306.60 |
| Tax Consultant | $ 3,500.00 |
| Bookkeeping | $ 2,800.00 |
| | |
| Total | $ 110,657.58 |

**Note:** If the full information about any of the outstanding bills are needed, they are
on file. The Town will mail them if needed or once they are requested.

# FINANCIAL STATEMENTS



**EXHIBIT**

*C*

tabbies®

RLI 0001

# Town Of Mosses

Mosses Post Office
P. O. Box 296
Hayneville, AL 36040
Phone 334-563-9141

William C. Scott, Mayor
Willie B. Hill, Mayor Pro-Tem
Mary Hestar, Municipal Clerk
Micheal Patrick, Police Chief

Councilman Joe E. Bell
Councilman Roderick Coleman
Councilman Tarrence Gordon

## Summary sheet
Town of Mosses
March 27, 2007

$ 39,213.16 first loan amount
$ 1,318.38 first payment toward tax liability

$ 79,000.00 Amount loan was refinanced to
+$ 1,318.38
**$ 80,318.38**

Foundation For A Bright Future

RLI 0002

GENERAL FUND'S
FY BUDGET
FOR THE YEAR BEGINNING
OCTOBER 1, 2002 – SEPTEMBER 30, 2003

| REVENUE | BUDGET | Year to Date Y-T-D | +- |
|---|---|---|---|
| PIONEER ELECTRIC | $ 15,000.00 | $19,954.63 | 4,954.63 |
| SALES TAX | 9,502.06 | 5,584.62 | 3,917.44 |
| BUSINESS LICENSE | 1,500.00 | 438.89 | 1,061.11 |
| LOWNDES CO. COMMISSION | 5,400.00 | 5,630.27 | 230.27 |
| LOWNDES CO. TAX COLLECTOR | 5,400.00 | 5,787.34 | 387.34 |
| LOWNDES CO. TAX TAG | 6,100.00 | 6,377.22 | 277.22 |
| MALLARD CABLE | 540.00 | | |
| TICKET/FINES | 2,000.00 | 1,571.85 | 428.15 |
| REPORTS | 125.00 | 25.00 | 100.00 |
| OCCUPATIONAL TAXES | 35,000.00 | 32,585.56 | 2,414.44 |
| 4-CENT | | 850.00 | |
| MISC. | | 34.56 | |
| **TOTAL** | $ 80,567.06 | $78,839.94 | |

UNDER BUDGET BY $1,727.1?

| EXPENDITURES | | | |
|---|---|---|---|
| SALARIES$ | | | |
| CLERK | $ 19,207.00 | 19,207.00 | |
| MAYOR | 6,000.00 | 3,500.00 | |
| COUNCIL | 1,500.00 | 200.00 | |
| CHIEF | 20,100.00 | 20,100.00 | |
| OFFICE SUPPLIES | 500.00 | 384.11 | 115.89 |
| UTILITIES | | | |
| WATER | 350.00 | 223.48 | 126.52 |
| GAS | 1,000.00 | 1,541.19 | 541.19 |
| ELECTRICITY | 1,500.00 | 4,727.87 | 3,227.87 |
| INSURANCE | | | |
| BUILDING | 9,000.00 | 7,914.27 | 1,085.73 |
| EMPLOYEES | 2,832.00 | 2,832.00 | |
| BOND | 223.00 | 223.00 | |
| TELEPHONE EXPENSE | 2,500.00 | 2,851.55 | 351.55 |
| DUES | | | |
| MAYOR | 100.00 | | |
| LEAGUE | 404.00 | 428.00 | 24.00 |
| CHIEF | 100.00 | 75.00 | 25.00 |
| STATE OF AL | 252.00 | 252.00 | |
| AUDIT | 834.00 | | |
| GARBAGE COLLECTION | 648.00 | 946.00 | 298.00 |
| NOTE PAYABLE | 9,361.80 | 11,078.14 | 1,716.34 |
| ACCT PAYABLE (DAYCARE) | 1,200.00 | | |
| POSTAGE | 145.00 | 99.26 | 45.74 |
| AUTOMOBILE MAINTENANCE/EQUIP. | 1,000.00 | 3,307.04 | 2,307.04 |
| GAS/OIL | 1,000.00 | 1,567.55 | 567.55 |
| NCIC COMPUTER | 900.00 | 650.00 | 250.00 |
| INMATE HOUSING | 100.00 | 83.75 | |
| CROCKERS ACCOUNTING | 600.00 | 684.00 | 84.00 |
| **TOTAL EXPENSE** | 80,156.80 | 82,875.21 | |

| OUT OF BUDGET EXPENSES | | |
|---|---|---|
| YARD/BUILDING MAINTENANCE | $1,549.65 | |
| WORKSHOP/TRAVEL | 3,089.73 | |
| INSURANCE DEDUCTIBLE | 1,000.00 | |
| POOL REPAIRS | 946.49 | |
| PAYROLL TAXES | 6,000.00 | |
| POLICE EXPENSE | 883.46 | |
| **TOTAL EXPENSE** | $13,469.33 | |

MISC. $783.58

RLI 0003

7-CENT

| REVENUE | | BUDJETED | Y-T-D | +- |
|---|---|---|---|---|
| STATE OF AL (7 CENT) | | $ 17,000.00 | $17,047.03 | 47.03 |
| STATE OF AL (PIF) | | 3,500.00 | 3,423.61 | 76.39 |
| STATE OF AL (MOTOR VEHICLE) | | 300.00 | 293.85 | 6.15 |
| | TOTAL | $20,800.00 | $20,764.49 | |

UNDER BUDGET BY $35.51

| EXPENDITURES | | | | |
|---|---|---|---|---|
| STREET LIGHTS | | $ 8,806.20 | 9,341.69 | 535.49 |
| SALARIES | | 4,000.00 | 4,000.00 | |
| MAIN/SUPPLIES | | 500.00 | 1,376.13 | 876.13 |
| TRACTOR MAIN. | | 1,000.00 | 1,466.32 | 466.32 |
| NOTE PAYABLE | | 3,729.24 | 3,729.24 | |
| | TOTAL | $18,035.44 | $19,913.38 | |

NOT IN BUDGET $351.11

OVER BUDGET AMOUNT $1,877.94

4-CENT

| REVENUE | | | |
|---|---|---|---|
| STATE OF ALABAMA (4-CENT) | | $ 10,000.00 | $ 9,777.02 |
| STATE OF ALABAMA (5-CENT) | | 4,800.00 | 4,798.30 |
| INTEREST | | 100.00 | |
| LOAN | | 15,000.00 | 15,000.00 |
| | TOTAL | $29,900.00 | $29,575.32 |

| EXPENDITURE | | | |
|---|---|---|---|
| AUDIT | | $ 834.00 | |
| LOWNDES CO. COMM | | | $45,000.00 |
| | TOTAL | $834.00 | $45,000.00 |
| LOCAL MATCH | | $60,000.00 | |

## 7 CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (7-CENT)                    $1,457.89
STATE OF ALABAMA (PIF)                          305.52
STATE OF ALABAMA (MVL)                           20.06

                        TOTAL      $1,783.47


EXPENDITURES
STREET LIGHTS                              $ 803.05
NOTE PAYABLE (LOAN)                          310.77
CONTRACTED LABOR                             117.27
BANK S C                                       3.29

                        TOTAL      $1,234.38

NET GAIN, $549.09    CASH ON HANDS; $511.80


## 4-CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (4-CENT)                  $ 846.37
STATE OF ALABAMA (5-CENT)                    416.54
LOAN                                      15,000.00
INTEREST                                       7.13

                        TOTAL     $16,270.04

EXPENDITURES
LOWNDES CO. COMMISSION                     $15,000.00

CASH ON HANDS:  $3,859.19

GENERAL FUND'S FINANCIAL STATEMENT
FOR THE MONTH OF JUNE 2003

REVENUE
PIONEER                          1,157.72
SALES TAX                          329.13
OCCUPATIONAL TAXES               3,059.02
LOWNDES CO. COMM                   508.42
REPORTS                              5.00
LOWNDES CO. TAX TAG                704.34
INSURANCE                          472.00
LOWNDES CO. CIRCUIT CLERK           22.00

        TOTAL      $6,258.13

EXPENDITURES
SALARIES
        CLERK
        CHIEF
        MAYOR
PIONEER ELECTRIC                   437.89
HAYNEVILLE TELEPHONE CO.           253.75
NOTE PAYABLE                       780.15
INSURANCE
        EMPLOYEES
        FULL COVERAGE
FUEL                               299.95
CROCKERS                           280.00
              TOTAL      $8,570.10

NET LOSS; $2,311.97   CASH ON HANDS; -168.36

GENERAL FUND'S FINANCIAL STATEMENT
FOR THE MONTH OF JUNE 2003

<u>REVENUE</u>
| | |
|---|---|
| PIONEER | 1,157.72 |
| SALES TAX | 329.13 |
| OCCUPATIONAL TAXES | 3,059.02 |
| LOWNDES CO. COMM | 508.42 |
| REPORTS | 5.00 |
| LOWNDES CO. TAX TAG | 704.34 |
| INSURANCE | 472.00 |
| LOWNDES CO. CIRCUIT CLERK | 22.00 |

TOTAL     $6,258.13

<u>EXPENDITURES</u>
SALARIES
| | |
|---|---|
| CLERK | 1,234.74 |
| CHIEF | 1,292.84 |
| MAYOR | 495.00 |
| PIONEER ELECTRIC | 437.89 |
| HAYNEVILLE TELEPHONE CO. | 253.75 |
| NOTEPAYABLE | 780.15 |
| INSURANCE | |
| EMPLOYEES | 1,180.00 |
| FULL COVERAGE | 2,315.78 |
| FUEL | 299.95 |
| CROCKERS   3 mnths | 280.00 |

TOTAL     $8,570.10

NET LOSS; $2,311.97   CASH ON HANDS; -168.36

RLI 0007

GENERAL FUND'S FINANCIAL STATEMENT
FOR THE MONTH OF JUNE 2003

REVENUE
PIONEER                              1,157.72
SALES TAX                              329.13
OCCUPATIONAL TAXES                   3,059.02
LOWNDES CO. COMM                       508.42
REPORTS                                  5.00
LOWNDES CO. TAX TAG                    704.34
INSURANCE                              472.00
LOWNDES CO. CIRCUIT CLERK               22.00

                TOTAL     $6,258.13


EXPENDITURES
SALARIES
        CLERK                        1,234.74
        CHIEF                        1,292.84
        MAYOR                          495.00
PIONEER ELECTRIC                       437.89
HAYNEVILLE TELEPHONE CO.               253.75
NOTEPAYABLE                            780.15
INSURANCE
        EMPLOYEES                    1,180.00
        FULL COVERAGE                2,315.78
FUEL                                   299.95
CROCKERS                               280.00
                TOTAL     $8,570.10

NET LOSS; $2,311.97   CASH ON HANDS; -168.36

RLI 0008

### 7 CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (7-CENT)              $1,457.89
STATE OF ALABAMA (PIF)                    305.52
STATE OF ALABAMA (MVL)                     20.06

                         TOTAL      $1,783.47


EXPENDITURES
STREET LIGHTS                          $ 803.05
NOTE PAYABLE (LOAN)                      310.77
CONTRACTED LABOR                         117.27
BANK S.C.                                  3.29

                         TOTAL      $1,234.38

NET GAIN; $549.09    CASH ON HANDS; $511.89



### 4-CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (4-CENT)              $ 846.37
STATE OF ALABAMA (5-CENT)                416.54
LOAN                                  15,000.00
INTEREST                                   7.13

                         TOTAL     $16,270.04


EXPENDITURES
LOWNDES CO. COMMISSION                $15,000.00

CASH ON HANDS;  $3,859.19

GENERAL FUND FINANCIAL STATEMENT
MAY 2003

REVENUE

| | |
|---|---|
| PIONEER | $ 1,051.56 |
| OCCUPATIONAL TAX | 3,096.43 |
| SALES TAX | 449.31 |
| LOWNDES CO COMM | 421.20 |
| LO. CO. TAX TAG | 520.17 |
| LO. CO. TAX COLLECTOR | 226.26 |
| INSURANCE | 844.00 |
| BUSINESS LICENSE | 51.00 |
| 4-CENT | 850.00 |
| TOTAL | $7,509.93 |

EXPENDITURES
SALARIES

| | |
|---|---|
| CLERK | 1,852.11 |
| CHIEF | 1,939.26 |
| NOTE PAYABLE | 819.15 |
| PIONEER | 313.92 |
| MOSSES WATER | 75.56 |
| TELEPHONE | 186.53 |
| TRAVEL | 270.00 |
| POLICE DEPARTMENT | |
| SUPPLIES | 250.90 |
| AUTO REPAIR | 850.00 |
| ALABAMA DUMPSTER | 344.00 — 3 months paid |
| CONTRACTED LABOR | 122.36 |
| TOTAL | $7,023.79 |

NET GAIN: $486.14, CASH ON HANDS:

*Paid Mr. William Brown to give care for + oversee the inmates hour $5.15 per hour at 3 times a day — street personalis supervises —*

## 7—CENTS FINANCIAL STATEMENT
### FOR THE MONTH OF MAY 2003

REVENUE

| STATE OF AL (7-CENT) | | $1,304.36 |
| STATE OF AL (PIF) | | 278.42 |
| STATE OF AL (MVL) | | 18.99 |
| | TOTAL | $1,601.77 |

EXPENDITURES

| PIONEER | | 772.47 |
| LOAN | | 310.77 |
| CONTRACTED LABOR | | 668.25 |
| MISC. | | 20.00 |
| | TOTAL | $1,771.49 |

NET LOSS: $169.72,  CASH ON HANDS: $1,783.47

4-CENT FINANCIAL STATEMENT

| STATE OF AL (4-CENT) | | 759.29 |
| STATE OF AL (5-CENT) | | 372.65 |
| | TOTAL | $1,131.94 |

CAPITAL IMPROVEMENT: $

GENERAL FUND'S FINANCIAL STATEMENT
FOR THE MONTH OF *July* 2003

REVENUE

| | |
|---|---|
| PIONEER | 1,341.42 |
| SALES TAX | 335.40 |
| OCCUPATIONAL TAXES | 3,111.77 |
| LOWNDES CO. COMM | 1,027.59 |
| LOWNDES CO. TAX TAG | 791.27 |
| LOWNDES CO. TAX COLL. | 577.87 |
| INSURANCE | 712.00 |
| LOWNDES CO. CIRCUIT CLERK | 113.17 |
| TOTAL | $8,010.49 |

EXPENDITURES
SALARIES

| | |
|---|---|
| CLERK | 1,234.74 |
| CHIEF | 1,292.84 |
| MAYOR | 495.00 |
| PIONEER ELECTRIC | 543.07 |
| HAYNEVILLE TELEPHONE CO. | 335.75 |
| POLICE DEPARTMENT EXPENSE | 85.32 |
| INSURANCE | |
| EMPLOYEES | 1,180.00 |
| POOL REPAIRS | 891.49 |
| MISC. | 148.50 |
| TOTAL | $6,058.21 |

NET GAIN; $1,952.28   CASH ON HANDS; *$1,413.71*

### 7 CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (7-CENT) ——— — $1,543.10
STATE OF ALABAMA (PIF) ——————— 297.96
STATE OF ALABAMA (MVL) ————————— 20.41
7-CENT ————————————————— 100.00

*1961.47*

TOTAL    ( $2,091.47 )  ←

EXPENDITURES
STREET LIGHTS ·—————— ——— $ 909.71
NOTE PAYABLE (LOAN) ————————— 310.77
CONTRACTED LABOR——————————— 520.36
TRUE VALUE —————————— 347.80
BELL ENTERPRISES ———————————— 385.00
CAPITOL TRACTOR ——— ——————— 27.35

TOTAL    $2,500.99

NET LOSS; $409.93    CASH ON HANDS; $464.67


### 4-CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (4-CENT)——————— $ 909.06
STATE OF ALABAMA (5-CENT)——————— 440.88
INTEREST ———————————————— 2.36

TOTAL    $1,352.30

EXPENDITURES
FIRST LOWNDES BANK ——————    $ 675.05
7-CENT ——— ————— · 100.00

TOTAL    $ 775.05
NET GAIN; $577.25  CASH ON HANDS;  $3,635.52

CAPITAL IMPROVEMENT; *$6,685.14*

GENERAL FUND'S FINANCIAL STATEMENT
FOR THE MONTH OF AUG 2003

REVENUE
| | |
|---|---:|
| PIONEER | 1,636.17 |
| SALES TAX | 209.27 |
| OCCUPATIONAL TAXES | 2,938.33 |
| LOWNDES CO. COMM | 522.79 |
| LOWNDES CO. TAX TAG | 622.33 |
| LOWNDES CO. TAX COLL. | 12.72 |
| INSURANCE | 708.00 |
| TOTAL | $6,649.61 ✓ |

EXPENDITURES
SALARIES
| | |
|---|---:|
| CLERK | 1,234.74 |
| CHIEF | 1,292.84 |
| NOTE PAYABLE | 1,560.30 |
| PIONEER ELECTRIC | 525.30 |
| HAYNEVILLE TELEPHONE CO. | 372.74 |
| POLICE DEPARTMENT EXPENSE | 243.66 |
| YARD/BUILD MAIN. | 594.00 |
| TOTAL | $5,887.37 |

*5823.58*

NET GAIN; $762.24   CASH ON HANDS;

RLI 0014

## 7 CENT'S FINANCIAL STATEMENT

<u>REVENUE</u>
STATE OF ALABAMA (7-CENT)             $1,317.79
STATE OF ALABAMA (PIF)                    288.93
STATE OF ALABAMA (MVL)                     32.14

                        TOTAL      $1,638.86

<u>EXPENDITURES</u>
STREET LIGHTS                          $ 915.05
NOTE PAYABLE (LOAN)                      310.77

                        TOTAL      $1,225.82

NET GAIN; $413.04    CASH ON HANDS; $

## 4-CENT'S FINANCIAL STATEMENT

<u>REVENUE</u>
STATE OF ALABAMA (4-CENT)             $ 802.73
STATE OF ALABAMA (5-CENT)               376.51

                        TOTAL      $1,179.24

<u>EXPENDITURES</u>
FIRST LOWNDES BANK                     $ 675.05

                        TOTAL      $ 675.05
NET GAIN; $504.17 CASH ON HANDS;  $

RLI 0015

## GENERAL FUND'S FINANCIAL STATEMENT
### FOR THE MONTH OF SEPT. 2003

REVENUE
| | |
|---|---|
| PIONEER | 1,874.92 |
| SALES TAX | 625.46 |
| OCCUPATIONAL TAXES | 3,265.64 |
| LOWNDES CO. COMM | 481.08 |
| LOWNDES CO. TAX TAG | 655.93 |
| MISC. | 34.56 |
| BUSINESS LICENSE | 879.18 |
| INSURANCE | 472.00 |

TOTAL        $8,350.46

EXPENDITURES
SALARIES
| | |
|---|---|
| CLERK | 1,234.74 |
| CHIEF | 1,292.84 |
| NOTE PAYABLE | 780.15 |
| PIONEER ELECTRIC | 693.26 |
| HAYNEVILLE TELEPHONE CO. | 365.39 |
| POLICE DEPARTMENT EXPENSE | 353.53 |
| AUTOMOBILE EXPENSE | 325.06 |
| MISC | 55.00 |
| POSTAGE | 37.00 |
| YARD/BUILD MAIN. | 255.00 |

TOTAL      $5,887.97

NET GAIN; $2,462.49   CASH ON HANDS;

RLI  0016



## 7 CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (7-CENT)                $1,558.57
STATE OF ALABAMA (PIF)                      266.46
STATE OF ALABAMA (MVL)                       20.10

                          TOTAL       $1,845.13

EXPENDITURES
STREET LIGHTS                             $ 915.31
NOTE PAYABLE (LOAN)                         310.77
CONTRACTED LABOR                            307.46
CAPITAL TRACTOR                             130.90
REMOVAL STREET DEBRIS                        486.00
                          TOTAL       $2,150.44

NET LOSS; $305.31     CASH ON HANDS; $112.00

## 4-CENT'S FINANCIAL STATEMENT

REVENUE
STATE OF ALABAMA (4-CENT)                $ 910.66
STATE OF ALABAMA (5-CENT)                   445.30
INTEREST                                      1.02

                          TOTAL       $1,356.98

EXPENDITURES
FIRST LOWNDES BANK                       $ 675.05
SM-CM-RR-97-057 PROJECT                     495.00

                          TOTAL       $1,170.05
NET GAIN; $186.93  CASH ON HANDS;  $1,670.92

CAPITAL IMPROVEMENT
REVENUE
STATE OF ALABAMA      $6,685.14

EXPENDITURES
POOL REPAIRS      $3,051.19
CASH ON HANDS: $3,576.05

RLI 0017

Estimated State of Alabama Geo. 2, Fed. and State
2001    Taxes        check hand writing mayor Scott    3/17/87

| | Internal Revenue | State | unemployment |
|---|---|---|---|
| 2nd Quarter | 3,394.50 | 498.00 | 761.73 |
| 3rd Quarter | 5,961.32 | 865.70 | 1,284.52 |
| 4th Quarter | 4,808.12 | 677.60 | 1,143.77 |
| Total | 14,163.94 | 2041.30 | $3,190.02 |
| | | 19,395.26 | |

2002  Taxes

| | | | |
|---|---|---|---|
| 1st Quarter | 2,236.87 | 342.00 | 856.95 |
| 2nd Quarter | 2,685.91 | 510.00 | 869.53 |
| 3rd Quarter | 2,057.54 | 421.00 | 856.95 |
| 4th Quarter | 2,416.21 | 479.00 | 856.95 |
| | 9,396.53 | 1,752.00 ✓ | 3,440.38 |
| | | 14,588.91 | |

2003  Taxes

| | | |
|---|---|---|
| 10,088.40 | 1,458.00 | 2,462.09 |

14,008.49

Total Taxes  $47,992.66

owe
32.00
24.00
$56.00

3/16 12.4 (circled)

Estimated Revenue

Dec. 1, 2003 – Jan. 31, 2004

| Revenue | Yearly | Monthly | |
|---|---|---|---|
| Pioneer | 15,000.00 | 1,250.00 | |
| Occup. Tax | 35,000.00 | 2,916.67 | |
| Sales Tax | 9,502.06 | 791.84 | |
| Lowndes Co. Comm | 5,400.00 | 450.00 | |
| Lowndes Co. Tax Tag | 6,100.00 | 508.33 | |
| Lowndes Co. Tax Coll | 5,400.00 | 450.00 | |
| Insurance | 3,431.00 | | |
| Mallard Cable | 540.00 | | |
| Tickets / Fines | 2,000.00 | 166.67 | |
| Reports | 125.00 | 10.42 | |
| Business License | 1,500.00 | 125.00 | ÷ by 12 |
| | 83,998.06 | 6668.93 | 6,999.84 |

| | | Yearly | Monthly | |
|---|---|---|---|---|
| Salaries | Clerk | 19,207.00 | 1,600.58 | |
| | Chief | 20,100.00 (10,050.00) | 1,675.00 | |
| | Mayor | 6,000.00 | 500.00 | |
| * | Council | 3,000.00 | 250.00 | |
| Utilities | Pioneer | 1,500.00 | 125.00 | |
| | Gas | 1,000.00 | 83.33 | |
| | Water | 350.00 | 29.17 | |
| | Hayneville Phone | 3,600.00 | 300.00 | |
| | Travel/Mileage | 1,400.00 | 116.67 | |
| | Workshop | | | |
| | Office Supplies | 500.00 | 41.67 | |
| * | Copier | 1,368.00 (83) (372.00) | | |
| Ins. | Town | 10,652.69 | 2,663.15 (4) 887.72 | |
| | Employee | 1,614.00 | 134.50 | |
| | Bond | 223.00 | | |
| | | 70,514.69 | 5,743.64 | |

RLI 0019

| | | | |
|---|---|---|---|
| Audit | 834.00 | | |
| Net Pay (Daycare) | 1,200.00 | | 180.00 |
| Garbage | 1,944.00 | (162) | (486.00 Quarter) |
| Dues Mayor | 100.00 | | |
| Chief | 404.00 | | |
| League | 100.00 | | |
| Postage | 145.00 | | |
| Auto Main | 1,000.00 | | 83.33 |
| Gas/oil | 1,000.00 | | 83.33 |
| NCIC | 1,200.00 | | 100.00 |
| Inmate Housing | 100.00 | | |
| Crackers | 744.00 | | 62.00 |
| FICA | 2,437.08 | (203.09) | 609.27 Q. |
| Medicare | 570.00 | 47.50 | 142.50 Q |
| Yard/Build Main | 500.00 | | 41.67 |
| | 92,406.57 | | 7,406.71 |
| | Total ÷ 12 = ⟨7,700.55⟩ | | |

Net Loss - 8,408.51

Net Loss - 3,908.51   Half of Mayor + Council's Salaries

Net Gain   591.49   All of the Mayor + Council's Salaries

Net Gain 1,641.49   Hire a Part-time officer  #10,050.00

Full-time officer  #20,100.00

General Fund
Estimated Dub since not Dated   Dec 1, 2003 to Nov 30, 2004

|  | Budget | Y-T-D- | Remaining Bal |
|---|---|---|---|
| Pioneer | 15,000.00 | 4,005.55 | 10,994.75 |
| Occup Tax | 35,000.00 | 9,261.24 | 25,738.76 |
| Sales Tax | 9,502.06 | 1,397.19 | 8,104.87 |
| Lowndes Co. Comm | 5,400.00 | 1,832.18 | 3,567.82 |
| Lowndes Co. Tax Tag | 6,100.00 | 1,410.71 | 4,689.29 |
| Lowndes Co Tax Collector | 5,400.00 | 2,130.12 | 3,269.88 |
| Insurance | 3,431.00 | 1,642.00 | 1,789.00 |
| Mallard Cable | 540.00 |  |  |
| Tickets/Fines | 2,000.00 |  |  |
| Reports | 125.00 |  |  |
| Business License | 1,500.00 | 110.52 | 1,389.48 |
| Misc 4-Cent |  | 2,430.00 |  |
| Perdido Beach |  | 283.05 |  |
|  | 83,998.06 | 24,502.56 |  |

| Expenditures | Budget | Y-T-D | Remaining Bal |
|---|---|---|---|
| Inmate Housing | 100.00 |  | 100.00 |
| Crockers | 744 | 560.00 | 184.00 |
| FICA | 2,437.08 |  | 2,437.08 |
| Medicare | 570.00 |  | 570.00 |
| Yard & Build Main | 500.00 | 33.98 | 466.02 |
| Bank Service Charge |  | 454.18 |  |
| Square Project |  | 3,430.00 |  |
| Salaries Clerk | 19,207.00 | 5,602.38 | 13,604.62 |
| Chief | 20,100.00 | 3,125.01 | 16,974.99 |
| Pioneer | 1,500.00 | 1,323.00 | 177.00 |
| Water | 350.00 | 193.50 | 156.50 |
| Gas | 1,000.00 | 649.45 | 350.55 |
| Telephone | 2,100.00 | 605.00 | 2,101.00 |

RLI 0021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Office Supplies | 500.00 | 96.00 | 404.00 |
|  | Copier | 1,368.00 |  |  |
| Ins. | Town | 10,652.69 |  |  |
|  | Employees | 1,614.00 | 402.00 | 1,212.00 |
|  | Bond | 323.00 | 323.00 | - 0 - |
|  | Mayor | 6,000.00 |  | 6,000.00 |
| * | Council | 3,000.00 |  | 3,000.00 |
|  | Note Payable | 9,361.80 | 3,120.63 | 6,241.17 |
|  | State of Alabama | 252.00 |  | 252.00 |
|  | Audit | 834.00 |  | 834.00 |
| cct Pay | Day Care Debt | 1,200.00 |  | 1,200.00 |
|  | Garbage | 1,944.00 |  | 1,944.00 |
|  | Mayor Dues | 100.00 |  |  |
|  | Chief Of Police | 100.00 |  |  |
|  | League | 404.00 |  |  |
|  | Postage | 145.00 |  |  |
|  | Auto Main | 1,000.00 | 299.12 | 700.88 |
|  | Gas/oil | 1,000.00 | 292.59 | 707.41 |
|  | NCIC | 1200.00 |  |  |
|  |  | 92,406.57 | 21,210.48 |  |

RLI 0022

GENERAL FUND'S FINANCIAL STATEMENT
FOR THE MONTH OF JAN. 2004

BEGINNING BALANCE: $1,718.00

REVENUE
PIONEER                    1,463.74
SALES TAX                    285.17
OCCUPATIONAL TAXES         3,247.62
LOWNDES CO. COMM             423.37
LOWNDES CO. TAX TAG          187.64
LOWNDES CO. TAX COLL       1,973.10
INSURANCE                    598.00

          TOTAL     $ 8,144.64
                                        TOTAL    $ 8,144.64
                                                 $ 9,862.64

EXPENDITURES
SALARIES
     CLERK              1,226.49  GROSS; $1,600.68  TAX; $374.19 _  $374.19
NOTE PAYABLE           1,560.30
PIONEER ELECTRIC         224.87
HAYNEVILLE TELEPHONE CO.  300.95
GAS                      559.60
WATER                     45.13
INSURANCE              1,345.00
COMPUTER REPAIRS         175.00
POLICE DEPT. SUPPLIES    224.82 +
HAYNEVILLE POST OFFICE    36.00
CROCKERS ACCOUNTING       62.00
TERRY'S UNIFORMS         187.97 +
MILEAGE                  183.94
PAYROLL TAXES STATE    1,480.50
FIRST LOWNDES BANK     1,800.00
YARD/BUILD MAIN.          30.59
BANK SERVICE CHARGES      15.04
          TOTAL     $ 9,488.07
                                        $- 9,488.07
                                        $   374.57

CHECK BOOK BAL. $374.57

7 CENT'S FINANCIAL STATEMENT

REVENUE                                                    BB$ 1,066.05
STATE OF ALABAMA (7-CENT)        $1,425.06                 1,734.85
STATE OF ALABAMA (PIF)              271.94                 $2,800.90
STATE OF ALABAMA (MVL)               37.85

                          TOTAL    $1,734.85

EXPENDITURES
STREET LIGHTS                      $ 869.56
NOTE PAYABLE (LOAN)                  310.77
BANK SERVICE CHARGE                    3.13

                          TOTAL    $1,183.46       $-1,183.46
                                                   $ 1,617.44
CHECK BOOK BAL; $1,617.44

4-CENT'S FINANCIAL STATEMENT

REVENUE

                                                   BB $1,660.94
STATE OF ALABAMA (4-CENT)        $ 832.44          1,241.17
STATE OF ALABAMA (5-CENT)          407.16          $2,902.11
INTEREST                             1.57

                          TOTAL    $1,241.17

EXPENDITURES
FIRST LOWNDES BANK                 $ 675.05

                          TOTAL    $675.04
                                                   $ -  675.05

                                                   $2,227.06
CHECK BOOK BAL; $2,227.06

CAPITAL IMPROVEMENT

CASH ON HANDS:  $3,567.05
BANK SERVICE CHARGE $3.00

RLI 0024

PROJECTED INCOME–EXPENDITURES
FOR THE MONTH OF ~~JANUARY~~ 04  *Feb. 04*
GENERAL FUND ACCOUNT

REVENUE
PIONEER                          $ 1,490.00
OCCUPATIONAL TAX                    3,248.00
SALES TAX                             375.00
LOWNDES CO. TAX TAG                   200.00
LOWNDES CO. TAX COL                   300.00
LOWNDES CO. COMM                      480.00
BUSINESS LICENSES                     275.00
INSURANCE                             807.00

TOTAL          $7,175.00
CASH ON HANDS      345.00
TOTAL          $ 7,550.00

EXPENDITURES                        *$5422.53*
SALARY                              1,600.68
LOAN                                  780.15
*Town* INSURANCE                    1,518.38  *+ Town*
*Epg.* INSURANCE                      945.50  *+ Eployee*
PIONEER                               224.87
HAYNEVILLE TELEPHONE                  300.95
CROCKERS                               62.00
PAYROLL TAXES                                    *april 30- due*
    UNEMPLOYMENT          480.01               *march 04*
    FICA                 749.78               *quartley*
    FEDERAL              864.05
    STATE                365.00
    MEDICARE             175.30

TOTAL          $8,066.67

*5422.53*

*$ 80.00*
*749.78*
*1229.78*
*864.05*
*2093.83*
*365*
*2458.83*
*175.30*
*$ 26 34 * 13*

# SHORT-TERM FINANCIAL PLAN FOR THE CITY OF MOSSES, ALABAMA

## (Proposed Recommendations)
### By; Walter S. Hill, Mayor

### <u>Timetable</u>

**Immediately**        STEP I.  Declare Financial Exigency

Rationale:  With the reduction in the number of full-time city
employees, declaring financial exigency facilitates that process.
In addition, reduction in full-time staff triggers all kinds of rumors
and speculations.  Facing the problem head-on with candid
acknowledgement of the city's needs, the necessity for the
reduction, a time-line for the temporary reduction.
Reductions in staff and/of full-time status are often based upon
standard financial calculations, including core revenue and
expenditure ratios, and other projections subjected to the city's
efforts to avoid overspending and keeping the city from operating
financially in the red.  It is left to the City Council to determine
which employee (s) or community service shall be effected by such
a reduction.

**Immediately**        STEP II  Develop and implement mandated accounting
procedures for the Office of Accounts Payable and Accounts
Receivable.    Further provide delegated authority to City Council
members to view fiscal records periodically to ensure that said
procedures are being adhered to.    In addition, implement an
accounts payable schedule for all city accounts in accordance to
the accounts receivable schedule.

**Rationale:**    With a mandated policy implemented by the city
council regarding the city's accounts payable and receivable with
further advance the city's efforts to become for fiscally sound.
Likewise, with periodical internal reviews conducted on the city
fiscal records and bookkeeping with serve as a means to ensure
that policy is being adhered properly.

**March, 2004**

**STEP III:** Include in the City's policy and procedural manual a requirement for an Annual Audit to be conducted at the end of each fiscal year by the Office of the Mayor.   Further directing the Office of Accounts Receivable and Payable to provide the Mayor and City Council with an in-depth quarterly fiscal report which will details a financial summary of all accounts, i.e. year-to-date report which reflect checkbook balances for all accounts, outstanding debts, etc.

**Rationale:**  With a policy in place to address the issues most recently discovered over the past few months, will provide more accountability efforts of which individuals shall be held to.    In addition, with a yearly audit, the city will no longer have to be in question as to the fiscal overall status of the city's fiscal affairs.   Likewise, with a quarterly fiscal summary report on the fiscal status of the city will provide the Mayor and City Council with fiscal data of which to determine the fiscal condition of the city affairs with regards to the city's proposed annual budget.

**Quarterly**

**STEP IV:** Conduct an internal audit of the fiscal record of the City financial records.    The Office of the Mayor and members of the City Council shall conduct this internal audit.

**Rationale:**    Conducting a periodical audit of the city's fiscal records will serve as a fiscal management process of which will further the city's endeavor to improve upon the fiscal accountability process.

RLI 0027

GENERAL FUND
FINANCIAL STATEMENT OCTOBER 03

*Table to Dec
this was
for nov 2003*

REVENUE
| | |
|---|---|
| PIONEER | $1,642.13 |
| OCCUPATIONAL TAX | |
| SALES TAX | |
| LOWNDES CO. COMM | 481.08 |
| LOWNDES CO. TAX TAG | 695.63 |
| LOWNDES CO. TAX COL | 1.50 |
| INSURANCE | 472.00 |
| MISC. | 5.00 |

          TOTAL


EXPENDITURES
| | |
|---|---|
| SALARIES | |
|          CLERK | $1,852.11 |
|          CHIEF | 2,216.76 |
| FUEL | 292.51 |
| PIONEER | 587.75 |
| WATER | 148.37 |
| INSURANCE | 1,180.00 |
| PROFESSIONAL SERVICES | 168.00 |
| INS. BOND | 223.00 |
| WORKSHOP/TRAVEL | 283.05 |
| CONTRACTED LABOR | 133.59 |

          TOTAL

RLI 0028

7-CENT

<u>REVENUE</u>
STATE OF ALABAMA (7-CENT)          $1,541.19
STATE OF ALABAMA (PIF)               335.96
STATE OF ALABAMA (MVL)                33.79

          TOTAL                    $1,910.94

<u>EXPENDITURES</u>
STREET LIGHTS                        915.33
LOAN                                 310.77
CONTRACTED LABOR                     575.16
STREET MAIN/TRACTOR                   95.86

          TOTAL                    $1,897.12

NET GAIN: $13.82          CASH ON HANDS:


4-CENT

<u>REVENUE</u>
STATE OF ALABAMA (4-CENT)          $ 900.27
STATE OF ALABAMA (5-CENT)            440.34

          TOTAL                    $1,340.61

<u>EXPENDITURES</u>
LOAN                               $ 675.05

NET GAIN: $665.56  CASH ON HANDS

TAX ISSUES





EXHIBIT

D

RLI 0047

Taxes Payable (IRS)

RLI 0048

Charles R. Elam
P. O. Box 9943
Montgomery, Alabama 36108
334-213-1499

May 16, 2006

William C. Scott
Mayor
Town of Mosses
Post Office Box 296
Hayneville, Alabama 36040

Dear Mayor Scott:

Based upon the letters from the Internal Revenue Service, the unpaid Form 941 Tax Liability for the Town is shown below. These figures include tax, penalty and interest due at the time the tax returns were processed by the IRS, and penalty and interest that accrue daily. As you are very much aware, the accrual of penalty and interest on a daily basis causes the total debt to increase very rapidly.

| December | 2003 | $2694.77 |
| September | 2003 | $4444.78 |
| June | 2003 | $4348.80 |
| March | 2003 | $4619.67 |
| December | 2002 | $6355.65 |
| September | 2002 | $5563.47 |
| June | 2002 | $9313.00 |
| March | 2002 | $6279.08 |
| December | 2001 | $6411.28 |
| September | 2001 | $9240.59 |
| June | 2001 | $11,035.51 |
| Total Due | | $70,306.60 |

Please call me if you have any questions.

Regards,

Charles R. Elam
Consultant

Charles R. Elam
P. O. Box 9943
Montgomery, Alabama 36108
334-213-1499

May 15, 2006

William C. Scott
Mayor
Town of Mosses
Post Office Box 296
Hayneville, Alabama 36040

Dear Mayor Scott:

Thank you for having taken the time to meet with me this past Friday to discuss the Town's tax issues. The issues that we talked about require expeditious action by the Town to prevent further action by the Internal Revenue Service.

After having gotten all of the information necessary to complete the IRS Collection Information Statement, your statements explaining why the Town cannot make what the IRS considers as reasonable monthly payments on this debt are substantiated. All collection actions of the IRS are predicated on the information that is revealed on the Collection Information Statement (CIS). All of the information regarding assets and liabilities, and income and expenses is required so that a determination can be made as to how the back taxes are to be paid. If sufficient funds are on deposit with a financial institution then those funds are expected to be withdrawn to pay the taxes. If not the IRS will attach the account and apply the funds. Other actions that the IRS may take are the seizure and sale of property.

If assets are available to fully pay the taxes but the desired method of payment is through monthly payments another option exists. A request for an installment agreement can be made if the CIS shows funds left over from monthly income after all expenses have been paid. Prior to the Tax Reform Act that was passed by Congress several years ago, installment agreements were entered into without regard as to how long it would take to pay any back taxes owed. The law now requires that any installment agreement entered into must ensure that the taxes are paid in full prior to the expiration of the statute of limitations ( the statute of limitations is ten years from the date that a tax return is processed by the IRS). This requirement prevents the approval of agreements for modest monthly payments. The IRS conducted a study and determined that installment agreements usually default after five years. Now the typical agreement does not exceed five years.

The completed CIS of the Town does not show any funds left after the payment of monthly

expenses. The IRS will in some instances approve a monthly payment agreement if the debtor will state that although the CIS does not support a monthly payment of a certain dollar amount, the debtor will pay that dollar amount and forego the payment of other expenses. If the Town were to request an installment agreement under these terms I would recommend a monthly payment request of not less than $1500.00.

Even if the Town is approved for an installment agreement the IRS will put the world on notice that the tax debt is owed by filing with the Secretary of State a Notice of Federal Tax Lien. Once the lien is recorded, it will adversely affect the credit rating of the town and impact on the awarding of any federal grants from any federal agencies. Additionally, even with an agreement, penalty and interest will continue to accrue.

Another option for the Town is to request that the liability be placed in a currently not collectible status. This would allow the Town not to make payments on the back taxes but to pay current taxes as they become due. The problem with this is, that penalty and interest would continue to accrue and a Notice of Federal Tax Lien would have to be recorded. The taxes would not be written off, but not actively be pursued for collection. A periodic follow up would be required by the IRS and one or more years after being placed in this status the IRS would again require a complete financial accounting from the Town again.

My recommendation is that neither of the above actions be taken but that other options be considered. Although your bank denied the Town a loan under the requested terms, consider using the funds deposited with the bank as collateral for a new loan. Another option may be to consider going to another financial institution to get a new loan that will pay off the current loan and provide the funds to pay the tax debt. Lastly, as we discussed, I encourage you to proceed with attempting to recover whatever funds you can from the bonding company.

Although the IRS has denied the request for abatement of penalties on the tax returns that were previously filed we may be able to file an appeal. If the Town is able to pay the tax portion (amount owed less penalty and interest) owed in full, an appeal can be filed. The IRS will not abate any penalty if the taxes are to be paid over a period of time.

After your review and consideration of the above please contact me so that prompt actions can be taken by me as needed. If any additional information is required I am available at your convenience.

With Best Regards,

Charles R. Elam
Consultant

Charles R. Elam
P. O. Box 9943
Montgomery, Alabama 36108
334-213-1499

May 16, 2006

William C. Scott
Mayor
Town of Mosses
Post Office Box 296
Hayneville, Alabama 36040

Dear Mayor Scott:

Based upon the letters from the Internal Revenue Service, the unpaid Form 941 Tax Liability for the Town is shown below. These figures include tax, penalty and interest due at the time the tax returns were processed by the IRS, and penalty and interest that accrue daily. As you are very much aware, the accrual of penalty and interest on a daily basis causes the total debt to increase very rapidly.

| December | 2003 | $2694.77 |
|----------|------|----------|
| September | 2003 | $4444.78 |
| June | 2003 | $4348.80 |
| March | 2003 | $4619.67 |
| December | 2002 | $6355.65 |
| September | 2002 | $5563.47 |
| June | 2002 | $9313.00 |
| March | 2002 | $6279.08 |
| December | 2001 | $6411.28 |
| September | 2001 | $9240.59 |
| June | 2001 | $11,035.51 |
| Total Due | | $70,306.60 |

Please call me if you have any questions.

Regards,

*Charles R. Elam* (signature)

Charles R. Elam
Consultant

Charles R. Elam
P. O. Box 9943
Montgomery, Alabama 36108
334-213-1499

May 15, 2006

William C. Scott
Mayor
Town of Mosses
Post Office Box 296
Hayneville, Alabama 36040

Dear Mayor Scott:

Thank you for having taken the time to meet with me this past Friday to discuss the Town's tax issues. The issues that we talked about require expeditious action by the Town to prevent further action by the Internal Revenue Service.

After having gotten all of the information necessary to complete the IRS Collection Information Statement, your statements explaining why the Town cannot make what the IRS considers as reasonable monthly payments on this debt are substantiated. All collection actions of the IRS are predicated on the information that is revealed on the Collection Information Statement (CIS). All of the information regarding assets and liabilities, and income and expenses is required so that a determination can be made as to how the back taxes are to be paid. If sufficient funds are on deposit with a financial institution then those funds are expected to be withdrawn to pay the taxes. If not the IRS will attach the account and apply the funds. Other actions that the IRS may take are the seizure and sale of property.

If assets are available to fully pay the taxes but the desired method of payment is through monthly payments another option exists. A request for an installment agreement can be made if the CIS shows funds left over from monthly income after all expenses have been paid. Prior to the Tax Reform Act that was passed by Congress several years ago, installment agreements were entered into without regard as to how long it would take to pay any back taxes owed. The law now requires that any installment agreement entered into must ensure that the taxes are paid in full prior to the expiration of the statute of limitations ( the statute of limitations is ten years from the date that a tax return is processed by the IRS). This requirement prevents the approval of agreements for modest monthly payments. The IRS conducted a study and determined that installment agreements usually default after five years. Now the typical agreement does not exceed five years.

The completed CIS of the Town does not show any funds left after the payment of monthly

expenses. The IRS will in some instances approve a monthly payment agreement if the debtor will state that although the CIS does not support a monthly payment of a certain dollar amount, the debtor will pay that dollar amount and forego the payment of other expenses. If the Town were to request an installment agreement under these terms I would recommend a monthly payment request of not less than $1500.00.

Even if the Town is approved for an installment agreement the IRS will put the world on notice that the tax debt is owed by filing with the Secretary of State a Notice of Federal Tax Lien. Once the lien is recorded, it will adversely affect the credit rating of the town and impact on the awarding of any federal grants from any federal agencies. Additionally, even with an agreement, penalty and interest will continue to accrue.

Another option for the Town is to request that the liability be placed in a currently not collectible status. This would allow the Town not to make payments on the back taxes but to pay current taxes as they become due. The problem with this is, that penalty and interest would continue to accrue and a Notice of Federal Tax Lien would have to be recorded. The taxes would not be written off, but not actively be pursued for collection. A periodic follow up would be required by the IRS and one or more years after being placed in this status the IRS would again require a complete financial accounting from the Town again.

My recommendation is that neither of the above actions be taken but that other options be considered. Although your bank denied the Town a loan under the requested terms, consider using the funds deposited with the bank as collateral for a new loan. Another option may be to consider going to another financial institution to get a new loan that will pay off the current loan and provide the funds to pay the tax debt. Lastly, as we discussed, I encourage you to proceed with attempting to recover whatever funds you can from the bonding company.

Although the IRS has denied the request for abatement of penalties on the tax returns that were previously filed we may be able to file an appeal. If the Town is able to pay the tax portion (amount owed less penalty and interest) owed in full, an appeal can be filed. The IRS will not abate any penalty if the taxes are to be paid over a period of time.

After your review and consideration of the above please contact me so that prompt actions can be taken by me as needed. If any additional information is required I am available at your convenience.

With Best Regards,

Charles R. Elam
Consultant

Charles R. Elam
P. O. Box 9943
Montgomery, Alabama 36108
334-213-1499

April 20, 2006

William Scott
Mayor
Town of Mosses
P. O. Box 296
Hayneville, Alabama 36040

Dear Mayor Scott:

Attached is the form that we talked about that has to be submitted to the Internal Revenue Service to request an installment agreement.  Once the form is submitted along with the letter from the bank, the IRS should allow the Town to make monthly payments on the unpaid tax debt.

I will telephone you on Monday to schedule a time that I can come to your office next week and proceed with the request.

If you have any questions please telephone me.

With Best Regards,

Charles R. Elam
Tax Consultant

RLI 0055

RECEIVED
BY 4N.H   DATE 4/24/06

# FIRST LOWNDES BANK
HAYNEVILLE BRANCH
P. O. BOX 739
40 E LAFAYETTE
HAYNEVILLE, AL 36040
PHONE: (334) 548-2585
FAX:  (334) 548-5108


April 19, 2006


Town of Mosses
c/o Mayor William Scott
1 Mosses Park Circle
Hayneville, AL 36040

Dear Mayor Scott:

This letter serves to follow up with our phone conversation of this date concerning the loan request form the Town of Mosses for a new loan of $60,000 to pay payroll taxes that are past due.  As we discussed we will not be able to approve the new advance under the terms and conditions requested, as we are required to document collateral and repayment ability that supports new loans.

We appreciate very much the opportunity to consider this new request and we appreciate the existing accounts that are maintained with our bank.  Please let us know if we can be of assistance with a future banking need.

Sincerely

Randy O. Davis
Vice President

ah

RLI  0056



Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

IRS USE ONLY

For assistance, call:
1-800-829-0115

RECEIVED

BY _____ | DATE 5/16/06

Notice Number: CP128
Date: May 15, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: March 31, 2001

000964.286348.0005.001 2 MB 0.563 1015

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

000964

| Amount You Owe |
|---|
| $214.46 |

Request for Payment

## We Applied Your Overpayment
## And You Still Have a Balance Due

This notice tells you how we applied your overpayment, what you still owe, and what you need to do.

### How We Applied Your Overpayment

We're contacting you because we recently applied $100.00 of your overpaid taxes from your Form CVL-PEN, Civil Penalty, for December 31, 2001. We applied the overpayment to the amount owed on your Form 941, Federal Employment Tax, for March 31, 2001.

### What You Still Owe

You still owe **$214.46**.

In addition to your previous balance, this amount includes new interest charges to your account.

We normally continue to add charges to a balance due account until it is paid in full.

### How We Determined What You Still Owe

The calculations below show how we determined what you owe.

| | |
|---|---|
| Amount remaining | $121.61 |
| Interest on late payment | $92.85 |
| **What You Owe** | $214.46 |

### What You Need to Do Now

Please do the following:

Page 1

RLI 0057

- If you owe, pay the amount now.

- Make your check or money order payable to the **United States Treasury.**

- Write your Taxpayer Identification Number, the tax form number, and the tax period on your payment. Please use the enclosed envelope.

If you have any questions about this notice, please call 1-800-829-0115. Have your account information and copies of your tax return handy when you call.

- For tax forms, instructions and information visit www.irs.gov . (Access to this site will not provide you with your specific taxpayer account information.)

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Interest: $92.85

09 Interest

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

RLI  0058

The interest rates on underpayment and overpayment of taxes are as follows:

| Periods | Percentage Rates | |
|---|---|---|
| | UNDERPAYMENT | OVERPAYMENT |
| October 1, 1994 through March 31, 1995................... | 9 | 8 |
| April 1, 1995 through June 30, 1995........................ | 10 | 9 |
| July 1, 1995 through March 31, 1996........................ | 9 | 8 |
| April 1, 1996 through June 30, 1996........................ | 8 | 7 |
| July 1, 1996 through March 31, 1998........................ | 9 | 8 |
| April 1, 1998 through December 31, 1998.............. | 8 | 7 |
| January 1, 1999 through March 31, 1999.................. | 7 | 7 |
| April 1, 1999 through March 31, 2000.................... | 8 | 8 |
| April 1, 2000 through March 31, 2001.................... | 9 | 9 |
| April 1, 2001 through June 30, 2001...................... | 8 | 8 |
| July 1, 2001 through December 31, 2001................ | 7 | 7 |
| January 1, 2002 through December 31, 2002............ | 6 | 6 |
| January 1, 2003 through September 30, 2003............. | 5 | 5 |
| October 1, 2003 through March 31, 2004................. | 4 | 4 |
| April 1, 2004 through June 30, 2004..................... | 5 | 5 |
| July 1, 2004 through September 30, 2004................. | 4 | 4 |
| October 1, 2004 through March 31, 2005................. | 5 | 5 |
| April 1, 2005 through September 30, 2005............... | 6 | 6 |
| Beginning October 1, 2005............................... | 7 | 7 |

000964

Beginning January 1, 1999, the interest rate we pay on overpayment of taxes, except for corporate taxes, is the same as the rate of interest we charge on the underpayment of taxes. The law requires us to determine these interest rates quarterly. From January 1, 1987 through December 31, 1998, the interest rate we paid on an overpayment of taxes was 1% less than the rate of interest we charged on your underpayment of taxes. Effective January 1, 1995, we pay a reduced rate of interest on corporate overpayments that exceed $10,000. This reduced rate is the short-term federal interest rate plus 1/2%.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

---

✂ CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number:     Best Time to Call:
(     )                          _____AM_____PM

| **Amount you owe:** | **$214.46** |

* We normally continue to add penalty and interest charges to a balance due account until it is paid in full

☐ **Amount enclosed:** $ _____
* Make payable to United States Treasury
* Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

TE     200618     09          83154-669-98026-5

128     Internal Revenue Service
OGDEN, UT 84201-0039

TOWN OF MOSSES
PO BOX 396
HAYNEVILLE AL 36040-0296965

630815896 WK TOWN 01 2 200103 670 00000021446

RLI 0059

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0038

For assistance, call:
1-800-829-0115

Notice Number: CP138
Date: May 8, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: CVL PEN
Tax Period: December 31, 2001

037106.242288.0156.004 1 AB 0.317 372

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965

037106

**RECEIVED**
BY _M.H_ DATE _5/12/06_

This is Not a Bill

# We Applied Your Overpayment
## to Other Federal Taxes

In this notice, we'll tell you what taxes you overpaid and where we applied the overpayment.

## What Taxes You Overpaid

You overpaid $100.00 on your Form CVL PEN, Civil Penalty, for the tax period December 31, 2001.

## Where We Applied Your Overpayment

We applied $100.00 from your overpayment to your Form 941, Federal Employment Tax, for the tax period March 31, 2001.

Please call us at 1-800-829-0115 if you have any questions about this notice.

---

✂ CUT HERE

Return this voucher with your payment or correspondence.

☐ **Correspondence enclosed:**
* Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence.

Your Telephone Number:       Best Time to Call:
( )                          _____AM_____PM

TE      200617              49154-270-00303-4

138     Internal Revenue Service
        OGDEN, UT 84201-0038

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

630815896 WK  13 2 200112

Page 1

RLI 0060



Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0038

For assistance, call:
1-800-829-0115

Notice Number: CP210
Date: May 8, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: CVL PEN
Tax Period: December 31, 2001

037108.242288.0156.004 1 AB 0.317 702

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

| Amount of Refund |
|---|
| $100.00 |

RECEIVED
49154-270-00303-4

Statement of Adjustment to Your Account

Balance Due on Account Before Adjustment ................. $1,431.53
Adjustment Computation

Penalty - Decrease ................. $1,531.53

Net Adjustment Credit ................. $1,531.53

Overpayment ................. $100.00

The penalty you were previously assessed, Failure to File Forms W-2, was removed.

Status of Your Account (Exam)

This notice isn't the result of an examination of your return. We notify a taxpayer when we select his/her return for examination.

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Penalties:

28 Examining Officer's Report $1,531.53 — IRC section 6751 (d)

According to our records, your Examining Officer gave you a report that explained the reason for this penalty.

For tax forms, instructions and information visit www.irs.gov . (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

RLI 0061

Seq. No. A009641    CP 220
TIN: 63-0815896       Form: CVL PEN       Tax Period: December 31, 2001

037108

✂ **CUT HERE** ─────────────────────────

Return this voucher with your payment or correspondence.

| Your Telephone Number: | Best Time to Call: |
| ( )_____ | _____AM_____PM |

☐ **Correspondence enclosed:**
Write your Taxpayer Identification
Number, tax period and tax form number
on your inquiry or correspondence.

TE    200617    2825         49354-510-52023-6

210        Internal Revenue Service
           OGDEN, UT 84201-0038

                                    TOWN OF MOSSES
                                    PO BOX 296
                                    HAYNEVILLE AL 36040-0296965

630815896 WK  13 2 200112

RLI 0062

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 87
MEMPHIS TN 38101-0087

In reply refer to: 0366937753
Apr. 27, 2006  LTR 2057C EO
63-0815896  200112 13 000
. 02894
BODC: TE

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE AL 36040-0296965



RECEIVED
BY M.H  DATE 5/2/06

012096

          Taxpayer Identification Number: 63-0815896
                 Tax Period(s): Dec. 31, 2001

                        Form: 941

Dear Taxpayer:

Thank you for your reply dated Dec. 19, 2005, to our letter regarding
the discrepancy between your Forms 941 and your Forms W-2,
Wage and Tax Statement, for 2001.

Based on the Forms W2 you submitted to us, we reversed the civil
penalty of $1,531.53. Please accept our apology for any inconvenience
this may have caused.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include a copy of this letter with your
response. Use the space below to indicate a telephone number and
the best time for us to call you should we need more information.
Keep a copy of this letter and any information that you send to
us for your records.

Telephone number (    )_____ Hours _____

```
                                            0366937753
                           Apr. 27, 2006  LTR 2057C  EO
                           63-0815896   200112 13 000
                                                   02895
```

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


Thank you for your cooperation.

Sincerely yours,

*Henry Slaughter*

Henry Slaughter
Manager, Collection Operations


Enclosure(s):
Copy of this letter

RLI 0064

 Department of the Treasury
Internal Revenue Service
PO BOX 87
MEMPHIS TN 38101-0087

In reply refer to: 0366937753
Apr. 27, 2006 LTR 2057C EO
63-0815896   200112 13 000
                                02894
BODC: TE

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE AL 36040-0296965



012896

        Taxpayer Identification Number: 63-0815896
                    Tax Period(s): Dec. 31, 2001

                        Form: 941

    Dear Taxpayer:

    Thank you for your reply dated Dec. 19, 2005, to our letter regarding
    the discrepancy between your Forms 941 and your Forms W-2,
    Wage and Tax Statement, for 2001.

    Based on the Forms W2 you submitted to us, we reversed the civil
    penalty of $1,531.53. Please accept our apology for any inconvenience
    this may have caused.

    If you have any questions, please call us toll free at 1-800-829-0115.

    If you prefer, you may write to us at the address shown at the top
    of the first page of this letter.

    Whenever you write, please include a copy of this letter with your
    response. Use the space below to indicate a telephone number and
    the best time for us to call you should we need more information.
    Keep a copy of this letter and any information that you send to
    us for your records.

    Telephone number (    )_____ Hours _____


RLI 0065

0366937753
Apr. 27, 2006  LTR 2057C  EO
63-0815896    200112 13 000
02895

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


Thank you for your cooperation.

Sincerely yours,

*Henry Slaughter*

Henry Slaughter
Manager, Collection Operations

Enclosure(s):
Copy of this letter

 Department of the Treasury
Internal Revenue Service
PO BOX 87
MEMPHIS TN 38101-0087

012896.240787.0063.002 1 MB 0.326 692



TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

012896

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for inquiries only
                              0366937753                 Letter Number:  LTR2057C
          BODCD-TE                                       Letter Date  :  2006-04-27
                                                         Tax Period   :  200112


*630815896*

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

          INTERNAL REVENUE SERVICE
          PO BOX 87
          MEMPHIS TN  38101-0087

 630815896 WK TOWN 13 2 200112 670 00000000000

---

The IRS address must appear in the window.          Use for payments
                              0366937753                 Letter Number:  LTR2057C
          BODCD-TE                                       Letter Date  :  2006-04-27
                                                         Tax Period   :  200112

*630815896*

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

          INTERNAL REVENUE SERVICE

          CINCINNATI  OH  45999-0150

 630815896 WK TOWN 13 2 200112 670 00000000000

RLI 0067



WK 01   199806              6343
200615    004542           36040          IRS USE ONLY

29141-077-12022-6  B0079425    112
630815896                       TE   F

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0038

For assistance, call:
1-800-829-0115

REC...
BY  M.H.  DATE 5/2/06

Notice Number: CP112
Date: April 24, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: June 30, 1998

002387.283253.0012.001 1 MB 0.326 970

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965

002387

## We Changed Your Tax Return
## And You Are Due A Refund

We're sending you this notice to explain why we changed your return for the above tax period, the amount of your refund, and when you can expect to receive your refund.

## Why We Changed Your Tax Return

- We found an error in the computation of your total taxes.

Because of this change, you are due a refund of $3,224.15   Please check your figures against those shown below.

## How We Changed Your Account Balance

Based on the changes made to your tax return, we refigured the correct amount of tax due.  The amount of total deposits, credits and payments made to this account, if any, were applied against this corrected amount of tax to refigure the amount of your refund.

The total amount applied to this account is shown below.  (You may also find a table listing each amount and the date the amount was applied.)

The following is a list of payments we have credited to your account for the above tax return and tax period:

| Date | Amount |
|------|--------|
| 08/04/1998 | $6,111.07 |

RLI  0068

The following calculations show how we refigured the amount of the tax overpayment and refund amount:

| | | |
|---|---|---|
| Federal Income Tax Withheld | $1,151.00 | |
| Tax on Social Security Wages | $1,279.00 | |
| Tax on Social Security Tips | $.00 | |
| Tax on Medicare Wages and Tips | $299.00 | |
| | | |
| Total Taxes | | $2,729.00 |
| | | |
| Current Quarter's Fractions of Cents | $.00 | |
| Current Quarter's Sick Pay | $.00 | |
| Current Quarter's Adj for Tips and Group-term Life Insurance | $.00 | |
| Current Year's Income Tax Withholding | $.00 | |
| Prior Quarter's Social Security and Medicare Taxes | $.00 | |
| Special Additions to Federal Income Tax | $.00 | |
| Special Additions to Social Security and Medicare | $.00 | |
| Total Adjustments | | $.00 |
| Total Taxes After Adjustments | | $2,729.00 |
| | | |
| Total Tax Deposits | $6,111.07 | |
| Overpayment from Prior Tax Period | $.00 | |
| Other Credits and Payments | $.00 | |
| Total Deposits, Credits and Payments | | $6,111.07 |
| | | |
| Credit Balance Amount | | $3,382.07 |
| | | |
| LESS: Overpayment Applied to Next Return | $.00 | |
| Penalty: | $157.92 | |
| Interest: | $.00 | |
| | | |
| **Amount of Your Refund** | | $3,224.15 |
| | | |
| Credit Interest on Refund Amount | | $.00 |

## When You Will Receive Your Refund

You can expect to receive your refund within the next 4 to 6 weeks. Your refund amount is **$3,224.15** and may include credit interest.

If you previously asked us to apply an overpayment to your next tax period taxes, we will do so. You don't have to contact us.

However, you may owe other debts that the law requires us to collect. In that case, we'll use part or all of your refund to offset the debt. You will get a notice explaining how we applied your refund.

## What You Should Do Now

You don't have to do anything. You can call us at 1-800-829-0115 with any questions you may have about your refund or changes to your account.

RLI  0069

Seq. No.: B0079425    CP: 112
TIN: 63-0815896    Form: 941    Tax Period: June 30, 1998

For tax forms, instructions and information visit www.irs.gov . (Access to this site will not provide you with your specific taxpayer account information.)

## Penalty and Interest



About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

02367                                        **Penalties: $157.92**

**11 Failure to Deposit – Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $157.92**

IRC section 6656

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties – Reasonable Cause." Also see Publication 15, Circular E – Employer's Tax Guide or Publication 51, Circular A – Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**Removal of Penalties – Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

Erroneous Written Advice from IRS

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

RLI 0070

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 05/15/1998 | 08/04/1998 | 81 | FTD | 10% | 526.44 | 52.64 |
| 06/15/1998 | 08/04/1998 | 50 | FTD | 10% | 526.44 | 52.64 |
| 07/15/1998 | 08/04/1998 | 20 | FTD | 10% | 526.44 | 52.64 |
| | | | | | Total Penalty: | 157.92 |

RLI 0071

RLI 0072

Seq. No.: B0079425    CP: 112

TIN: 63-0815896    Form: 941    Tax Period: June 30, 1998

02387

---

✂ CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number:    Best Time to Call:

(   )_____-_____    _____AM_____PM

☐ **Correspondence enclosed:**

Write your Taxpayer Identification Number, tax period and tax form number on your inquiry or correspondence.

03

TE    200615    11    29141-077-12022-6

112    Internal Revenue Service
OGDEN, UT 84201-0038

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE AL 36040-0296965

630815896 WK 01 2 199806

RLI 0073

A6x56793    WK 01    200209    670    6343    161
200614    059981    36040    IRS USE ONLY    TE    F

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

For assistance, call:
1-800-829-0115

Notice Number: CP161
Date: April 17, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: September 30, 2002

010850.260219.0057.002 2 AB 0.554 1120

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

010850

Request for Payment                    Federal Employment Tax

Our records show you owe $5,563.47 on your return for the above tax period. A portion of the penalty shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by May 8, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will be charged on the amount of the unpaid tax. Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $3,123.62 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $3,123.62 |
| Penalty | $1,671.13 |
| Interest | $768.72 |
| Amount You Owe | $5,563.47 |

For tax forms, instructions and information visit www.irs.gov . (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

RLI 0074



# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $1,671.13

**01 Filing and Paying Late $702.81**

**IRC sections 6651 (a) (1) and 6651 (a) (2)**

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $312.36**

**IRC section 6656**

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $655.96**

**IRC section 6651 (a) (2)**

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties - Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Written Advice from IRS**

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 08/15/2002 | Not Paid | | | 10% | 1,041.21 | 104.12 |
| 09/16/2002 | Not Paid | | | 10% | 1,041.21 | 104.12 |
| 10/15/2002 | Not Paid | | | 10% | 1,041.21 | 104.12 |
| | | | | | Total Penalty: | 312.36 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 03/31/2003 | 05 | 4.50% | 3,123.62 | 702.81 |
| | | | Total Penalty: | 702.81 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 04/30/2006 | 42 | 0.50% | 3,123.62 | 655.96 |
| | | | Total Penalty: | 655.96 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 10/31/2002 | 12/31/2002 | 61 | 6.0% | 0.010077008 | 3826.43 | 38.56 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 3864.99 | 97.02 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 3962.01 | 50.24 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 4012.25 | 40.65 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 4052.90 | 40.51 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 4093.41 | 51.20 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 4144.61 | 41.88 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 4186.49 | 52.95 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 4239.44 | 52.59 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 4292.03 | 131.06 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 4423.09 | 78.73 |
| 12/31/2005 | 04/17/2006 | 107 | 7.0% | 0.020730534 | 4501.82 | 93.33 |
| | | | | | Total Interest: | 768.72 |

Seq. No.: A0056793    CP: 161

TIN: 63-0815896    Form: 941    Tax Period: September 30, 2002

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

## Interest: $768.72

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

Corporate Interest – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest – Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

010850

RLI 0077



AC56791    WK 01    200203    670    6343                     29141-077-04533-6    630815896    16
200614    059930                   36040        IRS USE ONLY                            TE    F

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

For assistance, call:
1-800-829-0115

RECEIVED
BY: MdH    4/18/06
CC Mayor
Council
MK Elam

Notice Number: CP161
Date: April 17, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: March 31, 2002

010851.280219.0057.002 2 AB 0.554 1120
IıllıllıllıııllıllIlıııdıIlIıılIlIlııIlıılIlı

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

010851

Request for Payment                    Federal Employment Tax

Our records show you owe $6,279.08 on your return for the above tax period. A portion of the penalty
shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your
payment by May 8, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid
tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will
be charged on the amount of the unpaid tax. Make your check or money order payable to the United
States Treasury. Write your taxpayer identification number on your payment and mail it with the stub
portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have
your payment information and a copy of your tax return available. This information will help us find any
payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $3,382.64 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $3,382.64 |
| Penalty | $1,911.17 |
| Interest | $985.27 |
| | |
| Amount You Owe | $6,279.08 |

For tax forms, instructions and information visit **www.irs.gov** . (Access to this site will not provide you
with your specific taxpayer account information.)

RLI 0078

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $1,911.17

**01 Filing and Paying Late $761.09**

IRC sections 6651 (a) (1) and 6651 (a) (2)

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $338.25**

IRC section 6656

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $811.83**

IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties - Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Written Advice from IRS**

We'll also remove your penalty if:

  -you wrote to IRS and asked for advice on a specific issue,

  -you gave IRS complete and accurate information,

  -IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take;

  -you followed our written advice in the manner we outlined, and

  -you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

  -complete Form 843, Claim for Refund and Request for Abatement,

  -request that IRS remove the penalty, and

  -send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

  -a copy of your original request for advice from IRS,

  -a copy of the erroneous written advice from IRS, and

  -a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI 0079

## Failure to Deposit

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 02/15/2002 | Not Paid | | | 10% | 1,127.55 | 112.75 |
| 03/15/2002 | Not Paid | | | 10% | 1,127.55 | 112.75 |
| 04/15/2002 | Not Paid | | | 10% | 1,127.55 | 112.75 |
| | | | | | Total Penalty: | 338.25 |

## Filing and Paying Late

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|------------|------------|-----------|---------|
| 09/30/2002 | 05 | 4.50% | 3,382.64 | 761.09 |
| | | | Total Penalty: | 761.09 |

## Paying Late

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|------------|------------|-----------|---------|
| 04/30/2006 | 48 | 0.50% | 3,382.64 | 811.83 |
| | | | Total Penalty: | 811.83 |

## Interest

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 04/30/2002 | 06/30/2002 | 61 | 6.0% | 0.010077008 | 4143.73 | 41.76 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 4185.49 | 128.52 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 4314.01 | 108.29 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 4422.30 | 56.08 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 4478.38 | 45.38 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 4523.76 | 45.21 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 4568.97 | 57.15 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 4626.12 | 46.75 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 4672.87 | 59.10 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 4731.97 | 58.70 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 4790.67 | 146.29 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 4936.96 | 87.87 |
| 12/31/2005 | 04/17/2006 | 107 | 7.0% | 0.020730534 | 5024.83 | 104.17 |
| | | | | | Total Interest: | 985.27 |

RLI  0080

Seq. No.: A00250994   CP: 161    TIN: 63-0815896    Form: 941    Tax Period: March 31, 2002

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

### Interest: $985.27



010851

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

**Corporate Interest** - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest - Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Page 3

RLI  0081

A0005790     WK 01     200112     670     6343          29141-077-04532-6     630815896     161
200514     059579          36040          IRS USE ONLY          TE     F

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

For assistance, call
1-800-829-0115          **RECEIVED**
                       BY *M.H.*   DATE *4/18/06*

Notice Number: CP161          *CC plan*
Date:  April 17, 2006          *Cruid*

Taxpayer Identification Number: *MS Plan*
63-0815896
Tax Form: 941
Tax Period: December 31, 2001

010852.280219.0057.002 2 AB 0.554 1120

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE     AL     36040-0296965

010852

Request for Payment                    Federal Employment Tax

Our records show you owe $6,411.28 on your return for the above tax period.  A portion of the penalty shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by May 8, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will be charged on the amount of the unpaid tax.  Make your check or money order payable to the United States Treasury.  Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above.  When you call, please have your payment information and a copy of your tax return available.  This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $3,394.71 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $3,394.71 |
| Penalty | $1,951.96 |
| Interest | $1,064.61 |
| **Amount You Owe** | **$6,411.28** |

For tax forms, instructions and information visit **www.irs.gov** .  (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

RLI 0082



# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $1,951.96

**01 Filing and Paying Late $763.81**

IRC sections 6651 (a) (1) and 6651 (a) (2)

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $339.47**

IRC section 6656

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $848.68**

IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties - Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Written Advice from IRS**

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI  0083

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 11/15/2001 | Not Paid | | | 10% | 1,131.57 | 113.16 |
| 12/17/2001 | Not Paid | | | 10% | 1,131.57 | 113.16 |
| 01/15/2002 | Not Paid | | | 10% | 1,131.57 | 113.16 |
| | | | | | Total Penalty: | 339.47 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 06/30/2002 | 05 | 4.50% | 3,394.71 | 763.81 |
| | | | Total Penalty: | 763.81 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 04/30/2006 | 50 | 0.50% | 3,394.71 | 848.68 |
| | | | Total Penalty: | 848.68 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 01/31/2002 | 06/30/2002 | 150 | 6.0% | 0.024961968 | 4158.52 | 103.80 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 4262.32 | 130.88 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 4393.20 | 110.28 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 4503.48 | 57.11 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 4560.59 | 46.21 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 4606.80 | 46.04 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 4652.84 | 58.20 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 4711.04 | 47.60 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 4758.64 | 60.18 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 4818.82 | 59.77 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 4878.59 | 148.98 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 5027.57 | 89.48 |
| 12/31/2005 | 04/17/2006 | 107 | 7.0% | 0.020730534 | 5117.05 | 106.08 |
| | | | | | Total Interest: | 1064.61 |

RLI 0084

Seq. No.: A0036790    CP: 161
TIN: 63-0815896        Form: 941                Tax Period: December 31, 2001

The law also allows the IRS to remove the deposit penalty if: (1)
the penalty applies to the first required deposit after a required
change to your frequency of deposits, and (2) you file your
employment tax returns by the due date.

## Interest: $1,064.61

**09 Interest**

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is
computed from the due date of your return (regardless of
extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated
taxes for individuals or corporations. Interest is also charged on
penalties for late filing, over or understating valuations, and
substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

Corporate Interest - We charge additional interest of 2% if,
according to our records, you didn't make your corporate tax
payment within 30 days after the IRS notified you of the
underpayment of tax. This interest begins on the 31st day after we
notify you of the underpayment on tax amounts you owe over
$100,000, minus your timely payments and credits.

**19 Interest - Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that
we receive your payment within 10 work days from the date of your
notice. If the amount you owe is less than $100,000, please make
sure that we receive your payment within 21 calendar days from the
date of your notice. If we don't receive full payment within these
time frames, the law requires us to charge interest until you pay the
full amount you owe.

010852

RLI    0085

156.94    WK. 01    200212    670    6343          29141-077-04536-6    630815896    161
200819    059582                 36040    IRS USE ONLY                                TE    F

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84301-0039

For assistance, call:                RECEIVED
1-800-829-0115                       BY 9H.H   DATE 4/18/06
                                     CC Mayor
Notice Number: CP161                 Council
Date:  April 17, 2006                Mr. Ellum

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: December 31, 2002

010849.280219.0057.002 2 AB 0.554 1120
լ.ոII.ոII.ոII.ոII.ոII.ոII.ոII.ոII.ոII.ոII.II.ոII.II.

010849

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

Request for Payment              Federal Employment Tax

Our records show you owe $6,355.65 on your return for the above tax period.  A portion of the penalty
shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your
payment by **May 8, 2006**; however, if any of the balance due amount includes unpaid tax, and the unpaid
tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will
be charged on the amount of the unpaid tax.  Make your check or money order payable to the United
States Treasury.  Write your taxpayer identification number on your payment and mail it with the stub
portion of this notice.

If you think we made a mistake, please call us at the number listed above.  When you call, please have
your payment information and a copy of your tax return available.  This information will help us find any
payment you made that we haven't applied.

Tax Statement

| | |
|---|---:|
| Tax on Return | $3,641.67 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $3,641.67 |
| Penalty | $1,893.68 |
| Interest | $820.30 |
| Amount You Owe | $6,355.65 |

For tax forms, instructions and information visit **www.irs.gov** .  (Access to this site will not provide you
with your specific taxpayer account information.)

# Penalty and Interest

About Your Notice – The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $1,893.68

**01 Filing and Paying Late $819.38**

IRC sections 6651 (a) (1) and 6651 (a) (2)

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $364.17**

IRC section 6656

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $710.13**

IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties - Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Written Advice from IRS**

We'll also remove your penalty if:

- you wrote to IRS and asked for advice on a specific issue,

- you gave IRS complete and accurate information,

- IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

- you followed our written advice in the manner we outlined, and

- you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

- complete Form 843, Claim for Refund and Request for Abatement,

- request that IRS remove the penalty, and

- send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

- a copy of your original request for advice from IRS,

- a copy of the erroneous written advice from IRS, and

- a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|---|---|---|---|---|---|---|
| 11/15/2002 | Not Paid | | | 10% | 1,213.89 | 121.39 |
| 12/16/2002 | Not Paid | | | 10% | 1,213.89 | 121.39 |
| 01/15/2003 | Not Paid | | | 10% | 1,213.89 | 121.39 |
| | | | | | Total Penalty: | 364.17 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 06/30/2003 | 05 | 4.50% | 3,641.67 | 819.38 |
| | | | Total Penalty: | 819.38 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 04/30/2006 | 39 | 0.50% | 3,641.67 | 710.13 |
| | | | Total Penalty: | 710.13 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 01/31/2003 | 06/30/2003 | 150 | 5.0% | 0.020759071 | 4461.05 | 92.61 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 4553.66 | 57.75 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 4611.41 | 46.73 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 4658.14 | 46.56 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 4704.70 | 58.85 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 4763.55 | 48.13 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 4811.68 | 60.85 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 4872.53 | 60.44 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 4932.97 | 150.64 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 5083.61 | 90.48 |
| 12/31/2005 | 04/17/2006 | 107 | 7.0% | 0.020730534 | 5174.09 | 107.26 |
| | | | | | Total Interest: | 820.30 |

RLI 0088

Seq. No.: A80036794    CP 161
TIN: 63-0815896    Form: 941    Tax Period: December 31, 2002

The law also allows the IRS to remove the deposit penalty if: (1)
the penalty applies to the first required deposit after a required
change to your frequency of deposits, and (2) you file your
employment tax returns by the due date.

## Interest: $820.30

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is
computed from the due date of your return (regardless of
extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated
taxes for individuals or corporations. Interest is also charged on
penalties for late filing, over or understating valuations, and
substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

Corporate Interest - We charge additional interest of 2% if,
according to our records, you didn't make your corporate tax
payment within 30 days after the IRS notified you of the
underpayment of tax. This interest begins on the 31st day after we
notify you of the underpayment on tax amounts you owe over
$100,000, minus your timely payments and credits.

**19 Interest - Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that
we receive your payment within 10 work days from the date of your
notice. If the amount you owe is less than $100,000, please make
sure that we receive your payment within 21 calendar days from the
date of your notice. If we don't receive full payment within these
time frames, the law requires us to charge interest until you pay the
full amount you owe.

Page 2

RLI 0089

WK 01    200206    670    6343
200614    005285    56040    IRS USE ONLY

For assistance, call:
1-800-829-0115

**RECEIVED**
BY _____ 4/25/06

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

Notice Number: CP161
Date: April 17, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: June 30, 2002

000294.281687.0003.001 2 MB 0.563 1120

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

000294

Request for Payment             Federal Employment Tax

Our records show you owe $9,313.00 on your return for the above tax period. A portion of the penalty shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by May 8, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will be charged on the amount of the unpaid tax. Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---:|
| Tax on Return | $5,121.22 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $5,121.22 |
| Penalty | $2,816.66 |
| Interest | $1,375.12 |
| Amount You Owe | **$9,313.00** |

For tax forms, instructions and information visit www.irs.gov. (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

RLI  0090

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $2,816.66

**01 Filing and Paying Late $1,152.27**

IRC sections 6651 (a) (1) and 6651 (a) (2)

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $512.12**

IRC section 6656

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $1,152.27**

IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties - Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

Erroneous Written Advice from IRS

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI 0091

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

Interest: $1,375.12

09 Interest



000294

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

Corporate Interest – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

19 Interest – Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

RLI 0092

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|---|---|---|---|---|---|---|
| 05/15/2002 | Not Paid | | | 10% | 1,707.07 | 170.71 |
| 06/17/2002 | Not Paid | | | 10% | 1,707.07 | 170.71 |
| 07/15/2002 | Not Paid | | | 10% | 1,707.07 | 170.71 |
| | | | | | Total Penalty: | 512.12 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 12/31/2002 | 05 | 4.50% | 5,121.22 | 1,152.27 |
| | | | Total Penalty: | 1,152.27 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 04/30/2006 | 45 | 0.50% | 5,121.22 | 1,152.27 |
| | | | Total Penalty: | 1,152.27 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 07/31/2002 | 12/31/2002 | 153 | 6.0% | 0.025467512 | 6273.49 | 159.77 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 6433.26 | 161.49 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 6594.75 | 83.63 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 6678.38 | 67.67 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 6746.05 | 67.42 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 6813.47 | 85.23 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 6898.70 | 69.71 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 6968.41 | 88.13 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 7056.54 | 87.53 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 7144.07 | 218.16 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 7362.23 | 131.04 |
| 12/31/2005 | 04/17/2006 | 107 | 7.0% | 0.020730534 | 7493.27 | 155.34 |
| | | | | | Total Interest: | 1375.12 |

RLI 0093

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

For assistance, call:
1-800-829-0115

Notice Number: CP161
Date: April 17, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: September 30, 2001

000295.281587.0003.001 2 MB 0.563 1120

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965

Request for Payment                    Federal Employment Tax

Our records show you owe $9,240.59 on your return for the above tax period.  A portion of the penalty
shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your
payment by May 8, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid
tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will
be charged on the amount of the unpaid tax.  Make your check or money order payable to the United
States Treasury.  Write your taxpayer identification number on your payment and mail it with the stub
portion of this notice.

If you think we made a mistake, please call us at the number listed above.  When you call, please have
your payment information and a copy of your tax return available.  This information will help us find any
payment you made that we haven't applied.

Tax Statement

| | |
|---|---:|
| Tax on Return | $4,826.22 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $4,826.22 |
| Penalty | $2,775.06 |
| Interest | $1,639.31 |
| Amount You Owe | $9,240.59 |

For tax forms, instructions and information visit www.irs.gov.  (Access to this site will not provide you
with your specific taxpayer account information.)

Page 1

RLI 0094

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $2,775.06

**01 Filing and Paying Late $1,085.90**

**IRC sections 6651 (a) (1) and 6651 (a) (2)**

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $482.61**

**IRC section 6656**

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $1,206.55**

**IRC section 6651 (a) (2)**

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties - Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Written Advice from IRS**

We'll also remove your penalty if:

 -you wrote to IRS and asked for advice on a specific issue,

 -you gave IRS complete and accurate information,

 -IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

 -you followed our written advice in the manner we outlined, and

 -you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

 -complete Form 843, Claim for Refund and Request for Abatement,

 -request that IRS remove the penalty, and

 -send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

 -a copy of your original request for advice from IRS,

 -a copy of the erroneous written advice from IRS, and

 -a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI  0095

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|---|---|---|---|---|---|---|
| 08/15/2001 | Not Paid | | | 10% | 1,608.74 | 160.87 |
| 09/17/2001 | Not Paid | | | 10% | 1,608.74 | 160.87 |
| 10/15/2001 | Not Paid | | | 10% | 1,608.74 | 160.87 |
| | | | | | Total Penalty: | 482.61 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 03/31/2002 | 05 | 4.50% | 4,826.22 | 1,085.90 |
| | | | Total Penalty: | 1,085.90 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|---|---|---|---|---|
| 04/30/2006 | 50 | 0.50% | 4,826.22 | 1,206.55 |
| | | | Total Penalty: | 1,206.55 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|---|---|---|---|---|---|---|
| 10/31/2001 | 12/31/2001 | 61 | 7.0% | 0.011766192 | 5912.12 | 69.56 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 5981.68 | 180.63 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 6162.31 | 189.22 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 6351.53 | 159.44 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 6510.97 | 82.57 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 6593.54 | 66.81 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 6660.35 | 66.57 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 6726.92 | 84.14 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 6811.06 | 68.82 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 6879.88 | 87.01 |
| 12/31/2004 | 06/30/2005 | 90 | 5.0% | 0.012404225 | 6966.89 | 86.42 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 7053.31 | 215.38 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 7268.69 | 129.37 |
| 12/31/2005 | 04/17/2006 | 107 | 7.0% | 0.020730534 | 7398.06 | 153.37 |
| | | | | | Total Interest: | 1639.31 |

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

## Interest: $1,639.31

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

000295

Corporate Interest – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest – Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

Page 1

RLI 0097

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

For assistance call:
1-800-829-0115

RECEIVED

Notice Number: CP161
Date: April 17, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: June 30, 2001

000296.281687.0003.001 2 MB 0.563 1120

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

000296

Request for Payment              Federal Employment Tax

Our records show you owe $11,035.51 on your return for the above tax period. A portion of the penalty shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by May 8, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will be charged on the amount of the unpaid tax. Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---:|
| Tax on Return | $5,681.03 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $5,681.03 |
| Penalty | $3,266.59 |
| Interest | $2,087.89 |
| Amount You Owe | **$11,035.51** |

For tax forms, instructions and information visit **www.irs.gov** . (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

RLI 0098

## Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

### Penalties: $3,266.59

**01 Filing and Paying Late $1,278.23**

IRC sections 6651 (a) (1) and 6651 (a) (2)

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit – Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $568.10**

IRC section 6656

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $1,420.26**

IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties - Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Written Advice from IRS**

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI 0099

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

## Interest: $2,087.89

### 09 Interest

IRC section 6601

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

Corporate Interest – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

### 19 Interest - Additional Interest Charges

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

000296

RLI 0100

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 05/15/2001 | Not Paid | | | 10% | 1,893.68 | 189.37 |
| 06/15/2001 | Not Paid | | | 10% | 1,893.68 | 189.37 |
| 07/16/2001 | Not Paid | | | 10% | 1,893.68 | 189.37 |
| | | | | Total Penalty: | | 568.10 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|------------|-----------|---------|
| 12/31/2001 | 05 | 4.50% | 5,681.03 | 1,278.23 |
| | | Total Penalty: | | 1,278.23 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|------------|-----------|---------|
| 04/30/2006 | 50 | 0.50% | 5,681.03 | 1,420.26 |
| | | Total Penalty: | | 1,420.26 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 07/31/2001 | 12/31/2001 | 153 | 7.0% | 0.029774300 | 6959.26 | 207.21 |
| 12/31/2001 | 06/30/2002 | 181 | 6.0% | 0.030197962 | 7166.47 | 216.41 |
| 06/30/2002 | 12/31/2002 | 184 | 6.0% | 0.030706088 | 7382.88 | 226.70 |
| 12/31/2002 | 06/30/2003 | 181 | 5.0% | 0.025102720 | 7609.58 | 191.02 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 7800.60 | 98.92 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 7899.52 | 80.04 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 7979.56 | 79.75 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 8059.31 | 100.81 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 8160.12 | 82.46 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 8242.58 | 104.24 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 8346.82 | 103.54 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 8450.36 | 258.05 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 8708.41 | 155.00 |
| 12/31/2005 | 04/17/2006 | 107 | 7.0% | 0.020730534 | 8863.41 | 183.74 |
| | | | | Total Interest: | | 2087.89 |

RLI 0101

IRS Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

*EXTRA COPY*

In reply refer to:  0447600002
Mar. 23, 2006  LTR 26450    0
63-0815896    200106 01 000
Input Op:  0430259911    01724
              BODC: TE

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

000474

RECEIVED
BY ____ DATE ____
M.M  3/29/06
Contacted Mr. Han 3/29/06
by cell 11:30 am

          TAXPAYER ACCOUNT
   Taxpayer Identification Number: 63-0815896
          Tax Period(s): June 30, 2001

                Form: 941

Dear Taxpayer:

Thank you for your information dated Dec. 19, 2005.

We haven't resolved this matter because we haven't completed all the
research necessary for a complete response. We will contact you
again within 60 days to let you know what action we are taking.

Unless you have additional information, you don't need to contact us
again, or do anything further now on this matter.

If you have any questions, please call us toll free at 1-800-82'-0115.
If you prefer, you may write to us at the address shown at the top of
the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (____)_____  Hours _____ _____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

                    Sincerely yours,

                    Diane Elm

                    Diane Elm
                    Accounts Management I

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

000474.276503.0002.001 1 MB 0.326 530
|..|.|..|.|..|..|..|..|||..|..|..|.||.|..|.||.|..|.|.|..|.|..|



TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

000474

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for payments
                              0447600002                  Letter Number:    LTR2645O
         BODCD-TE                                         Letter Date  :    2006-03-23
                                                          Tax Period   :    200106

                                          *630815896*

                                          TOWN OF MOSSES
                                          PO BOX 296
         INTERNAL REVENUE SERVICE         HAYNEVILLE  AL  36040-0296965

         OGDEN  UT  84201-0038
         |.|..|.|..|.|.|.||..|...|||..|..|...||.|..|.|.|

     630815896 WK TOWN 01 2 200106 670 00000000000

RLI 0103

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

**RECEIVED**
BY *7WH*  DATE *3/29/06*

IRS USE ONLY

For assistance, call:
1-800-829-0115

Notice Number: CP161
Date: March 27, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: December 31, 2003

040292.275839.0202.006 1 AB 0.317 800

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

040292

Request for Payment                    Federal Employment Tax

Our records show you owe $2,694.77 on your return for the above tax period.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by **April 17, 2006**. Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

### Tax Statement

| | |
|---|---:|
| Tax on Return | $1,786.24 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $1,786.24 |
| Penalty | $634.11 |
| Interest | $274.42 |
| Amount You Owe | $2,694.77 |

For tax forms, instructions and information visit **www.irs.gov** . (Access to this site will not provide you with your specific taxpayer account information.)

### Penalty and Interest

**About Your Notice** - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

Page 1

RLI  0104

## Penalties: $634.11

**01 Filing and Paying Late $401.90**

**IRC sections 6651 (a) (1) and 6651 (a) (2)**

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**07 Paying Late $232.21**

**IRC section 6651 (a) (2)**

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**Removal of Penalties – Reasonable Cause**

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

**Erroneous Written Advice from IRS**

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

## Interest: $274.42

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

**Corporate Interest** - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest - Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

RLI 0105

Seq. No.: A0055565   CP 161
TIN: 63-0815896    Form: 941    Tax Period: December 31, 2003

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 06/30/2004 | 05 | 4.50% | 1,786.24 | 401.90 |
| | | | Total Penalty: | 401.90 |



**Paying Late**

040292

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 03/31/2006 | 26 | 0.50% | 1,786.24 | 232.21 |
| | | | Total Penalty: | 232.21 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 01/31/2004 | 03/31/2004 | 60 | 4.0% | 0.006578563 | 2188.14 | 14.39 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 2202.53 | 27.55 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 2230.08 | 22.53 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 2252.61 | 28.49 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 2281.10 | 28.30 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 2309.40 | 70.52 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 2379.92 | 42.36 |
| 12/31/2005 | 03/27/2006 | 86 | 7.0% | 0.016628306 | 2422.28 | 40.28 |
| | | | | | Total Interest: | 274.42 |

✂ **CUT HERE** ─────────────

Return this voucher with your payment or correspondence.

Your Telephone Number:     Best Time to Call:

( )   -   AM  PM

| |
|---|
| **Amount you owe:   $2,694.77** |
| • You will avoid additional penalties and/or interest if we receive your full payment by April 17, 2006 |
| ☐ **Amount enclosed:**  $ |
| • Make payable to United States Treasury |
| • Write Taxpayer Identification Number, tax period and tax form number on payment |
| ☐ **Correspondence enclosed** |

TE    200611    01070919    29141-056-21215-6

161    Internal Revenue Service
OGDEN, UT 84201-0039

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE AL 36040-0296965

||..|.|.|.|.||....||||..||..||..|.||.|..||.||

63081589б WK TOWN 01 2 200312 67Q 00000269477

Page 3

RLI 0106

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

**RECEIVED**
BY *YMH*  DATE *3/24/06*
*C/C - Council*

For assistance, call:
1-800-829-0115

Notice Number: CP161
Date: March 27, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: March 31, 2003

040293.275839.0202.006 2 AB 0.554 1120

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

040293

Request for Payment            Federal Employment Tax

Our records show you owe $4,619.67 on your return for the above tax period. A portion of the penalty shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by April 17, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will be charged on the amount of the unpaid tax. Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $2,714.39 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $2,714.39 |
| Penalty | $1,357.20 |
| Interest | $548.08 |
| Amount You Owe | **$4,619.67** |

For tax forms, instructions and information visit **www.irs.gov** . (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

RLI 0107

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $1,357.20

### 61 Filing and Paying Late $610.74

**IRC sections 6651 (a) (1) and 6651 (a) (2)**

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

### 11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $271.44

**IRC section 6656**

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

### 07 Paying Late $475.02

**IRC section 6651 (a) (2)**

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

### Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

Erroneous Written Advice from IRS

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take;

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI  0108

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 02/18/2003 | Not Paid | | | 10% | 904.80 | 90.48 |
| 03/17/2003 | Not Paid | | | 10% | 904.80 | 90.48 |
| 04/15/2003 | Not Paid | | | 10% | 904.80 | 90.48 |
| | | | | | Total Penalty: | 271.44 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|------------|-----------|---------|
| 09/30/2003 | 05 | 4.50% | 2,714.39 | 610.74 |
| | | | Total Penalty: | 610.74 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|------------|-----------|---------|
| 03/31/2006 | 35 | 0.50% | 2,714.39 | 475.02 |
| | | | Total Penalty: | 475.02 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 04/30/2003 | 06/30/2003 | 61 | 5.0% | 0.008390597 | 3325.13 | 27.90 |
| 06/30/2003 | 09/30/2003 | 92 | 5.0% | 0.012681615 | 3353.03 | 42.52 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 3395.55 | 34.41 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 3429.96 | 34.28 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 3464.24 | 43.33 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 3507.57 | 35.44 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 3543.01 | 44.81 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 3587.82 | 44.50 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 3632.32 | 110.92 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 3743.24 | 66.62 |
| 12/31/2005 | 03/27/2006 | 86 | 7.0% | 0.016628306 | 3809.86 | 63.35 |
| | | | | | Total Interest: | 548.08 |

RLI 0109

Seq. No.: A0115227    CP: 161
TIN: 63-0815896    Form: 941    Tax Period: March 31, 2003

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

## Interest: $548.08



040293

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

**Corporate Interest** – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest – Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

RLI  0110

Seq. No. X00113223-CP.NO    
TIN: 63-0815896    Form: 941    Tax Period: March 31, 2003

040293

✂ — **CUT HERE** —————————

Return this voucher with your payment or correspondence.

| Your Telephone Number: | Best Time to Call: |
|---|---|
| ( )_____ | ____AM____PM |

**Amount you owe:** $4,619.67

• You will avoid additional penalties and/or interest if we receive your full payment by April 17, 2006

☐ **Amount enclosed:** $_____

• Make payable to United States Treasury
• Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

TE    200611    0111070919    29141-056-21218-6

161    Internal Revenue Service
OGDEN, UT 84201-0039

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

630815896 WK TOWN 01 2 200303 670 00000461967

RLI 0111

A0115225    WK 01    200309    670    6343    29141-056-21216-6    630315896    161
200611    053965    36040    IRS USE ONLY    TE    F

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

For assistance, call:
1-800-829-0115

**RECEIVED**
BY    M.H    DATE 3/29/06
CC - Council

**RECEIVED**
BY    DATE 3/29/06

Notice Number: CP161
Date: March 27, 2006

040295.275839.0202.006 2 AB 0.554 1120

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: September 30, 2003

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

040295

Request for Payment                    Federal Employment Tax

Our records show you owe $4,444.78 on your return for the above tax period. A portion of the penalty shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by April 17, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will be charged on the amount of the unpaid tax. Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $2,714.24 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $2,714.24 |
| Penalty | $1,275.67 |
| Interest | $454.87 |
| Amount You Owe | **$4,444.78** |

For tax forms, instructions and information visit **www.irs.gov** . (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

RLI 0112

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $1,275.67

**01 Filing and Paying Late $610.70**

IRC sections 6651 (a) (1) and 6651 (a) (2)

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

**11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $271.41**

IRC section 6656

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

**07 Paying Late $393.56**

IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

Erroneous Written Advice from IRS

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI  0113

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 08/15/2003 | Not Paid | | | 10% | 904.75 | 90.47 |
| 09/15/2003 | Not Paid | | | 10% | 904.75 | 90.47 |
| 10/15/2003 | Not Paid | | | 10% | 904.75 | 90.47 |
| | | | | | Total Penalty: | 271.41 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|------------|-----------|---------|
| 03/31/2004 | 05 | 4.50% | 2,714.24 | 610.70 |
| | | | Total Penalty: | 610.70 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|------------|-----------|---------|
| 03/31/2006 | 29 | 0.50% | 2,714.24 | 393.56 |
| | | | Total Penalty: | 393.56 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 10/31/2003 | 12/31/2003 | 61 | 4.0% | 0.006706957 | 3324.94 | 22.30 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 3347.24 | 33.45 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 3380.69 | 42.29 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 3422.98 | 34.59 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 3457.57 | 43.73 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 3501.30 | 43.43 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 3544.73 | 108.24 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 3652.97 | 65.02 |
| 12/31/2005 | 03/27/2006 | 86 | 7.0% | 0.016628306 | 3717.99 | 61.82 |
| | | | | | Total Interest: | 454.87 |

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

## Interest: $454.87

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

**Corporate Interest** – We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest – Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

'40295

Seq. No.: A0115225   CP: 161
TIN: 63-0815896    Form: 941    Tax Period: September 30, 2003



040295

✂ **CUT HERE**

Return this voucher with your payment or correspondence.

Your Telephone Number:     Best Time to Call:

( ) ____-_____      ____AM____PM

**Amount you owe:**    $4,444.78

• You will avoid additional penalties and/or
  interest if we receive your full payment by
  April 17, 2006

☐ **Amount enclosed:**   $_____

• Make payable to United States Treasury
• Write Taxpayer Identification Number, tax
  period and tax form number on payment

☐ **Correspondence enclosed**

TE    200611    0111070919    29141-056-21216-6

161    Internal Revenue Service
       OGDEN, UT 84201-0039

|..|.|.|.|.|.||.....|||..||.....||.|.|....||.|.|

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

630815896 WK TOWN 01 2 200309 670 00000444478

RLI 0116

A0115226    WK  01    200306    670    6343
300611    038964    36040    IRS USE ONLY

29141-056-21217-6    630815896    161
TE    F

Department of the Treasury
Internal Revenue Service
OGDEN, UT 84201-0039

**RECEIVED**
BY    DATE
J.N. H    3/29/06
CC : Counsel

For assistance, call:
1-800-829-0115

Notice Number: CP161
Date: March 27, 2006

Taxpayer Identification Number:
63-0815896
Tax Form: 941
Tax Period: June 30, 2003

040294.275839.0202.006 2 AB 0.554 1120

040294

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE    AL    36040-0296965

Request for Payment    Federal Employment Tax

Our records show you owe $4,348.80 on your return for the above tax period. A portion of the penalty shown below is because your tax deposits were not made in sufficient amounts by the dates required.

To avoid additional penalty and/or interest, please allow enough mailing time so that we receive your payment by April 17, 2006; however, if any of the balance due amount includes unpaid tax, and the unpaid tax you owe is not paid within 10 days of the notice date, an additional 5% federal tax deposit penalty will be charged on the amount of the unpaid tax. Make your check or money order payable to the United States Treasury. Write your taxpayer identification number on your payment and mail it with the stub portion of this notice.

If you think we made a mistake, please call us at the number listed above. When you call, please have your payment information and a copy of your tax return available. This information will help us find any payment you made that we haven't applied.

Tax Statement

| | |
|---|---|
| Tax on Return | $2,605.57 |
| Total Credits | $.00 |
| Amount Previously Refunded to You | $.00 |
| Underpayment | $2,605.57 |
| Penalty | $1,263.69 |
| Interest | $479.54 |
| Amount You Owe | $4,348.80 |

For tax forms, instructions and information visit **www.irs.gov** . (Access to this site will not provide you with your specific taxpayer account information.)

Page 1

# Penalty and Interest

About Your Notice - The penalty and/or interest charges on your account are explained on the following pages. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the top of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalties: $1,263.69

### 01 Filing and Paying Late $586.25

**IRC sections 6651 (a) (1) and 6651 (a) (2)**

We charged a combined penalty because you filed late and didn't pay your tax by the due date of your return.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

### 11 Failure to Deposit - Federal Tax Deposits Insufficient or Late and Incomplete Record of Federal Tax Liability $260.55

**IRC section 6656**

We charged a penalty because you didn't deposit the correct amounts of tax on time.

Also, your Record of Federal Tax Liability was incomplete or illegible, or the liability amounts you reported didn't equal the net taxes for the tax period. Therefore, we averaged the total tax liability and distributed it equally throughout the tax period. We applied your deposits to the averaged liabilities in the date order we received them. We figured the penalty on any tax not deposited, deposited late, or not deposited in the correct amounts.

If you believe we computed the penalty incorrectly, please send a complete breakdown of your tax liability on Form 4977 (for tax years before 1993), or Form 941 Schedule B (for tax years 1993 and later), or Form 945-A or Form 943-A. If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause." Also see Publication 15, Circular E - Employer's Tax Guide or Publication 51, Circular A - Agricultural Employer's Tax Guide, for deposit requirements.

Your penalty computation is shown at the end of this notice.

### 07 Paying Late $416.89

**IRC section 6651 (a) (2)**

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2% of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce this penalty, see "Removal of Penalties - Reasonable Cause."

Your penalty computation is shown at the end of this notice.

### Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

### Erroneous Written Advice from IRS

We'll also remove your penalty if:

-you wrote to IRS and asked for advice on a specific issue,

-you gave IRS complete and accurate information,

-IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,

-you followed our written advice in the manner we outlined, and

-you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

-complete Form 843, Claim for Refund and Request for Abatement,

-request that IRS remove the penalty, and

-send Form 843 to the IRS Service Center where you filed your return for the year you relied on erroneous advice from the IRS.

The three documents you must attach to your Form 843 are:

-a copy of your original request for advice from IRS,

-a copy of the erroneous written advice from IRS, and

-a notice (if any) showing the penalty we charged that you now wish us to remove.

The law allows you to tell the IRS where to apply your deposits within the tax return period with a deposit penalty. You have 90 days from the date of the correspondence you received showing the deposit penalty to contact the IRS if you want to specify where to apply your deposits.

RLI 0118

**Failure to Deposit**

The following table shows the penalty charges on your account. To compute your failure to deposit penalty we used amount due times rate.

| Due Date | Pymt Date | Days Late | Pymt Type | Rate | Amt Due | Penalty |
|----------|-----------|-----------|-----------|------|---------|---------|
| 05/15/2003 | Not Paid | | | 10% | 868.52 | 86.85 |
| 06/16/2003 | Not Paid | | | 10% | 868.52 | 86.85 |
| 07/15/2003 | Not Paid | | | 10% | 868.52 | 86.85 |
| | | | | | Total Penalty: | 260.55 |

**Filing and Paying Late**

The following table shows the penalty charges on your account. To compute your filing and paying late penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 12/31/2003 | 05 | 4.50% | 2,605.57 | 586.25 |
| | | | Total Penalty: | 586.25 |

**Paying Late**

The following table shows the penalty charges on your account. To compute your late paying penalty we used principal times rate times number of months late.

| Date | No. Months | Rate/Month | Principal | Penalty |
|------|-----------|-----------|-----------|---------|
| 03/31/2006 | 32 | 0.50% | 2,605.57 | 416.89 |
| | | | Total Penalty: | 416.89 |

**Interest**

The following table shows the interest charges on your account. To compute your interest we used principal times factor.

| From Date | To Date | Days | Rate | Factor | Principal | Interest |
|-----------|---------|------|------|--------|-----------|----------|
| 07/31/2003 | 09/30/2003 | 61 | 5.0% | 0.008390597 | 3191.82 | 26.78 |
| 09/30/2003 | 12/31/2003 | 92 | 4.0% | 0.010132630 | 3218.60 | 32.61 |
| 12/31/2003 | 03/31/2004 | 91 | 4.0% | 0.009994426 | 3251.21 | 32.49 |
| 03/31/2004 | 06/30/2004 | 91 | 5.0% | 0.012508429 | 3283.70 | 41.07 |
| 06/30/2004 | 09/30/2004 | 92 | 4.0% | 0.010104808 | 3324.77 | 33.60 |
| 09/30/2004 | 12/31/2004 | 92 | 5.0% | 0.012646750 | 3358.37 | 42.47 |
| 12/31/2004 | 03/31/2005 | 90 | 5.0% | 0.012404225 | 3400.84 | 42.18 |
| 03/31/2005 | 09/30/2005 | 183 | 6.0% | 0.030536685 | 3443.02 | 105.14 |
| 09/30/2005 | 12/31/2005 | 92 | 7.0% | 0.017798686 | 3548.16 | 63.15 |
| 12/31/2005 | 03/27/2006 | 86 | 7.0% | 0.016628306 | 3611.31 | 60.05 |
| | | | | | Total Interest: | 479.54 |

RLI 0119

Seq. No.: A0115226    CP: 161
TIN: 63-0815896    Form: 941    Tax Period: June 30, 2003

The law also allows the IRS to remove the deposit penalty if: (1) the penalty applies to the first required deposit after a required change to your frequency of deposits, and (2) you file your employment tax returns by the due date.

## Interest: $479.54

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Your interest computation is shown at the end of this notice.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**19 Interest - Additional Interest Charges**

If the amount you owe is $100,000 or more, please make sure that we receive your payment within 10 work days from the date of your notice. If the amount you owe is less than $100,000, please make sure that we receive your payment within 21 calendar days from the date of your notice. If we don't receive full payment within these time frames, the law requires us to charge interest until you pay the full amount you owe.

040294

Page 3

RLI 0120

Seq. No.: A0115226    CP: 161
TIN: 63-0815896    Form: 941    Tax Period: June 30, 2003

040294

✂ CUT HERE

Return this voucher with your payment or correspondence.

Your Telephone Number:          Best Time to Call:

(    )_____-_____          _____AM_____PM

| | |
|---|---|
| **Amount you owe:** | **$4,348.80** |

- You will avoid additional penalties and/or interest if we receive your full payment by April 17, 2006

☐ **Amount enclosed:** $_____

- Make payable to United States Treasury
- Write Taxpayer Identification Number, tax period and tax form number on payment

☐ **Correspondence enclosed**

TE    200611    0111070919    29141-056-21217-6

161    Internal Revenue Service
OGDEN, UT 84201-0039

||.|.|.|.|.|.||.||.......||||.....||.|......||.|.|......||.|

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE AL 36040-0296965

630815896 WK TOWN 01 2 200306 670 00000434880

RLI 0121

IRS Department of the Treasury
Internal Revenue Service
PO BOX 69
MEMPHIS   TN   38101-0069

In reply refer to:  0366103065
Mar. 31, 2006   LTR 854C  EO
63-0815896   200312 01 000
                              01939
                      BODC: TE

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965



010394

Taxpayer Identification Number:  63-0815896
            Tax Period(s):  Dec. 31, 2003

                    Form:  941

        Kind of Penalty:  FAILURE TO FILE
                          FAILURE TO PAY

Dear Taxpayer:

Thank you for the inquiry dated Dec. 19, 2005.

We are sorry, but the information submitted does not establish
reasonable cause or show due diligence.  Therefore, we must deny your
request for penalty adjustment.

If you want to appeal or give us more information, the following
will be helpful.

                    APPEALS PROCEDURES

If you have additional information and want your case to receive
further consideration by an Appeals Officer, please provide a brief
written statement of the disputed issues to the Service Center
Appeals Coordinator.  It should include:

1.   Your name and address;
2.   Your social security number or employer identification number;
3.   A statement that you want to appeal the findings;
4.   A statement of facts supporting your position on the issues you
     are appealing,
5.   If possible, a statement outlining the law or other authority
     on which you rely.
6.   A copy of this letter.

The statement of facts, under 4 above, should be detailed and
complete, including specific dates, names, amounts, and locations.
It must be declared true under penalties of perjury.  You may do
this by adding to your statement the following signed declaration:

```
                                              0366103065
                          Mar. 31, 2006    LTR 854C  EO
                          63-0815896    200312 01 000
                                                    01940
```

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


"Under penalties of perjury, I declare that the facts presented
in my written protest, which are set out in the accompanying
statement of facts, schedules, and other statements are, to the
best of my knowledge and belief, true, correct, and complete."

If your authorized representative sends us the protest for you, he
or she may substitute a declaration stating that he or she prepared
the statement and accompanying documents and whether he or she knows
that the statement and accompanying documents are true and correct.

Please send your response to:

    Internal Revenue Service
    Service Center Penalty Appeals Coordinator
    Attn:  Linda Sims
       P.O. Box 255 TPR
       Memphis  TN  38101-0255

The Service Center Appeals Coordinator will review your appeal
information to determine whether the penalty should be removed or
reduced.  If your appeal can't be resolved immediately with the
additional information, the coordinator will send your written
statement to the Appeals Office serving your district.

                        REPRESENTATION

An attorney, certified public accountant, or person enrolled to
practice before the Internal Revenue Service may represent you.
To have someone represent you, attach a Form 2848, Power of
Attorney and Declaration of Representative, (or similar written
authorization) to your written statement.

Forms, instructions, and Treasury Department Circular 230,
Regulations Governing the Practice of Attorneys, Certified
Public Accountants, and Enrolled Agents Before the Internal
Revenue Service, are available from any Internal Revenue Service
office.

                      OTHER INFORMATION

If taxes are overdue on your account, you will continue to receive
bills even if you appeal the penalty.  If you decide to appeal,
you may pay the penalty to avoid further interest charges on the
penalty amount.  If you appeal the penalty and the Appeals Officer
determines that you are not required to pay it, we will adjust your
account and send you a refund.

RLI 0123

0366103065
Mar. 31, 2006   LTR 854C   EO
63-0815896   200312 01 000
01941

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965



10394

If you don't appeal, you may file a claim for refund after you pay
the penalty.  If you want to take your case to court immediately, you
should request in writing that your claim for refund be immediately
rejected.  Then you will be issued a notice of disallowance.  You
have two years from the date of the notice of disallowance to bring
suit in the United States District Court having jurisdiction or in
the United States Claims Court.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number ( )_____   Hours_____

Sincerely yours,

Henry Slaughter

Henry Slaughter
Manager, Collection Operations

Enclosures:
Copy of this letter
Envelope

RLI 0124

 **IRS** Department of the Treasury
Internal Revenue Service

Memphis  TN  38101-0309

In reply refer to:  0366021294
Feb. 21, 2006  LTR 2645C  L0
63-0815896    200312 01 000
Input Op: 0309960063    01027
                BODC: NOBOD

RECEIVED
BY ｿﾑ.# | DATE 2/27/06

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040

001694

Taxpayer Identification Number: 63-0815896
Tax Period(s): Dec. 31, 2003

Form: 941

Dear Taxpayer:

Thank you for your correspondence received Feb. 16, 2006.

We have not resolved this matter because we haven't completed all
the processing necessary for a complete response. However, we will
contact you again within 45 days with our reply.  You don't need to
do anything further now on this matter.

We've delayed sending you further notices while we research this
matter.  If you receive or have received additional notices about
this account, please disregard them.

If you have any questions, please call us toll free at 1-800-829-8374.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter with your telephone
number and the hours we can reach you entered in the spaces provided
below.  You may want to keep a copy of this letter for your records.

Your telephone number (____)_____  Hours _____

We apologize for any inconvenience we may have caused you, and thank
you for your cooperation.

                        Sincerely yours,

                        Henry Slaughter

                        Henry Slaughter
                        Manager, Collection Operations

 **IRS** Department of the Treasury
Internal Revenue Service

Memphis  TN  38101-0309

001694.229047.0006.001 1 MB 0.326 532

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040

001694

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for inquiries only
                                   0366021294                 Letter Number:   LTR2645C
        BODCD-NOBOD                                           Letter Date  :   2006-02-21
                                                             Tax Period   :   200312

*630815896*

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040

        INTERNAL REVENUE SERVICE

        Memphis  TN  38101-0309

630815896 WK TOWN 01 2 200312 670 00000000000

---

The IRS address must appear in the window.          Use for payments
                                   0366021294                 Letter Number:   LTR2645C
        BODCD-NOBOD                                           Letter Date  :   2006-02-21
                                                             Tax Period   :   200312

*630815896*

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040

        INTERNAL REVENUE SERVICE

        CINCINNATI  OH  45999-0150

630815896 WK TOWN 01 2 200312 670 00000000000

RLI  0126

**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 69
MEMPHIS  TN  38101-0069

In reply refer to:  0366103065
Mar. 31, 2006   LTR 854C  EO
63-0815896   200312 01 000
                                01939
BODC: TE

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

010394

Taxpayer Identification Number:  63-0815896
                 Tax Period(s):  Dec. 31, 2003

                         Form:  941

          Kind of Penalty:  FAILURE TO FILE
                            FAILURE TO PAY

Dear Taxpayer:

Thank you for the inquiry dated Dec. 19, 2005.

We are sorry, but the information submitted does not establish
reasonable cause or show due diligence.  Therefore, we must deny your
request for penalty adjustment.

If you want to appeal or give us more information, the following
will be helpful.

                    APPEALS PROCEDURES

If you have additional information and want your case to receive
further consideration by an Appeals Officer, please provide a brief
written statement of the disputed issues to the Service Center
Appeals Coordinator.  It should include:

1.   Your name and address;
2.   Your social security number or employer identification number;
3.   A statement that you want to appeal the findings;
4.   A statement of facts supporting your position on the issues you
     are appealing,
5.   If possible, a statement outlining the law or other authority
     on which you rely.
6.   A copy of this letter.

The statement of facts, under 4 above, should be detailed and
complete, including specific dates, names, amounts, and locations.
It must be declared true under penalties of perjury.  You may do
this by adding to your statement the following signed declaration:

```
                                            0366103065
                        Mar. 31, 2006    LTR 854C  EO
                        63-0815896    200312 01 000
                                                01940
```

```
TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965
```

"Under penalties of perjury, I declare that the facts presented
in my written protest, which are set out in the accompanying
statement of facts, schedules, and other statements are, to the
best of my knowledge and belief, true, correct, and complete."

If your authorized representative sends us the protest for you, he
or she may substitute a declaration stating that he or she prepared
the statement and accompanying documents and whether he or she knows
that the statement and accompanying documents are true and correct.

Please send your response to:

    Internal Revenue Service
    Service Center Penalty Appeals Coordinator
    Attn:  Linda Sims
           P.O. Box 255 TPR
           Memphis  TN  38101-0255

The Service Center Appeals Coordinator will review your appeal
information to determine whether the penalty should be removed or
reduced.  If your appeal can't be resolved immediately with the
additional information, the coordinator will send your written
statement to the Appeals Office serving your district.

## REPRESENTATION

An attorney, certified public accountant, or person enrolled to
practice before the Internal Revenue Service may represent you.
To have someone represent you, attach a Form 2848, Power of
Attorney and Declaration of Representative, (or similar written
authorization) to your written statement.

Forms, instructions, and Treasury Department Circular 230,
Regulations Governing the Practice of Attorneys, Certified
Public Accountants, and Enrolled Agents Before the Internal
Revenue Service, are available from any Internal Revenue Service
office.

## OTHER INFORMATION

If taxes are overdue on your account, you will continue to receive
bills even if you appeal the penalty.  If you decide to appeal,
you may pay the penalty to avoid further interest charges on the
penalty amount.  If you appeal the penalty and the Appeals Officer
determines that you are not required to pay it, we will adjust your
account and send you a refund.

RLI 0128

```
                                          0366103065
                        Mar. 31, 2006   LTR 854C  EO
                        63-0815896   200312 01 000
                                              01941
```

```
TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965
```



10394

If you don't appeal, you may file a claim for refund after you pay
the penalty.  If you want to take your case to court immediately, you
should request in writing that your claim for refund be immediately
rejected.  Then you will be issued a notice of disallowance.  You
have two years from the date of the notice of disallowance to bring
suit in the United States District Court having jurisdiction or in
the United States Claims Court.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____    Hours_____

                              Sincerely yours,


                              Henry Slaughter

                              Henry Slaughter
                              Manager, Collection Operations

Enclosures:
Copy of this letter
Envelope

Charles R. Elam
Post Office Box 9943
Montgomery, Alabama 36108
334-213-1499

December 19, 2005

William C. Scott
Mayor
Town of Mosses
Post Office Box 296
Hayneville, Alabama 36040

Dear Mayor Scott:

Since our last meeting I have been provided with a new set of payroll records. These new records appear to be the complete payroll records that were needed to prepare the unfiled Employment Tax Returns and related forms. The first records that I analyzed did not contain the comprehensive data necessary to correctly prepare the required tax returns. It appears that two different sets of payroll records were maintained at one time.

All of the unfiled tax returns for the years 2001, 2002, and 2003 have now been prepared and require your signature. I have also prepared the necessary Form W-2s and W-3s. This will prevent the Town from having any additional Civil Penalties assessed for the years subsequent to 2001. Additionally, it will allow the Civil Penalty for 2001 to be waived.

The "complete" records caused the unpaid tax liability to increase from the approximately ten thousand dollars we previously discussed to an amount that will be more than twenty thousand dollars. In addition to this amount an additional twenty plus thousand dollars in penalty and interest will also become due.

A request has been prepared by me which will require your signature, requesting that the IRS not penalize the Town for not having filed the required tax returns nor making the required Federal Tax Deposits timely. By the IRS not charging these two penalties the amount of interest charged will also be less, as interest is charged on the total amount due.

As the Civil Penalty for the year ended December 32, 2001 is no longer warranted once the Form W-3 is filed, I have also prepared a request that the penalty be abated.

Upon receipt of the tax returns and letters, the Internal Revenue Service will process the tax returns and review the two letters referenced above. At that time they will either agree to take all

of the requested actions, take some of the requested actions or none of them. A written response will be mailed to you explaining what actions the IRS will take. As your designated representative with the IRS, I will also receive a copy of all correspondence mailed to you. Any adverse actions taken by the IRS will immediately require my attention and I request that you contact me upon receipt of all correspondence to ensure that I have also received the same.

At this time, the Town of Mosses and I as your representative must await a response from the Internal Revenue Service before we can do anything else. You should expect a response from them in four to six weeks and my actions at that time will be contingent upon that response.

At this time I encourage the Town to prepare to pay the IRS the taxes owed, but not the penalty and interest as I will work diligently to have the penalty waived. If not totally waived, reduced significantly based upon the IRS's reasonable cause criteria.

Based upon the terms of our engagement agreement, I request that the final payment due under that agreement be paid to me.

If you have any questions, please contact me at your convenience.

With Best Regards,

*Charles R. Elam*

Charles R. Elam
Consultant

TAX LIABILITY

FORMS 941

| | | |
|---|---|---|
| JUNE 30, 1998 | $1579.32 OWED | $6111.00 PAID |
| JUNE 30, 2000 | $1548.29 OWED | $7261.15 PAID |
| JUNE 30 2001 | $5681.03 OWED | |
| SEPTEMBER 2001 | $4826.22 OWED | |
| DECEMBER 2001 | $3394.71 OWED | |
| MARCH 2002 | $3382.64 OWED | |
| JUNE 2002 | $5121.22 OWED | |
| SEPTEMBER 2002 | $3123.62 OWED | |
| DECEMBER 2002 | $3641.67 OWED | |
| MARCH 2003 | $2714.39 OWED | |
| JUNE 2003 | $2605.57 OWED | |
| SEPTEMBER 2003 | $2714.24 OWED | |
| DECEMBER 2003 | $1786.24 OWED | |

TAXES OWED      $42,119.16
TAXES PAID      13,372.15
BALANCE OWED    28,747.01

ESTIMATED FAILURE TO FILE PENALTY @ .25%  ---- $7186.75

ESTIMATED FAILURE TO DEPOSIT PENALTY @ .15%---$4312.05

ESTIMATED INTEREST------$12936.15

ESTIMATED TOTAL OWED  IRS ---- $53,181.96

RLI 0133

# Town Of Mosses 

1 Mosses Park Circle
P. O. Box 296
Hayneville, AL 36040
Phone 334-563-9141

William C. Scott, Mayor
Willie B. Hill, Mayor Pro-Tem
Shayne Perry, Police Chief
Mary Hester, Town Clerk

Council Lady Janice Patterson
Councilman Joe E. Bell

December 19, 2005

Internal Revenue Service
Memphis Service Center
Memphis, TN  37501

Re:  63-0815896

Dear Sir/Madam:

The Town of Mosses is a small community located in Central Alabama.  The town's administrative functions are conducted from one (1) small, brick building which contains the offices of the mayor, the town clerk, a two person police force, and a meeting room. Our annual operating budget is only $94,000.00.

The former Town Clerk was in office for many years and was thought to have performed her tasks efficiently.  When it was determined that she had not performed her tasks as required and numerous irregularities were uncovered, her employment was terminated.

The new administration took office in October 2004 and I as mayor began attempting to determine what the most pressing issues were and ensured that all tax returns were filed and paid as they became due.  After having secured the services of an outside consultant it was determined that the town not only owed the IRS a small amount of money, but had not filed tax returns for several periods.  We immediately began reviewing the records of the prior administration and located the information necessary to prepare and file the unfiled  tax returns.

We have now prepared the returns and discovered that  not only do we owe thousands of dollars in taxes, but also penalty and interest.  We do not have the ability to pay the penalty but acknowledge that we must pay the taxes and have set in motion a plan that will allow us to pay the tax immediately.

Foundation For A Bright Future

The Town of Mosses and its citizens hired a person who was alleged to have been a professional administrator to take care of the functions of Town Clerk. These functions included the withholding of taxes, the preparation of tax returns, and the writing of checks to pay the taxes as they became due. We relied on this individual and we were deceived by being told that everything was in order, only to discover that she had put the welfare of our citizens at risk.

The officials and employees who were in office during the time our tax liability came about are no longer in office. Only now through the diligence of this new administration have we uncovered these unpaid taxes and filed the required tax returns.

If we are required to pay the tax, penalty and interest, it will create a severe hardship for our citizens and may well cause a cutback in services. Since this tax debt was not caused by an intentional disregard of IRS rules but by the neglect of a single person who has been removed from office, we are requesting that the penalties not be assessed as it will cause an undue economic hardship on our citizens.

We request that the failure to file and the failure to deposit penalty be waived on the following Form 941s due to our unusual circumstances:

June 2001, September 2001, December 2001, March 2002, June 2002, September 2002, December 2002, March 2003, June 2003, September 2003 and December 2003.

If any additional information is required, please contact me at the above address.

Regards,

William C. Scott
Mayor

# Town Of Mosses



1 Mosses Park Circle
P. O. Box 295
Hayneville, AL 36040
Phone 334-563-9141

William C. Scott, Mayor
Willie B. Hill, Mayor Pro-Tem
Shayne Perry, Police Chief
Mary Hester, Town Clerk

Council Lady Janice Patterson
Councilman Joe E. Bell

December 19, 2005

Internal Revenue Service
Memphis Service Center
CARWS-FUTA STOP 814
Memphis, TN 37501

Re: 63-0815896

Dear Sir/Madam:

As a result of the previous administration's failure to file a Form W-3 for the year ended December 31, 2001, the IRS has assessed us a Civil Penalty for that year.

I am attaching a copy of the Form W-3 and related forms that have now been filed for 2001. Upon your review and verification, please abate the related penalty as the non-filing was not willful.

All other required tax returns have been filed.

If any additional information is required, please contact me at the address shown above.

Regards,

William C. Scott
Mayor

Foundation For A Bright Future

RLI 0136

DO NOT STAPLE OR FOLD

| Control number | 33333 | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|

| Kind of Payer | 941 ☒  Military ☐  943 ☐  Hshld. emp. ☐  Medicare govt. emp. ☐  CT-1 ☐  Third-party sick pay ☐ | 1 Wages, tips, other compensation  44 766.23 | 2 Federal income tax withheld  2,971.20 |
|---|---|---|---|
| | | 3 Social security wages  44 766.23 | 4 Social security tax withheld  5,551.02 |
| c Total number of Forms W-2  2  d Establishment number | | 5 Medicare wages and tips  44 766.23 | 6 Medicare tax withheld  1,298.22 |
| b Employer identification number (EIN)  63-0815896 | | 7 Social security tips  0 | 8 Allocated tips  0 |
| e Employer's name  Town of Mosses  P. O. Box 178  Hayneville, AC  36040 | | 9 Advance EIC payments  0 | 10 Dependent care benefits  0 |
| | | 11 Nonqualified plans  0 | 12 Deferred compensation  0 |
| | | 13 For third-party sick pay use only | |
| g Employer's address and ZIP code | | 14 Income tax withheld by payer of third-party sick pay | |
| h Other EIN used this year | | | |
| 15 State  AL  Employer's state ID number  179436 | | 16 State wages, tips, etc.  44 766.23 | 17 State income tax  1478.09 |
| | | 18 Local wages, tips, etc. | 19 Local income tax |
| Contact person  William C. Scott, Mayor | | Telephone number  (334) 563-9141 | For Official Use Only |
| Email address | | Fax number  (    ) | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ _William C. Scott_    Title ▶ _Mayor_    Date ▶ _12/19/05_

Form **W-3 Transmittal of Wage and Tax Statements**    200**3**    Department of the Treasury  Internal Revenue Service

**Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration. Photocopies are not acceptable.**

Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

## Reminder

**Separate instructions. See the 2005 Instructions for Forms W-2 and W-3** for information on completing this form.

## Purpose of Form

Use Form W-3 to transmit Copy A of Form(s) W-2, Wage and Tax Statement. Make a copy of Form W-3 and keep it with Copy D (For Employer) of Form(s) W-2 for your records. Use Form W-3 for the correct year. **File Form W-3 even if only one Form W-2 is being filed.** If you are filing Form(s) W-2 on magnetic media or electronically, do not file Form W-3.

## When To File

File Form W-3 with Copy A of Form(s) W-2 by February 28, 2006.

## Where To File

Send this entire page with the entire Copy A page of Form(s) W-2 to:

> Social Security Administration
> Data Operations Center
> Wilkes-Barre, PA 18769-0001

**Note.** *If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See* **Publication 15 (Circular E), Employer's Tax Guide,** *for a list of IRS-approved private delivery services.*

Do not send magnetic media to the address shown above.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D of Form W-2.

Cat. No. 10159Y

♳ *Printed on recycled paper*    *U.S. GPO : 2005 - 314 - 269

RLI 0137

DO NOT STAPLE OR FOLD

| a Control number | 33333 | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|

b Kind of Payer: 941 [X], Military, 943, Hshld. emp., Medicare govt. emp., Third-party sick pay, CT-1

1 Wages, tips, other compensation 78,446.24
2 Federal income tax withheld 5,947.50
3 Social security wages 78,446.24
4 Social security tax withheld 8,622.64
5 Medicare wages and tips 78,446.24
6 Medicare tax withheld 2,016.57

c Total number of Forms W-2
d Establishment number
7 Social security tips
8 Allocated tips

e Employer identification number (EIN) 63-0815896
9 Advance EIC payments
10 Dependent care benefits

f Employer's name
Town of Mosses
P.O. Box 296
Hayneville, AL 36040

11 Nonqualified plans
12 Deferred compensation
13 For third-party sick pay only
14 Income tax withheld by payer of third-party sick pay

g Employer's address and ZIP code
h Other EIN used this year

15 State AL   Employer's state ID number 170436
16 State wages, tips, etc. 78,446.24
17 State income tax 2,362.xx
18 Local wages, tips, etc. N/A
19 Local income tax N/A

Contact person William C. Scott, Mayor
Telephone number 334-563-9165
Email address
Fax number
For Official Use Only

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ _(signature)_   Title ▶ Mayor   Date ▶ 12/19/05

Form **W-3 Transmittal of Wage and Tax Statements**   **2005**   Department of the Treasury Internal Revenue Service

Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration. Photocopies are not acceptable.

Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

## Reminder

Separate instructions. See the 2005 Instructions for Forms W-2 and W-3 for information on completing this form.

## Purpose of Form

Use Form W-3 to transmit Copy A of Form(s) W-2, Wage and Tax Statement. Make a copy of Form W-3 and keep it with Copy D (For Employer) of Form(s) W-2 for your records. Use Form W-3 for the correct year. File Form W-3 even if only one Form W-2 is being filed. If you are filing Form(s) W-2 on magnetic media or electronically, do not file Form W-3.

## When To File

File Form W-3 with Copy A of Form(s) W-2 by February 28, 2006.

## Where To File

Send this entire page with the entire Copy A page of Form(s) W-2 to:

Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001

**Note.** If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process," 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Publication 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

Do not send magnetic media to the address shown above.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D of Form W-2.

Cat. No. 10159Y
Printed on recycled paper
*U.S. GPO : 2005 - 316 - 259

RLI 0138

DO NOT STAPLE OR FOLD

| a Control number | 33333 | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Kind of Payer | 941 ☒  Military ☐  943 ☐  Hshld. emp. ☐  Medicare govt. emp. ☐  CT-1 ☐  Third-party sick pay ☐ | 1 Wages, tips, other compensation  62,234.31 | 2 Federal income tax withheld  5,747.39 |

| | 3 Social security wages  62,234.31 | 4 Social security tax withheld  9,391.38 |

| c Total number of Forms W-2  2 | d Establishment number | 5 Medicare wages and tips  62,234.31 | 6 Medicare tax withheld  2,205.40 |

| e Employer identification number (EIN)  63-0815896 | 7 Social security tips  0 | 8 Allocated tips  0 |

| f Employer's name  Town of Mosses  P. O.  Box 278  Haynevilly AL  36040 | 9 Advance EIC payments  0 | 10 Dependent care benefits  0 |
| | 11 Nonqualified plans  0 | 12 Deferred compensation  0 |
| | 13 For third-party sick pay use only | |
| | 14 Income tax withheld by payer of third-party sick pay | |

| g Employer's address and ZIP code | | |
| h Other EIN used this year | | |

| 15 State  AL   Employer's state ID number  170936 | 16 State wages, tips, etc.  62,234.31 | 17 State income tax  1,860.99 |
| | 18 Local wages, tips, etc. | 19 Local income tax |

| Contact person  William P. Scott Mayor | Telephone number  334 563-9141 | For Official Use Only |
| Email address | Fax number | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *Willi C for*   Title ▶ *Mayor*   Date ▶ 12/19/05

Form **W-3** Transmittal of Wage and Tax Statements   2002

Department of the Treasury
Internal Revenue Service

**Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration. Photocopies are not acceptable.**

Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

### Reminder

Separate instructions. See the 2005 Instructions for Forms W-2 and W-3 for information on completing this form.

### Purpose of Form

Use Form W-3 to transmit Copy A of Form(s) W-2, Wage and Tax Statement. Make a copy of Form W-3 and keep it with Copy D (For Employer) of Form(s) W-2 for your records. Use Form W-3 for the correct year. **File Form W-3 even if only one Form W-2 is being filed.** If you are filing Form(s) W-2 on magnetic media or electronically, **do not** file Form W-3.

### When To File

File Form W-3 with Copy A of Form(s) W-2 by February 28, 2006.

### Where To File

Send this entire page with the entire Copy A page of Form(s) W-2 to:

**Social Security Administration**
**Data Operations Center**
**Wilkes-Barre, PA 18769-0001**

**Note.** If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Publication 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

Do not send magnetic media to the address shown above.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D of Form W-2.

Cat. No. 10159Y

Printed on recycled paper

U.S. GPO: 2005 - 316 - 233

Form **941**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service (99)

# Employer's Quarterly Federal Tax Return

▶ See separate Instructions revised January 2002 for information on completing this return.

Please type or print.

| | | |
|---|---|---|
| Enter state code for state in which deposits were made only if different from state in address to the right (see page 2 of Instructions). | **Name** (as distinguished from trade name)  Town of Mosses  **Trade name,** If any  **Address** (number and street)  P. O. Box 296  **City, state, and ZIP code**  Haynesville, AL 36040  **Date quarter ended**  June 30 2002  **Employer identification number**  63-0858596 | OMB No. 1545-0029  T  FF  FD  FP  I  T |

| If address is different from prior return, check here ▶ | IRS Use | 1 1 1 1 1 1 1 1 1 | 2 | 3 3 3 3 3 3 3 | 4 4 4 | 5 5 5 |
|---|---|---|---|---|---|---|
| | 6 | 7 8 8 8 8 8 8 8 | 8 | 9 9 9 9 | 10 10 10 10 | 10 10 10 |

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| | | | |
|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | 1 |
| 2 | Total wages and tips, plus other compensation | 2 | 17,302 08 |
| 3 | Total income tax withheld from wages, tips, and sick pay | 3 | 2,474 00 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | 4 | 0 |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | 5 | 2,474 00 |
| 6 | Taxable social security wages | 5a | 17,302 08 | × 12.4% (.124) = | 6b | 2,143 45 |
| | Taxable social security tips | 6c | | × 12.4% (.124) = | 6d | 0 |
| 7 | Taxable Medicare wages and tips | 7a | 17,302 08 | × 2.9% (.029) = | 7b | 501 76 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security or Medicare tax . . . . . . . . . . ▶ ☐ | 8 | 2,647 22 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation)  Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ = | 9 | 0 |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | 10 | 2,647 22 |
| 11 | Total taxes (add lines 5 and 10) | 11 | 5121 27 |
| 12 | Advance earned income credit (EIC) payments made to employees | 12 | 0 |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941) | 13 | 5121 22 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | 14 | |
| 15 | Balance due (subtract line 14 from line 13). See instructions | 15 | 5121 22 |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $ _____ and check if to be: ☐ Applied to next return, or ☐ Refunded. | | |

- All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here . . . . ▶ ☐
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here. . . . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | | |
|---|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see separate Instructions)? ☐ Yes. Complete the following. ☐ No | | |
|---|---|---|---|
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ _Phil Cooper_    Print Your Name and Title ▶ _William Scott Mays_    Date ▶ _12/19/05_

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2002)

RLI 0140

DO NOT STAPLE OR FOLD

| a Control number | | 33333 | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Kind of Payer | ☐ 941 ☐ CT-1 | ☑ Military ☐ Hshld. emp. | ☐ 943 ☐ Medicare govt. emp. | ☐ Third-party sick pay | 1 Wages, tips, other compensation 78,441.24 | 2 Federal income tax withheld 5,947.50 |
| | | | | | 3 Social security wages 78,441.24 | 4 Social security tax withheld 8,622.64 |
| c Total number of Forms W-2 | | d Establishment number | | | 5 Medicare wages and tips 78,441.24 | 6 Medicare tax withheld 2,016.57 |
| e Employer identification number (EIN) 63-0815895 | | | | | 7 Social security tips | 8 Allocated tips |
| f Employer's name Town of Mosses P.O. Box 295 Hayneville, AC 36040 | | | | | 9 Advance EIC payments | 10 Dependent care benefits |
| | | | | | 11 Nonqualified plans | 12 Deferred compensation |
| | | | | | 13 For third-party sick pay use only | |
| | | | | | 14 Income tax withheld by payer of third-party sick pay | |
| g Employer's address and ZIP code | | | | | | |
| h Other EIN used this year | | | | | | |
| 15 State AC | Employer's state ID number 170435 | | | 16 State wages, tips, etc. 78,441.24 | 17 State income tax 2,362.54 | |
| | | | | 18 Local wages, tips, etc. N/A | 19 Local income tax N/A | |
| Contact person William C. Scott, Mayor | | | | Telephone number (334) 563-9640 | For Official Use Only | |
| Email address | | | | Fax number | | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ _William C. Scott_    Title ▶ _Mayor_    Date ▶ _12/19/05_

Form **W-3** Transmittal of Wage and Tax Statements    **2005**

Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration. Photocopies are not acceptable.

Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

### Reminder

Separate instructions. See the 2005 Instructions for Forms W-2 and W-3 for information on completing this form.

### Purpose of Form

Use Form W-3 to transmit Copy A of Form(s) W-2, Wage and Tax Statement. Make a copy of Form W-3 and keep it with Copy D (For Employer) of Form(s) W-2 for your records. Use Form W-3 for the correct year. File Form W-3 even if only one Form W-2 is being filed. If you are filing Form(s) W-2 on magnetic media or electronically, do not file Form W-3.

### When To File

File Form W-3 with Copy A of Form(s) W-2 by February 28, 2006.

### Where To File

Send this entire page with the entire Copy A page of Form(s) W-2 to:

**Social Security Administration
Data Operations Center
Wilkes-Barre, PA 18769-0001**

**Note.** If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Publication 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

Do not send magnetic media to the address shown above.

RLI 0141

## Form W-2 (Top)

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 |
|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 63-0815896 | $ 32,433.44 | $ 3251.43 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Town of Masses | $ 32,433.44 | $ 2010.88 |
| P.O. Box 296 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| Haynville AC 36040 | $ 32,433.44 | $ 470.24 |
|  | 7 Social security tips | 8 Allocated tips |
|  | $ | $ |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | $ | $ |

| e Employee's first name and initial    Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
|  |  | $ |
| Henry L. Gordon | 13 ☐ ☐ ☐ | 12b $ |
| 124 Chisolm St | 14 Other | 12c $ |
| Haynville, AC 36040 |  | 12d $ |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 170436 | $ 32,433.44 | $ 880.00 | $ | $ | |

**Form W-2 Wage and Tax Statement**    **2001**    Department of the Treasury—Internal Revenue Service

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

Cat. No. 10134D    For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

**Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page**

## Form W-2 (Bottom)

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 |
|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 63-0815896 | $ 25,570.88 | $ 913.44 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Town of Masses | $ 25,570.88 | $ 1587.84 |
| P.O. Box 296 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| Haynville AC 36040 | $ 25,570.88 | $ 371.20 |
|  | 7 Social security tips | 8 Allocated tips |
|  | $ | $ |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | $ | $ |

| e Employee's first name and initial    Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
|  |  | $ |
| Alicia Gordon | 13 ☐ ☐ ☐ | 12b $ |
| 124 Chisolm St | 14 Other | 12c $ |
| Haynville, AC 36040 |  | 12d $ |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 170436 | $ 25,570.88 | $ | $ | $ | |

**Form W-2 Wage and Tax Statement**    **2001**    Department of the Treasury—Internal Revenue Service

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

Cat. No. 10134D    For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

**Form W-2 (First form)**

a Control number: 22222    Void ☐    For Official Use Only ▶ OMB No. 1545-0008

b Employer identification number: 63-0815876

c Employer's name, address, and ZIP code:
Town of Masses
P. O. Box 278
Haynaville, AC 35040

d Employer's social security number: 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

e Employer's first name and initial / Last name:
Rashad Myles
55 Rolling Acres
Haps Hill, AC 35043

1 Wages, tips, other compensation: 15,483.92
2 Federal income tax withheld: 1713.48
3 Social security wages: 15,483.92
4 Social security tax withheld: 13,987
5 Medicare wages and tips: 15,483.92
6 Medicare tax withheld: 224.58
7 Social security tips:
8 Allocated tips:
9 Advance EIC payment:
10 Dependent care benefits:
11 Nonqualified plans:
12 See instructions for box 12:
13 Statutory employee / Retirement plan / Third-party sick pay:
14 Other:

15 State: AC    Employer's state ID number: 170436
16 State wages, tips, etc.: 15,483.92
17 State income tax: 520.00
18 Local wages, tips, etc.:
19 Local income tax:
20 Locality name:

Form **W-2** Wage and Tax Statement    **2001**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.    Cat. No. 10134D

---

**Form W-2 (Second form)**

a Control number: 22222    Void ☐    For Official Use Only ▶ OMB No. 1545-0008

b Employer identification number: 63-0815876

c Employer's name, address, and ZIP code:
Town of Masses
P. O. Box 278
Haynaville, AC 35040

d Employer's social security number: 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

e Employer's first name and initial / Last name:
Bobby Jones
173 Rosie Mark Dr
Hayneville, AC 36040

1 Wages, tips, other compensation: 4913.00
2 Federal income tax withheld: 253.52
3 Social security wages: 4913.00
4 Social security tax withheld: 231.86
5 Medicare wages and tips: 4913.00
6 Medicare tax withheld: 54.21
7 Social security tips:
8 Allocated tips:
9 Advance EIC payment:
10 Dependent care benefits:
11 Nonqualified plans:
12 See instructions for box 12:
13 Statutory employee / Retirement plan / Third-party sick pay:
14 Other:

15 State: AC    Employer's state ID number: 170436
16 State wages, tips, etc.: 4913.00
17 State income tax: 70.59
18 Local wages, tips, etc.:
19 Local income tax:
20 Locality name:

Form **W-2** Wage and Tax Statement    **2001**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.    Cat. No. 10134D

Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page

RLI 0143

DO NOT STAPLE 00

| | | | |
|---|---|---|---|
| a Control number | 33333 | For Official Use Only ▶ OMB No. 1545-0008 | |

| b Kind of Payer | 941 | Military | 943 | | 1 Wages, tips, other compensation 62,234.31 | 2 Federal income tax withheld 5,747.30 |
| | Hshld. emp. | Medicare govt. emp. | Third-party sick pay | | 3 Social security wages 62,234.31 | 4 Social security tax withheld 9,391.30 |
| | CT-1 | | | | | |

| c Total number of Forms W-2  2 | d Establishment number | 5 Medicare wages and tips 62,234.31 | 6 Medicare tax withheld 2,208.40 |

| e Employer identification number (EIN) 63-0815896 | 7 Social security tips | 8 Allocated tips 0 |

| f Employer's name  Town of Mosses | 9 Advance EIC payments 0 | 10 Dependent care benefits 0 |

P. O. Box 295

Hayneville, AL          35048

| | 11 Nonqualified plans 0 | 12 Deferred compensation 0 |

| 13 For third-party sick pay use only | |
| 14 Income tax withheld by payer of third-party sick pay | |

g Employer's address and ZIP code

h Other EIN used this year

| 15 State AL | Employer's state ID number 170936 | 16 State wages, tips, etc. 62,234.31 | 17 State income tax 1,860.09 |
| | | 18 Local wages, tips, etc. | 19 Local income tax |

| Contact person  William C Scott Mayor | Telephone number (334) 563-9141 | For Official Use Only |
| Email address | Fax number | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ _William C Scott_          Title ▶ _Mayor_          Date ▶ 12/19/05

## Form **W-3** Transmittal of Wage and Tax Statements          2002

**Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration. Photocopies are not acceptable.**

Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

### Reminder

Separate instructions. See the 2005 Instructions for Forms W-2 and W-3 for information on completing this form.

### Purpose of Form

Use Form W-3 to transmit Copy A of Form(s) W-2, Wage and Tax Statement. Make a copy of Form W-3 and keep it with Copy D (For Employer) of Form(s) W-2 for your records. Use Form W-3 for the correct year. File Form W-3 even if only one Form W-2 is being filed. If you are filing Form(s) W-2 on magnetic media or electronically, do not file Form W-3.

### When To File

File Form W-3 with Copy A of Form(s) W-2 by February 28, 2006.

### Where To File

Send this entire page with the entire Copy A page of Form(s) W-2 to:

    **Social Security Administration**
    **Data Operations Center**
    **Wilkes-Barre, PA 18769-0001**

**Note.** If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Publication 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.

    Do not send magnetic media to the address shown above.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D of Form W-2.

Cat. No. 10159Y

RLI 0144

**W-2 Form (top)**

| a Control number | 22222 | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number 63-0815896 | | | 1 Wages, tips, other compensation 40,625.13 | 2 Federal income tax withheld 3,886.35 |
| c Employer's name, address, and ZIP code Town of Mosses P.O. Box 296 Hayneville, AL 36040 | | | 3 Social security wages 40,625.13 | 4 Social security tax withheld 2,518.60 |
| | | | 5 Medicare wages and tips 40,625.13 | 6 Medicare tax withheld 588.90 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial Last name Henry L. Gordon 124 Chisolm Street Hayneville, AL 36040 | | | 11 Nonqualified plans | 12a |
| | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| AL 170436 | 40,625.13 | 1,131.00 | 40,625.13 | 406.38 | Mosses |

Form **W-2** Wage and Tax Statement **2002**
Copy 1 For State, City, or Local Tax Department (Rev. February 2002)
Department of the Treasury—Internal Revenue Servic

---

**W-2 Form (bottom)**

| a Control number | 22222 | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number 63-0815896 | | | 1 Wages, tips, other compensation 21,609.18 | 2 Federal income tax withheld 797.35 |
| c Employer's name, address, and ZIP code Town of Mosses P.O. Box 296 Hayneville, AL 36040 | | | 3 Social security wages 21,609.18 | 4 Social security tax withheld 1,339.79 |
| | | | 5 Medicare wages and tips 21,609.18 | 6 Medicare tax withheld 313.30 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial Last name Alicia Gordon 124 Chisolm Street Hayneville, AL 36040 | | | 11 Nonqualified plans | 12a |
| | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| AL 170436 | 21,609.18 | 759.00 | 21,609.18 | 216.00 | Mosses |

Form **W-2** Wage and Tax Statement **2002**
Copy 1 For State, City, or Local Tax Department (Rev. February 2002)
Department of the Treasury—Internal Revenue Servic

RLI 0145

| | | |
|---|---|---|
| **33333** | For Official Use Only ►<br>OMB No. 1545-0008 | |

| Kind of Payer | 941 ☒   Military ☐   943 ☐<br>Hshld. emp. ☐   Medicare govt. emp. ☐   Third-party sick pay ☐<br>CT-1 ☐ | 1 Wages, tips, other compensation<br>44 786.23 | 2 Federal income tax withheld<br>2,976.20 |
|---|---|---|---|
| | | 3 Social security wages<br>44 786. 23 | 4 Social security tax withheld<br>5,551.02 |
| c Total number of Forms W-2<br>2 | d Establishment number | 5 Medicare wages and tips<br>44 786 23 | 6 Medicare tax withheld<br>1,298.22 |
| e Employer identification number (EIN)<br>63-0815896 | | 7 Social security tips<br>0 | 8 Allocated tips<br>0 |
| f Employer's name<br>Town of Masses<br>P. O. Box 198<br>Hayneville, AL<br>35048 | | 9 Advance EIC payments<br>0 | 10 Dependent care benefits<br>0 |
| | | 11 Nonqualified plans<br>0 | 12 Deferred compensation<br>0 |
| | | 13 For third-party sick pay use only | |
| | | 14 Income tax withheld by payer of third-party sick pay | |
| h Other EIN used this year | | | |
| 15 State   Employer's state ID number<br>AL   170436 | | 16 State wages, tips, etc.<br>44 786 23 | 17 State income tax<br>1478.99 |
| | | 18 Local wages, tips, etc. | 19 Local income tax |
| Contact person<br>William C. Scott, Mayor | | Telephone number<br>(334) 563-9141 | For Official Use Only |
| Email address | | Fax number | |

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ► _William C. Scott_    Title ► _Mayor_    Date ► _12/19/05_

Form **W-3** Transmittal of Wage and Tax Statements    **200⬤3**

Send this entire page with the entire Copy A page of Form(s) W-2 to the Social Security Administration.
Photocopies are not acceptable.

Do not send any payment (cash, checks, money orders, etc.) with Forms W-2 and W-3.

### Reminder

Separate instructions. See the 2005 Instructions for Forms W-2 and W-3 for information on completing this form.

### Purpose of Form

Use Form W-3 to transmit Copy A of Form(s) W-2, Wage and Tax Statement. Make a copy of Form W-3 and keep it with Copy D (For Employer) of Form(s) W-2 for your records. Use Form W-3 for the correct year. File Form W-3 even if only one Form W-2 is being filed. If you are filing Form(s) W-2 on magnetic media or electronically, do not file Form W-3.

### When To File

File Form W-3 with Copy A of Form(s) W-2 by February 28, 2006.

### Where To File

Send this entire page with the entire Copy A page of Form(s) W-2 to:

> Social Security Administration
> Data Operations Center
> Wilkes-Barre, PA 18769-0001

Note. *If you use "Certified Mail" to file, change the ZIP code to "18769-0002." If you use an IRS-approved private delivery service, add "ATTN: W-2 Process, 1150 E. Mountain Dr." to the address and change the ZIP code to "18702-7997." See Publication 15 (Circular E), Employer's Tax Guide, for a list of IRS-approved private delivery services.*

Do not send magnetic media to the address shown above.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D of Form W-2.

Cat. No. 10159Y

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 63-0815896 | $ 23,958.41 | $ 2,291.95 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Town of Mosses P.O. Box 296 Hayneville, AL 36040 | $ 23,958.41 | $ 1485.34 |
| | 5 Medicare wages and tips $ 23,958.41 | 6 Medicare tax withheld $ 347.30 |
| | 7 Social security tips $ 0 | 8 Allocated tips $ 0 |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | $ 0 | $ 0 |

| e Employee's first name and initial | Last name | 11 Nonqualified plans $ 0 | 12a See instructions for box 12 $ 0 |
|---|---|---|---|
| Henry L | Gordon | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b $ 0 |
| 124 Chisolm Street Hayneville, AL 36040 | | 14 Other | 12c $ 0 |
| | | | 12d $ 0 |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 170436 | $ 23,958.41 | $ 783.00 | $ 23,958.41 | $ 239.66 | Mosses |

Form **W-2** Wage and Tax Statement **2003**

Copy A For Social Security Administration--Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 10134D

Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 63-0815896 | $ 20,807.82 | $ 749.25 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Town of Mosses P.O. Box 296 Hayneville, AL 36040 | $ 20,807.82 | $ 1,389.36 |
| | 5 Medicare wages and tips $ 20,807.82 | 6 Medicare tax withheld $ 301.60 |
| | 7 Social security tips $ 0 | 8 Allocated tips $ 0 |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | $ 0 | $ 0 |

| e Employee's first name and initial | Last name | 11 Nonqualified plans $ 0 | 12a See instructions for box 12 $ 0 |
|---|---|---|---|
| Alicia B. | Shuford-Gordon | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b $ 0 |
| 124 Chisolm Street Hayneville, AL 36040 | | 14 Other | 12c $ 0 |
| | | | 12d $ 0 |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 170436 | $ 20,807.87 | $ 675.00 | $ 20,807.87 | $ 208.00 | Mosses |

Form **W-2** Wage and Tax Statement **2003**

Copy A For Social Security Administration.—Send this entire

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **941**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service (99)

## Employer's Quarterly Federal Tax Return

▶ See separate instructions revised January 2003 for information on completing this return.

**Please type or print.**

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address to the right ▶ ☐ (see page 2 of separate instructions).

Name (as distinguished from trade name)
*TOWN OF MOSSES*

Trade name, if any

Address (number and street)
*P.O. Box 296*
*Hayneville, AL. 36040*

Date quarter ended
*Sept 30, 2002*

Employer identification number
*63-0815896*

City, state, and ZIP code

| T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶ ☐

IRS Use

| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 7 | | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

A  If you do not have to file returns in the future, check here ▶ ☐  and enter date final wages paid ▶

B  If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | | | |
|---|---|---|---|---|---|
| 2 | Total wages and tips, plus other compensation . . . . . . . . . | 2 | *13,935.74* | |
| 3 | Total income tax withheld from wages, tips, and sick pay . . . . | 3 | *991.45* | |
| 4 | Adjustment of withheld income tax for preceding quarters of this calendar year . . . . | 4 | | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4) . . . | 5 | *991.45* | |
| 6 | Taxable social security wages . . . . . 6a *13,935.74* × 12.4% (.124) = | 6b | *1728.03* | |
| | Taxable social security tips . . . . . . 6c × 12.4% (.124) = | 6d | *0* | |
| 7 | Taxable Medicare wages and tips . . 7a *13,935.74* × 2.9% (.029) = | 7b | *404.14* | |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . . . . . . . ▶ ☐ | 8 | *2132.17* | |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ = | 9 | *0* | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9) . . . | 10 | *2132.17* | |
| 11 | Total taxes (add lines 5 and 10) . . . . . . . . . . . . . . . | 11 | *3123.62* | |
| 12 | Advance earned income credit (EIC) payments made to employees (see instructions) . . | 12 | | |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941) . . . . . . . . . | 13 | *3123.62* | |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter . . . . . | 14 | *0* | |
| 15 | Balance due (subtract line 14 from line 13). See instructions . . . . . . | 15 | *3123.62* | |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $ _____ and check if to be: ☐ Applied to next return or ☐ Refunded. | | | |

• All filers: If line 13 is less than $2,500, do not complete line 17 or Schedule B (Form 941).
• Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here . . . . . . . . . ▶ ☐
• Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here . . . . . . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. (Complete Schedule B (Form 941) instead, if you were a semiweekly schedule depositor.) | | | |
|---|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see separate instructions)? ☐ Yes. Complete the following. ☐ No

Designee's name ▶  Phone no. ▶ ( )  Personal identification number (PIN) ▶

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ *W. H. C. for*  Print Your Name and Title ▶ *William Scott Meyer*  Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2003)

RLI 0148

2000

Form **941**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

### Employer's Quarterly Federal Tax Return

▶ See separate instructions for information on completing this return.

Please type or print.

OMB No. 1545-0029

Enter state code for state in which deposits were made ONLY if different from state in address to the right ▶ [ : ] (see page 2 of instructions).

Name (as distinguished from trade name)

Trade name, if any  *Town of Mosses*

Address (number and street)  *P.O. Box 296*
*Hayneville, AL. 36040*

Date quarter ended  *June 30, 2000*

Employer identification number  *63-081-5896*

City, state, and ZIP code

| T | |
|---|---|
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶

IRS Use

| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶
If you are a seasonal employer, see **Seasonal employers** on page 1 of the instructions and check here ▶ ☐

| | | | |
|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | 1 |
| 2 | Total wages and tips, plus other compensation | 2 | *6315.68* |
| 3 | Total income tax withheld from wages, tips, and sick pay | 3 | *582.00* |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | 4 | *0* |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | 5 | *582.00* |
| 6 | Taxable social security wages | 6a *6315.68* × 12.4% (.124) = | 6b | *783.14* |
| | Taxable social security tips | 6c *0* × 12.4% (.124) = | 6d | *0* |
| 7 | Taxable Medicare wages and tips | 7a *6315.68* × 2.9% (.029) = | 7b | *183.15* |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ▶ ☐ | 8 | *966.29* |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ = | 9 | *0* |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | 10 | *966.29* |
| 11 | Total taxes (add lines 5 and 10) | 11 | *1548.29* |
| 12 | Advance earned income credit (EIC) payments made to employees | 12 | *0* |
| 13 | Net taxes (subtract line 12 from line 11). If $1,000 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | 13 | *1548. 29* |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | 14 | *7261.15* |
| 15 | Balance due (subtract line 14 from line 13). See instructions | 15 | *5712.86* |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $ *5712.86* and check if to be: ☒ Applied to next return OR ☐ Refunded. | | |

- All filers: If line 13 is less than $1,000, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here . . . . . . ▶ ☐
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here . . . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | |
|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ *W. Scott*    Print Your Name and Title ▶ *William Scott, Mayor*    Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2000)

Form **941**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service (99)

## Employer's Quarterly Federal Tax Return

➤ See separate instructions revised January 2003 for information on completing this return.

Please type or print.

Enter state code for state in which deposits were made only if different from state in address to the right ➤ ☐ (see page 2 of separate instructions).

Name (as distinguished from trade name)
*TOWN OF MOSSES*

Trade name, if any

Address (number and street)
*P.O. BOX 296*
*Hayneville, AL 36040*

Date quarter ended
*DEC. 31, 2002*

Employer identification number
*63-0815896*

OMB No. 1545-0029

| T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ➤

IRS Use

| 1 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 5 | 5 | 5 |
| 6 | 7 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 10 |

A  If you do not have to file returns in the future, check here ➤ ☐  and enter date final wages paid ➤

B  If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ➤ ☐

| 1 | Number of employees in the pay period that includes March 12th ➤ | 1 | *2* | | | |
|---|---|---|---|---|---|---|
| 2 | Total wages and tips, plus other compensation | | | 2 | *16,019.08* |
| 3 | Total income tax withheld from wages, tips, and sick pay | | | 3 | *1,190.75* |
| 4 | Adjustment of withheld income tax for preceding quarters of this calendar year | | | 4 | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4) | | | 5 | *1190.75* |
| 6 | Taxable social security wages | 6a *16,019.08* | × 12.4% (.124) = | 6b | *1986.37* |
| | Taxable social security tips | 6c *-0-* | × 12.4% (.124) = | 6d | *-0-* |
| 7 | Taxable Medicare wages and tips | 7a *16,019.08* | × 2.9% (.029) = | 7b | *464.55* |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ➤ ☐ | | | 8 | *2450.92* |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ = | | | 9 | *-0-* |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9) | | | 10 | *2450.92* |
| 11 | Total taxes (add lines 5 and 10) | | | 11 | *3641.67* |
| 12 | Advance earned income credit (EIC) payments made to employees (see instructions) | | | 12 | *-0-* |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | | 13 | *3641.67* |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | | 14 | |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | | 15 | *3641.67* |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ➤ $ _____ and check if to be:   ☐ Applied to next return   or   ☐ Refunded. | | | | |

● **All filers:** If line 13 is less than $2,500, do not complete line 17 or Schedule B (Form 941).
● **Semiweekly schedule depositors:** Complete Schedule B (Form 941) and check here . . . . . ➤ ☐
● **Monthly schedule depositors:** Complete line 17, columns (a) through (d), and check here . . . . ➤ ☐

| 17 | Monthly Summary of Federal Tax Liability. (Complete Schedule B (Form 941) instead, if you were a semiweekly schedule depositor.) |
|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see separate instructions)?  ☐ Yes. Complete the following.  ☐ No

Designee's name ➤        Phone no. ➤ ( )        Personal identification number (PIN) ➤ [ ][ ][ ][ ][ ]

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ➤ *William C. Scott*    Print Your Name and Title ➤ *William Scott MAYOR*    Date ➤

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.     Cat. No. 17001Z     Form **941** (Rev. 1-2003)

RLI 0150

Form **941**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service (99)

## Employer's Quarterly Federal Tax Return

▶ See separate instructions revised January 2002 for information on completing this return.

Please type or print.

Enter state code for state in which deposits were made only if different from state in address to the right ▶ (see page 2 of instructions).

Name (as distinguished from trade name)

Date quarter ended
*Dec. 31, 2001*

Trade name, if any
*TOWN OF MOSSES*

Employer identification number
*63-0815896*

Address (number and street)
*P.O. Box 296*

City, state, and ZIP code
*Hayneville, AL 36040*

OMB No. 1545-0029

| T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶

IRS Use

| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 2 | | 3 | 3 | 3 | 3 | 3 | 3 | | 4 | 4 | | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | 7 | | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | 9 | 9 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶

If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | *2* | | |
|---|---|---|---|---|---|
| 2 | Total wages and tips, plus other compensation . . . . . . . . . . | | 2 | *14,434.91* | |
| 3 | Total income tax withheld from wages, tips, and sick pay . . . . . | | 3 | *1108.90* | |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year . . . | | 4 | *-* | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | 5 | *1108.40* | |
| 6 | Taxable social security wages . . . . | 6a *14,939.91* | × 12.4% (.124) = | 6b | *1852.55* | |
| | Taxable social security tips . . . . | 6c | × 12.4% (.124) = | 6d | *-0-* | |
| 7 | Taxable Medicare wages and tips . . | 7a *14,939.91* | × 2.9% (.029) = | 7b | *433.26* | |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . . . . . . . ▶ ☐ | | 8 | *2285.81* | |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ = | | 9 | *-0-* | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) . . . . . . . . . . . . . . . . . . . . . | | 10 | *2285.81* | |
| 11 | Total taxes (add lines 5 and 10) . . . . . . . . . . . . . . . | | 11 | *3394.71* | |
| 12 | Advance earned income credit (EIC) payments made to employees . . . . | | 12 | *-0-* | |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) . . . . . . | | 13 | *3394.71* | |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter . . | | 14 | *-0-* | |
| 15 | Balance due (subtract line 14 from line 13). See instructions . . . . . | | 15 | *3394.71* *Due* | |

16 Overpayment. If line 14 is more than line 13, enter excess here ▶ $ _____
and check if to be: ☐ Applied to next return or ☐ Refunded.

- All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here . . . ▶ ☐
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here. . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. |
|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see separate instructions)?  ☐ Yes. Complete the following.  ☐ No

Designee's name ▶  Phone no. ▶ ( )  Personal identification number (PIN) ▶

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ *W.C. Clark*  Print Your Name and Title ▶ *William Scott, mayor*  Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.  Cat. No. 17001Z  Form **941** (Rev. 1-2002)

RLI 0151

Form **941**
(Rev. January 2001)
Department of the Treasury
Internal Revenue Service

# Employer's Quarterly Federal Tax Return
▶ See separate instructions for information on completing this return.
**Please type or print.**

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address to the right ▶ (see page 2 of instructions).

Name (as distinguished from trade name)

Date quarter ended
*June 30, 2001*

Trade name, if any
*Town of Masses*

Employer identification number
*63 - 0815896*

Address (number and street)
*P.O. Box 296*

City, state, and ZIP code
*Hayneville, AL. 36040*

| T | |
|---|---|
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶

IRS Use

| 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 4 | 4 | 5 | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | 7 | | 8 | 8 | 8 | 8 | 8 | 8 | | 9 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶

If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| | | | | |
|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | | |
| 2 | Total wages and tips, plus other compensation | **2** | 25,978.81 | |
| 3 | Total income tax withheld from wages, tips, and sick pay | **3** | 1,706.26 | |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | **4** | | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | **5** | 1706.26 | |
| 6 | Taxable social security wages . . . . . | 6a 25,978.81 | × 12.4% (.124) = **6b** | 3221.38 |
| | Taxable social security tips . . . . . | 6c | × 12.4% (.124) = **6d** | -0- |
| 7 | Taxable Medicare wages and tips . . . | 7a 25,978.81 | × 2.9% (.029) = **7b** | 753.39 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . . . . . . . ▶ ☐ | **8** | 3974.77 | |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $_____ ± Fractions of Cents $_____ ± Other $_____ = | **9** | -0- | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | **10** | 3974.77 | |
| 11 | Total taxes (add lines 5 and 10) . . . . . . . . . . . . . . | **11** | 5681.03 | |
| 12 | Advance earned income credit (EIC) payments made to employees . . . . . . | **12** | -0- | |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | **13** | 5681.03 | |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter . . | **14** | -0- | |
| 15 | Balance due (subtract line 14 from line 13). See instructions | **15** | 5681.03 Due | |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $_____ and check if to be: ☐ Applied to next return  or  ☐ Refunded. | | | |

- **All filers:** If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
- **Semiweekly schedule depositors:** Complete Schedule B (Form 941) and check here . . . . . . ▶ ☐
- **Monthly schedule depositors:** Complete line 17, columns (a) through (d), and check here . . . . . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | | |
|---|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ *W. W. C.*    Print Your Name and Title ▶ *William Scott* Mayor    Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2001)

Form **941**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service (99)

# Employer's Quarterly Federal Tax Return

▶ See separate instructions revised January 2002 for information on completing this return.

Please type or print.

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address to the right ▶ [ ] (see page 2 of instructions).

Name (as distinguished from trade name)    **Town of Mosses**

Trade name, if any

Address (number and street)    **P.O. Box 296**
**Hayneville, AL 36040**

Date quarter ended    **June 30, 2003**

Employer identification number    **63-08158946**

City, state, and ZIP code

| | |
|---|---|
| T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶

IRS Use

| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | | 3 | 3 | 3 | 3 | 3 | 3 | | 4 | 4 | 4 | | 5 | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | 7 | | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

If you do not have to file returns in the future, check here ▶ [ ] and enter date final wages paid ▶

If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ [ ]

| | | | | |
|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | **2** | |
| 2 | Total wages and tips, plus other compensation . . . . . . . . . . | 2 | **11,853** | **40** |
| 3 | Total income tax withheld from wages, tips, and sick pay . . . . . . | 3 | **793** | **15** |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year . . . . | 4 | | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) . | 5 | **793** | **15** |
| 6 | Taxable social security wages . . | 6a | **11,853.40** | × 12.4% (.124) = | 6b | **1,469** | **70** |
| | Taxable social security tips . . | 6c | | × 12.4% (.124) = | 6d | | |
| 7 | Taxable Medicare wages and tips . | 7a | **11,853.40** | × 2.9% (.029) = | 7b | **343** | **72** |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . . . . ▶ [ ] | 8 | **1,813** | **42** |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ = | 9 | **-0-** | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) . . . . . . . . . . . . . . . . . | 10 | **1813** | **42** |
| 11 | Total taxes (add lines 5 and 10) . . . . . . . . . . . . | 11 | **2605** | **57** |
| 12 | Advance earned income credit (EIC) payments made to employees . . . . | 12 | **-0-** | |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) . . . . . . | 13 | **2605** | **57** |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter . . | 14 | **-0-** | |
| 15 | Balance due (subtract line 14 from line 13). See instructions . . . . . . | 15 | **2605** | **57** |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $ _____ and check if to be: [ ] Applied to next return or [ ] Refunded. | | | |

- All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here . . . . . . . . ▶ [ ]
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here . . . . . . ▶ [ ]

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | | |
|---|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see separate instructions)? [ ] Yes. Complete the following. [ ] No | | |
|---|---|---|---|
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ [ ][ ][ ][ ][ ] |

**Sign Here**    Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ _W. Scott_    Print Your Name and Title ▶ _Mayor_    William Scott    Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2002)

RLI 0153

Form **941**
(Rev. January 1998)
Department of the Treasury
Internal Revenue Service

## Employer's Quarterly Federal Tax Return

▶ See separate instructions for information on completing this return.

Please type or print.

Enter state code for state in which deposits were made ONLY if different from state in address to the right ▶ [ : ]
(see page 3 of instructions).

Name (as distinguished from trade name)
*Town of Mosses*

Trade name, if any

Address (number and street)
*P.O. Box 296*

*Hayneville, AL. 36040*

Date quarter ended
*June 30, 1998*

Employer identification number
*63-0858896*

City, state, and ZIP code

OMB No. 1545-0029

| T |
| FF |
| FD |
| FP |
| I |
| T |

If address is different from prior return, check here ▶

IRS Use

1  1  1  1  1  1  1  1      3  3  3  3  3  3  3      4  4  4      5  5  5
6           7      8  8  8  8  8  8  8      9  9  9  9      10 10 10 10  10 10 10 10

If you do not have to file returns in the future, check here ▶ ☐   and enter date final wages paid ▶
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| | | | | |
|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | | |
| 2 | Total wages and tips, plus other compensation | | 2 | 10,322.40 |
| 3 | Total income tax withheld from wages, tips, and sick pay | | 3 | 1,151.00 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | 4 | -0- |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | 5 | -0- |
| 6 | Taxable social security wages . . . . . 6a | 10,322.40 | × 12.4% (.124) = | 6b | 1,279.97 |
| | Taxable social security tips . . . . . 6c | | × 12.4% (.124) = | 6d | |
| 7 | Taxable Medicare wages and tips . . . 7a | 10,322.40 | × 2.9% (.029) = | 7b | 299.35 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . . . . . . . . . ▶ ☐ | | 8 | 1579.32 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation)
Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ = | | 9 | -0- |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) . . . . . | | 10 | -0- |
| 11 | Total taxes (add lines 5 and 10) . . . . . | | 11 | 1579. 32 |
| 12 | Advance earned income credit (EIC) payments made to employees . . . . . | | 12 | -0- |
| 13 | Net taxes (subtract line 12 from line 11). This should equal line 17, column (d) below (or line D of Schedule B (Form 941)) . . . . . | | 13 | 1579. 32 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter . | | 14 | 6,111. 00 |
| 15 | Balance due (subtract line 14 from line 13). See instructions . . . *4531.68* | | 15 | 4,531. 68 |

16  Overpayment, if line 14 is more than line 13, enter excess here ▶ $ *4531.68*
and check if to be: ☑ Applied to next return  OR ☐ Refunded.
● **All filers:** If line 13 is less than $500, you need not complete line 17 or Schedule B (Form 941).
● **Semiweekly schedule depositors:** Complete Schedule B (Form 941) and check here . . . . . ▶ ☐
● **Monthly schedule depositors:** Complete line 17, columns (a) through (d), and check here . . . . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. |
|---|---|
| (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ _____    Print Your Name and Title ▶ *William Scott, Mayor*    Date ▶ _____

For Privacy Act and Paperwork Reduction Act Notice, see page 4 of separate instructions.   Cat. No. 17001Z   Form **941** (Rev. 1-98)

RLI 0154

Form **941**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service (99)

# Employer's Quarterly Federal Tax Return

▶ See separate instructions revised January 2002 for information on completing this return.

Please type or print.

OMB No. 1545-0029

Enter state code for state in which deposits were made **only** if different from state in address to the right ▶ ☐ (see page 2 of instructions).

Name (as distinguished from trade name)
**Town of Mosses**

Trade name, if any

Address (number and street)
**P.O. Box 296**
**Hayneville, AL 36040**

Date quarter ended
**March 31, 2003**

Employer identification number
**63-0815896**

City, state, and ZIP code

| | T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶

| IRS Use | 1 1 1 1 1 1 | 2 | 3 3 3 3 3 3 3 | 4 4 4 | 5 5 5 |
| | 6 | 7 | 8 8 8 8 8 8 | 9 9 9 | 10 10 10 | 10 10 10 |

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| | | | |
|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | 2 |
| 2 | Total wages and tips, plus other compensation | 2 | 12,093.73 |
| 3 | Total income tax withheld from wages, tips, and sick pay | 3 | 864.05 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | 4 | -0- |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | 5 | |
| 6 | Taxable social security wages | 6a 12,093.73 × 12.4% (.124) = | 6b | 1499.62 |
| | Taxable social security tips | 6c -0- × 12.4% (.124) = | 6d | |
| 7 | Taxable Medicare wages and tips | 7a 12,093.73 × 2.9% (.029) = | 7b | 350.72 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ▶ ☐ | 8 | 1850.34 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ + Other $ _____ = | 9 | -0- |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | 10 | 1850.34 |
| 11 | Total taxes (add lines 5 and 10) | 11 | 2714.39 |
| 12 | Advance earned income credit (EIC) payments made to employees | 12 | -0- |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | 13 | 2714.39 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | 14 | -0- |
| 15 | Balance due (subtract line 14 from line 13). See instructions | 15 | 2714.39 |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $ _____ and check if to be: ☐ Applied to next return or ☐ Refunded. | | |

• All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
• Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here ▶ ☐
• Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | | |
|---|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see separate instructions)? ☐ Yes. Complete the following. ☐ No

Designee's name ▶ _____ Phone no. ▶ ( ) _____ Personal identification number (PIN) ▶ ☐☐☐☐☐

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ _____    Print Your Name and Title ▶ William Scott Mayor    Date ▶ _____

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2002)

Form **941**
(Rev. January 2001)
Department of the Treasury
Internal Revenue Service

## Employer's Quarterly Federal Tax Return

▶ See separate instructions for information on completing this return.

**Please type or print.**

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address to the right ▶ ☐ ☐ (see page 2 of instructions).

Name (as distinguished from trade name)   *TOWN OF MOSSES*
Trade name, if any

Date quarter ended   *Sept. 30, 2001*

Employer identification number   *63-0815896*

Address (number and street)   *P.O. Box 296*
City, state, and ZIP code   *Hayneville, AL. 36040*

| | T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

IRS Use

| 1 1 1 1 1 | 1 1 1 1 1 | 2 | 3 3 3 3 3 | 3 3 3 3 3 | 4 4 4 | 5 5 5 |
| 6 | 7 | 8 8 8 | 8 8 8 8 8 | 9 9 9 | 10 10 10 | 10 10 10 |

If address is different from prior return, check here ▶ ☐

If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| | | | |
|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | |
| 2 | Total wages and tips, plus other compensation | **2** | *20,458.96* |
| 3 | Total income tax withheld from wages, tips, and sick pay | **3** | *1,696.00* |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | **4** | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | **5** | *1,696.00* |
| 6 | Taxable social security wages . . . . . | 6a *20,458.96* | × 12.4% (.124) = | 6b *2536.91* |
| | Taxable social security tips . . . . . | 6c *-0-* | × 12.4% (.124) = | 6d *-0-* |
| 7 | Taxable Medicare wages and tips . . . | 7a *20,458.96* | × 2.9% (.029) = | 7b *593.31* |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . . . . . . ▶ ☐ | **8** | *3130.22* |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation)  Sick Pay $_____ ± Fractions of Cents $_____ ± Other $_____ = | **9** | *-0-* |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | **10** | *3130.22* |
| 11 | Total taxes (add lines 5 and 10) . . . . . . . . . . . . . . . . | **11** | *4826.22* |
| 12 | Advance earned income credit (EIC) payments made to employees . . . . . . | **12** | *-0-* |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) . . . . . | **13** | *4826.22* |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter . . | **14** | *-0-* |
| 15 | Balance due (subtract line 14 from line 13). See instructions | **15** | *4826.22* |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $_____  and check if to be: ☐ Applied to next return  or  ☐ Refunded. | | |

• All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
• Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here . . . . . . ▶ ☐
• Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here . . . . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. |
|---|---|
| (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶   Print Your Name and Title ▶ *William Scott, Mayor*   Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2001)

RLI 0156

Form **941**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service (99)

# Employer's Quarterly Federal Tax Return
➤ See separate instructions revised January 2002 for information on completing this return.

Please type or print.

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address to the right ➤ [ : ]
(See page 2 of instructions).

Name (as distinguished from trade name)   *Town of Masses*
Trade name, if any
Address (number and street)   *P.O. Box 296*
*Hayneville, AL 36640*

Date quarter ended   *Sept 30, 2003*
Employer identification number   *63-0815896*
City, state, and ZIP code

| | | T | | |
| FF | | | | |
| FD | | | | |
| FP | | | | |
| I | | | | |
| T | | | | |

If address is different from prior return, check here ➤

IRS Use

If you do not have to file returns in the future, check here ➤ [ ] and enter date final wages paid ➤
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ➤ [ ]

| | | | | |
|---|---|---|---|---|
| 1 | Number of employees in the pay period that includes March 12th ➤ | 1 | *2* | |
| 2 | Total wages and tips, plus other compensation | | 2 | *12,092.71* |
| 3 | Total income tax withheld from wages, tips, and sick pay | | 3 | *867.05* |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | 4 | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | 5 | *867.05* |
| 6 | Taxable social security wages 6a *12,092.71* × 12.4% (.124) = | | 6b | *1499.50* |
| | Taxable social security tips 6c × 12.4% (.124) = | | 6d | |
| 7 | Taxable Medicare wages and tips 7a *12,092.71* × 2.9% (.029) = | | 7b | *350.69* |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ➤ [ ] | | 8 | *1850.19* |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ ___ ± Fractions of Cents $ ___ ± Other $ ___ = | | 9 | *0* |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | | 10 | *1850.19* |
| 11 | Total taxes (add lines 5 and 10) | | 11 | *2714.24* |
| 12 | Advance earned income credit (EIC) payments made to employees | | 12 | *0* |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | 13 | *2714.24* |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | 14 | *0* |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | 15 | *2714.24* |

16 Overpayment. If line 14 is more than line 13, enter excess here ➤ $ ___ and check if to be: [ ] Applied to next return or [ ] Refunded.

• All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
• Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here ➤ [ ]
• Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here ➤ [ ]

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | | |
|---|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

Third Party Designee
Do you want to allow another person to discuss this return with the IRS (see separate instructions)? [ ] Yes. Complete the following. [ ] No
Designee's name ➤   Phone no. ➤ ( )   Personal Identification number (PIN) ➤

Sign Here
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.
Signature ➤   Print Your Name and Title ➤ *Mayor*   *William Scott*   Date ➤

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.   Cat. No. 17001Z   Form **941** (Rev. 1-2002)

RLI 0157

Form **941**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service (99)

# Employer's Quarterly Federal Tax Return

▶ See separate instructions revised January 2003 for information on completing this return.

Please type or print.

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address to the right ▶ ☐ (see page 2 of separate instructions).

Name (as distinguished from trade name) — *Town of Masses*

Trade name, if any

Date quarter ended — *June 2002*

Employer identification number — *63-0815896*

Address (number and street) — *P.O. Box 296*

City, state, and ZIP code — *Hayneville, AL 36040*

|  | T |
|--|---|
|  | FF |
|  | FD |
|  | FP |
|  | I |
|  | T |

If address is different from prior return, check here ▶

IRS Use

| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 7 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |

A  If you do not have to file returns in the future, check here ▶ ☐ and enter date final wages paid ▶

B  If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | | 5 | | | |
|---|---|---|---|---|---|---|---|
| 2 | Total wages and tips, plus other compensation | | | | 2 | 31,288 | 56 |
| 3 | Total income tax withheld from wages, tips, and sick pay | | | | 3 | 2474 | 00 |
| 4 | Adjustment of withheld income tax for preceding quarters of this calendar year | | | | 4 | -0- | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4) | | | | 5 | 2474 | 00 |
| 6 | Taxable social security wages | 6a | 31,288.56 | × 12.4% (.124) = | 6b | 3879 | 78 |
| | Taxable social security tips | 6c | -0- | × 12.4% (.124) = | 6d | -0- | |
| 7 | Taxable Medicare wages and tips | 7a | 31,288.56 | × 2.9% (.029) = | 7b | 907 | 37 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ▶ ☐ | | | | 8 | 4787 | 15 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $_____ ± Fractions of Cents $_____ ± Other $_____ = | | | | 9 | -0- | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9) | | | | 10 | 4787 | 15 |
| 11 | Total taxes (add lines 5 and 10) | | | | 11 | 7261 | 15 |
| 12 | Advance earned income credit (EIC) payments made to employees (see instructions) | | | | 12 | | |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | | | 13 | 7261 | 15 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | | | 14 | | |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | | | 15 | 7261 | 15 owe |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $_____ and check if to be: ☐ Applied to next return or ☐ Refunded. | | | | | | |

• All filers: If line 13 is less than $2,500, do not complete line 17 or Schedule B (Form 941).

• Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here ▶ ☐

• Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. (Complete Schedule B (Form 941) instead, if you were a semiweekly schedule depositor.) | | | |
|----|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see separate instructions)?  ☐ Yes. Complete the following.  ☐ No

Designee's name ▶     Phone no. ▶ (   )     Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ *Will C. Scott*     Print Your Name and Title ▶ *William Scott, Mayor*     Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.     Cat. No. 17001Z     Form **941** (Rev. 1-2003)

RLI  0158

# Form **941**

(Rev. January 2002)
Department of the Treasury
Internal Revenue Service (99)

## Employer's Quarterly Federal Tax Return

▶ See separate instructions revised January 2002 for information on completing this return.

Please type or print.

OMB No. 1545-0029

Enter state code for state in which deposits were made only if different from state in address to the right ▶ [  ] (see page 2 of instructions).

**Name** (as distinguished from trade name)
Town of Mosses
Trade name, if any

**Address** (number and street)
P.O. Box 296
Hayneville, AL. 36040

**Date quarter ended**
Dec. 31, 2003

**Employer identification number**
63-0815396

City, state, and ZIP code

| | |
|---|---|
| T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶ [  ]

IRS Use

1 1 1 1 1 1 1   2   3 3 3 3 3 3   4 4   5 5 5
6   7   8 8 8 8 8 8   9 9 9   10 10 10 10 10 10 10 10

If you do not have to file returns in the future, check here ▶ [  ] and enter date final wages paid ▶
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ [  ]

| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | 2 | | |
|---|---|---|---|---|---|
| 2 | Total wages and tips, plus other compensation | | 2 | 8,727 | 39 |
| 3 | Total income tax withheld from wages, tips, and sick pay | | 3 | 450 | 95 |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | 4 | | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | 5 | 450 | 95 |
| 6 | Taxable social security wages | 6a | 8727.39 | × 12.4% (.124) = | 6b | 1082 | 20 |
| | Taxable social security tips | 6c | | × 12.4% (.124) = | 6d | | |
| 7 | Taxable Medicare wages and tips | 7a | 8727.39 | × 2.9% (.029) = | 7b | 253 | 09 |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax ▶ [  ] | | 8 | 1335 | 29 |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ | | 9 | -0- | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | | 10 | 1335 | 29 |
| 11 | Total taxes (add lines 5 and 10) | | 11 | 1786 | 24 |
| 12 | Advance earned income credit (EIC) payments made to employees | | 12 | | |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | 13 | 1786 | 24 |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | 14 | -0- | |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | 15 | 1786 | 24 |

16 Overpayment. If line 14 is more than line 13, enter excess here ▶ $ _____
and check if to be: [  ] Applied to next return or [  ] Refunded.

- All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941). ▶ [  ]
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here ▶ [  ]
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here. ▶ [  ]

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | | |
|---|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see separate instructions)? [  ] Yes. Complete the following. [  ] No
Designee's name ▶ _____ Phone no. ▶ ( ) _____ Personal identification number (PIN) ▶ [    ]

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.
Signature ▶ Mike C. Scott   Print Your Name and Title ▶ William Scott   Mayor   Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.   Cat. No. 17001Z   Form **941** (Rev. 1-2002)

RLI 0159

Form **941**
(Rev. January 2002)
Department of the Treasury
Internal Revenue Service (99)

## Employer's Quarterly Federal Tax Return

▶ See separate instructions revised January 2002 for information on completing this return.

**Please type or print.**

| | | OMB No. 1545-0029 |
|---|---|---|

Enter state code for state in which deposits were made only if different from state in address to the right ▶ [ : ]
(see page 2 of instructions).

Name (as distinguished from trade name)  **TOWN OF MOSSES**

Trade name, if any

Date quarter ended  **March 3, 2002**

Employer identification number  **63-0815896**

Address (number and street)  **P. O. Box 296**

**Haynreville, AL 36040**

City, state, and ZIP code

| | |
|---|---|
| T | |
| FF | |
| FD | |
| FP | |
| I | |
| T | |

If address is different from prior return, check here ▶ ☐

IRS Use

| 1 1 1 1 1 1 1 | 2 | 3 3 3 3 3 3 3 | 4 4 4 | 5 5 5 |
|---|---|---|---|---|
| 6 | 7 | 8 8 8 8 8 8 8 | 9 9 9 9 | 10 10 10 10 10 10 10 10 10 10 |

If you do not have to file returns in the future, check here ▶ ☐  and enter date final wages paid ▶
If you are a seasonal employer, see Seasonal employers on page 1 of the instructions and check here ▶ ☐

| 1 | Number of employees in the pay period that includes March 12th ▶ | 1 | **2** | | | |
|---|---|---|---|---|---|---|
| 2 | Total wages and tips, plus other compensation | | | **2** | **14,977.41** | |
| 3 | Total income tax withheld from wages, tips, and sick pay | | | **3** | **1,091.10** | |
| 4 | Adjustment of withheld income tax for preceding quarters of calendar year | | | **4** | **-0-** | |
| 5 | Adjusted total of income tax withheld (line 3 as adjusted by line 4—see instructions) | | | **5** | **1091.10** | |
| 6 | Taxable social security wages | 6a **14,977.41** | × 12.4% (.124) = | **6b** | **1,857.20** | |
| | Taxable social security tips | 6c **-0-** | × 12.4% (.124) = | **6d** | | |
| 7 | Taxable Medicare wages and tips | 7a **14,977.41** | × 2.9% (.029) = | **7b** | **434.34** | |
| 8 | Total social security and Medicare taxes (add lines 6b, 6d, and 7b). Check here if wages are not subject to social security and/or Medicare tax . . . . . . . . . . . ▶ ☐ | | | **8** | **2291.54** | |
| 9 | Adjustment of social security and Medicare taxes (see instructions for required explanation) Sick Pay $ _____ ± Fractions of Cents $ _____ ± Other $ _____ | | | **9** | **-0-** | |
| 10 | Adjusted total of social security and Medicare taxes (line 8 as adjusted by line 9—see instructions) | | | **10** | **2291.54** | |
| 11 | Total taxes (add lines 5 and 10) | | | **11** | **3382.64** | |
| 12 | Advance earned income credit (EIC) payments made to employees | | | **12** | **-0-** | |
| 13 | Net taxes (subtract line 12 from line 11). If $2,500 or more, this must equal line 17, column (d) below (or line D of Schedule B (Form 941)) | | | **13** | **3382.64** | |
| 14 | Total deposits for quarter, including overpayment applied from a prior quarter | | | **14** | **-0-** | |
| 15 | Balance due (subtract line 14 from line 13). See instructions | | | **15** | **3382.64** Due |
| 16 | Overpayment. If line 14 is more than line 13, enter excess here ▶ $ _____ and check if to be: ☐ Applied to next return  or  ☐ Refunded. | | | | | |

- All filers: If line 13 is less than $2,500, you need not complete line 17 or Schedule B (Form 941).
- Semiweekly schedule depositors: Complete Schedule B (Form 941) and check here . . . . . . . . ▶ ☐
- Monthly schedule depositors: Complete line 17, columns (a) through (d), and check here . . . . . ▶ ☐

| 17 | Monthly Summary of Federal Tax Liability. Do not complete if you were a semiweekly schedule depositor. | | |
|---|---|---|---|
| | (a) First month liability | (b) Second month liability | (c) Third month liability | (d) Total liability for quarter |
| | | | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see separate instructions)?  ☐ Yes. Complete the following.  ☐ No

Designee's name ▶  Phone no. ▶ ( )  Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶  Print Your Name and Title ▶ **Willie Scott, Mayor**  Date ▶

For Privacy Act and Paperwork Reduction Act Notice, see back of Payment Voucher.    Cat. No. 17001Z    Form **941** (Rev. 1-2002)

RLI 0160

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 63-0815896 | $ 23,958.41 | $ 2,291.95 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Town of Mosses | $ 23,958.41 | $ 1,485.34 |
| P.O. Box 296 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| Hayneville, AL 36040 | $ 23,958.41 | $ 347.30 |

| d Employee's social security number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 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 | 0 | 0 |

| e Employee's first name and initial   Last name | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| Henry  L   Gordon | $ 0 | 0 |
|  | 11 Nonqualified plans | 12a See instructions for box 12 |
| 124 Chisolm Street | 0 | $ 0 |
|  | 13 Statutory employee / Retirement plan / Third-party sick pay   14 Other | 12b $ 0 |
| Hayneville, AL 36040 |  | 12c $ 0 |
|  |  | 12d $ 0 |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 170436 | $ 23,958.41 | $ 783.00 | $ 23,958.41 | $ 239.66 | Mosses |

Form **W-2** Wage and Tax Statement    **2003**    Department of the Treasury—Internal Revenue Service

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.    Cat. No. 10134D    For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Do Not Cut, Fold, or Staple Forms on This Page — Do Not Cut, Fold, or Staple Forms on This Page

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 63-0815896 | $ 20,807.82 | $ 749.25 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Town of Mosses | $ 20,807.82 | $ 1,389.36 |
| P.O. Box 296 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| Hayneville, AL 36040 | $ 20,807.82 | $ 301.60 |

| d Employee's social security number | 7 Social security tips | 8 Allocated tips |
|---|---|---|
| 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 | 0 | 0 |

| e Employee's first name and initial   Last name | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| Alicia  B.   Shuford-Gordon | $ 0 | 0 |
|  | 11 Nonqualified plans | 12a See instructions for box 12 |
| 124 Chisolm Street | 0 | $ 0 |
|  | 13 Statutory employee / Retirement plan / Third-party sick pay   14 Other | 12b $ 0 |
| Hayneville, AL 36040 |  | 12c $ 0 |
|  |  | 12d $ 0 |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| AL | 170436 | $ 20,807.87 | $ 675.00 | $ 20,807.87 | $ 208.00 | Mosses |

Form **W-2** Wage and Tax Statement    **2003**    Department of the Treasury—Internal Revenue Service

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.    Cat. No. 10134D    For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

RLI 0161

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld | |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld | |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial   Last name | | | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | | 14 Other | 12c | |
| | | | | 12d | |
| f Employee's address and ZIP code | | | | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

**W-2** Wage and Tax Statement

Form W-2  
Copy D For Employer.

**2003**

Department of the Treasury—Internal Revenue Service  
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

✿ Printed on recycled paper

RLI 0162



**IRS** Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0038

In reply refer to:  0440706474
Apr. 05, 2006    LTR 852C    1
63-0815896    200303 01 000
                                11340
BODC: TE

RECEIVED
BY MH   DATE 4/11/06

CC Mayor.
Cotiued
Mr. Elam

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965

Taxpayer Identification Number: 63-0815896
           Tax Periods: Mar. 31, 2003      June 30, 2003
                        Sep. 30, 2003
                Form: 941
Kind of Penalty(s): Failure to Deposit

Dear Taxpayer:

WHY WE ARE CONTACTING YOU

Thank you for your inquiry dated Dec. 19, 2005 asking us to remove
your penalty(s).

You asked us to remove the penalty(s) charged on tax periods ended
Mar. 31, 2003, June 30, 2003, and Sep. 30, 2003. However, after
carefully reviewing your case, we did not find a basis for removing
your deposit penalties.

WHY WE COULD NOT REMOVE YOUR PENALTY CHARGES

You explained that your untimely tax deposit was caused by the
actions of someone else.  The courts have held that the responsibility
for making a timely deposit cannot be delegated.  Thus, the fact that
a bookkeeper failed to make a deposit on time is not a mitigating
circumstance.  You are responsible for making a timely deposit and
someone else's failure cannot serve as a basis for removing your
penalty.

YOUR CURRENT BALANCE

Your total balance due currently is $13,467.29.  This amount
includes penalty and interest figured to Apr. 17, 2006.  We will
continue to charge penalties and interest until the amount you owe is
paid in full.

We've provided a general explanation of the possible penalties
and/or interest included in the current balance due on your
account.  If you would like a specific explanation of how the
amounts were computed on your account, please contact us at the
toll-free number shown in this letter and we will send you a
detailed computation.

RLI 0163

0440706474
Apr. 05, 2006    LTR 852C    1
63-0815896    200303 01 000
11341

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


** Paying Late -- IRC Section 6651(d) **

Initially, the penalty is 1/2% of the unpaid tax for each month
or part of a month the tax isn't paid.

If we issue a Notice of Intent to Levy and the balance due isn't
paid within 10 days from the date of the notice, the penalty
increases to 1% a month.

The penalty can't be more than 25% of the tax paid late.

** Filing and Paying Late -- IRC Section 6651 **

We charge a 5% combined penalty of 4 1/2% for filing late and 1/2%
for paying late when a return is filed late and the tax is not
paid by the due date of the return.  The combined penalty is 5%
of the unpaid tax for each month or part of a month the return
is late, but not more than 5 months, which would total 25%
(22 1/2% late filing and 2 1/2% late paying).

In addition to the 22 1/2% late filing penalty for the first
5 months a return is late, we continue to charge the 1/2%
late paying penalty for each month or part of a month for as long
as the tax is unpaid, but not for more than 25%.

The maximum penalty we can charge is 47 1/2% (22 1/2% late filing
plus 25% late paying).

** Partnership Late Filing -- IRC Section 6698(b) **

The penalty for late filing of a partnership return is $50 for
each person who was a partner at any time during the year, for
each month or part of a month the return was filed late, for
up to 5 months.

** Interest -- IRC Section 6601 **

We charge interest when tax is not paid on time.  We figure
interest from the due date of the return (regardless of
extensions) to the date we receive full payment or the date
of the notice.

Your balance due is a total from several tax periods.  Specifically,
your balances due by tax period ended are as follows: $4,647.21 for
Mar. 31, 2003, $4,348.80 for June 30, 2003, and $4,471.28 for Sep. 30,
2003.

RLI 0164

```
                                              0440706474
                       Apr. 05, 2006    LTR 852C    1
                       63-0815896    200303 01 000
                                                 11343
```

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


An attorney, certified public accountant, or person enrolled to
practice before the Internal Revenue Service may represent you.  To
have someone represent you, attach a Form 2848, Power of Attorney and
Declaration of Representative, (or similar written authorization) to
your written statement.

Forms, instructions, and Treasury Department Circular No. 230,
Regulations Governing the Practice of Attorneys, Certified Public
Accountants, Enrolled Agents, Enrolled Actuaries, and Appraisers
before the Internal Revenue Service are available from any Internal
Revenue Service office.  They are also available by calling
1-800-829-3676 and from our website at www.irs.gov.

OTHER INFORMATION

If taxes are overdue on your account, you will continue to receive
bills even if you appeal the penalty.  If you decide to appeal, you
may pay the penalty to avoid further interest charges on the penalty
amount.  If you appeal the penalty and the Appeals Officer determines
that you are not required to pay it, we will adjust your account and
send you a refund.

If you don't appeal, you may file a claim for refund after you pay the
penalty.  If you want to take your case to court immediately, you
should request in writing that your claim for refund be immediately
rejected.  Then you will be issued a notice of disallowance.  You have
two years from the date of the notice of disallowance to bring suit in
the United States District Court having jurisdiction or in the United
States Claims Court.

HOW TO CONTACT US

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top of
the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )_____        Hours _____

RLI 0165

                                                        0440706474
                                        Apr. 05, 2006    LTR 852C    1
                                        63-0815896    200303 01 000
                                                            11342

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


WHAT TO DO IF YOU DISAGREE

If you have additional information and want your case to receive
further consideration by an Appeals Officer, please provide a brief
written statement of the disputed issues to the Service Center Appeals
Coordinator.  It should include:

    1.  A statement that you want to appeal the findings;
    2.  Your name and address;
    3.  A statement of facts supporting your position on the issues
        you are appealing, and,
    4.  If possible, a statement outlining the law or other authority
        on which you rely.

The statement of facts, under 3 above, should be detailed and
complete, including specific dates, names, amounts, and locations.  It
must be declared true under penalties of perjury.  You may do this by
adding to your statement the following signed declaration:

  "Under penalties of perjury, I declare that the facts presented
   in my written protest, which are set out in the accompanying
   statement of facts, schedules, and other statements are, to the
   best of my knowledge and belief, true, correct, and complete."

If your authorized representative sends us the protest for you, he or
she may substitute a declaration stating that he or she prepared the
statement and accompanying documents and whether he or she knows that
the statement and accompanying documents are true and correct.

Please address your response to:

    Internal Revenue Service
    Service Center Penalty Appeals Coordinator
    Attn: M/S 6731
          P.O. Box 9941, T/P/R
          Ogden UT  84409

Even though you are requesting consideration by the Appeals Office,
the Service Center Appeals coordinator will review your additional
information first, to determine whether the penalty should be removed
or reduced.  If your appeal can't be resolved immediately with the
additional information, the coordinator will send your written
statement to the Appeals Office serving your district.

REPRESENTATION

```
                                              0440706474
                              Apr. 05, 2006   LTR 852C   1
                          63-0815896   200303 01 000
                                                 11344
```

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


                    Sincerely yours,


                        *Rita Sandoval*

                    Rita Sandoval
                    Accounts Management II

Enclosures:
Copy of this letter
Envelope
Record of Accounts

RLI 0167



**IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0038

RECEIVED
BY
DATE
4/11/06

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

The IRS address must appear in the window.          Use for payments
                                      0440706474          Letter Number:     LTR0852C
          BODCD-TE                                        Letter Date  :     2006-04-05
                                                          Tax Period   :     200303

                              *630815896*

                              TOWN OF MOSSES
                              PO BOX 296
          INTERNAL REVENUE SERVICE          HAYNEVILLE  AL  36040-0296965

          OGDEN  UT  84201-0038

630815896 WK TOWN 01 2 200303 670 00000000000

RLI 0168

```
                                            0440706474
                            Apr. 05, 2006    LTR 852C    1
                            63-0815896    200303 01,000
                                                    11344
```

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


Sincerely yours,

*Rita Sandoval*

Rita Sandoval
Accounts Management II

Enclosures:
Copy of this letter
Envelope
Record of Accounts

RLI 0169

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0038

In reply refer to: 0440706474
Apr. 05, 2006   LTR 852C    1
63-0815896    200303 01 000
                          11340
                    BODC: TE

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

RECEIVED
BY MH  DATE 4/11/06
                    4/11/06
                    CC Major
                    Colinel
                    Ms. Elom

          Taxpayer Identification Number: 63-0815896
                        Tax Periods: Mar. 31, 2003    June 30, 2003
                                     Sep. 30, 2003
                              Form: 941
                Kind of Penalty(s): Failure to Deposit

Dear Taxpayer:

WHY WE ARE CONTACTING YOU

Thank you for your inquiry dated Dec. 19, 2005 asking us to remove
your penalty(s).

You asked us to remove the penalty(s) charged on tax periods ended
Mar. 31, 2003, June 30, 2003, and Sep. 30, 2003. However, after
carefully reviewing your case, we did not find a basis for removing
your deposit penalties.

WHY WE COULD NOT REMOVE YOUR PENALTY CHARGES

You explained that your untimely tax deposit was caused by the
actions of someone else.  The courts have held that the responsibility
for making a timely deposit cannot be delegated.  Thus, the fact that
a bookkeeper failed to make a deposit on time is not a mitigating
circumstance.  You are responsible for making a timely deposit and
someone else's failure cannot serve as a basis for removing your
penalty.

YOUR CURRENT BALANCE

Your total balance due currently is $13,467.29.  This amount
includes penalty and interest figured to Apr. 17, 2006.  We will
continue to charge penalties and interest until the amount you owe is
paid in full.

We've provided a general explanation of the possible penalties
and/or interest included in the current balance due on your
account.  If you would like a specific explanation of how the
amounts were computed on your account, please contact us at the
toll-free number shown in this letter and we will send you a
detailed computation.

RLI 0170

0440706474

Apr. 05, 2006    LTR 852C    1
63-0815896    200303 01 000
11341

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965

** Paying Late -- IRC Section 6651(d) **

Initially, the penalty is 1/2% of the unpaid tax for each month
or part of a month the tax isn't paid.

If we issue a Notice of Intent to Levy and the balance due isn't
paid within 10 days from the date of the notice, the penalty
increases to 1% a month.

The penalty can't be more than 25% of the tax paid late.

** Filing and Paying Late -- IRC Section 6651 **

We charge a 5% combined penalty of 4 1/2% for filing late and 1/2%
for paying late when a return is filed late and the tax is not
paid by the due date of the return.  The combined penalty is 5%
of the unpaid tax for each month or part of a month the return
is late, but not more than 5 months, which would total 25%
(22 1/2% late filing and 2 1/2% late paying).

In addition to the 22 1/2% late filing penalty for the first
5 months a return is late, we continue to charge the 1/2%
late paying penalty for each month or part of a month for as long
as the tax is unpaid, but not for more than 25%.

The maximum penalty we can charge is 47 1/2% (22 1/2% late filing
plus 25% late paying).

** Partnership Late Filing -- IRC Section 6698(b) **

The penalty for late filing of a partnership return is $50 for
each person who was a partner at any time during the year, for
each month or part of a month the return was filed late, for
up to 5 months.

** Interest -- IRC Section 6601 **

We charge interest when tax is not paid on time.  We figure
interest from the due date of the return (regardless of
extensions) to the date we receive full payment or the date
of the notice.

Your balance due is a total from several tax periods.  Specifically,
your balances due by tax period ended are as follows: $4,647.21 for
Mar. 31, 2003, $4,348.80 for June 30, 2003, and $4,471.28 for Sep. 30,
2003.

```
                                                    0440706474
                              Apr. 05, 2006   LTR 852C   1
                              63-0815896   200303 01 000
                                                        11342
```

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE   AL   36040-0296965


WHAT TO DO IF YOU DISAGREE

If you have additional information and want your case to receive
further consideration by an Appeals Officer, please provide a brief
written statement of the disputed issues to the Service Center Appeals
Coordinator.   It should include:

    1.   A statement that you want to appeal the findings;
    2.   Your name and address;
    3.   A statement of facts supporting your position on the issues
         you are appealing, and,
    4.   If possible, a statement outlining the law or other authority
         on which you rely.

The statement of facts, under 3 above, should be detailed and
complete, including specific dates, names, amounts, and locations.   It
must be declared true under penalties of perjury.   You may do this by
adding to your statement the following signed declaration:

 "Under penalties of perjury, I declare that the facts presented
  in my written protest, which are set out in the accompanying
  statement of facts, schedules, and other statements are, to the
  best of my knowledge and belief, true, correct, and complete."

If your authorized representative sends us the protest for you, he or
she may substitute a declaration stating that he or she prepared the
statement and accompanying documents and whether he or she knows that
the statement and accompanying documents are true and correct.

Please address your response to:

    Internal Revenue Service
    Service Center Penalty Appeals Coordinator
    Attn: M/S 6731
         P.O. Box 9941, T/P/R
         Ogden  UT  84409

Even though you are requesting consideration by the Appeals Office,
the Service Center Appeals coordinator will review your additional
information first, to determine whether the penalty should be removed
or reduced.   If your appeal can't be resolved immediately with the
additional information, the coordinator will send your written
statement to the Appeals Office serving your district.

REPRESENTATION

```
                                              0440706474
                        Apr. 05, 2006    LTR 852C    1
                        63-0815896    200303 01 000
                                              11343
```

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE  AL  36040-0296965


An attorney, certified public accountant, or person enrolled to
practice before the Internal Revenue Service may represent you.  To
have someone represent you, attach a Form 2848, Power of Attorney and
Declaration of Representative, (or similar written authorization) to
your written statement.

Forms, instructions, and Treasury Department Circular No. 230,
Regulations Governing the Practice of Attorneys, Certified Public
Accountants, Enrolled Agents, Enrolled Actuaries, and Appraisers
before the Internal Revenue Service are available from any Internal
Revenue Service office.  They are also available by calling
1-800-829-3676 and from our website at www.irs.gov.

OTHER INFORMATION

If taxes are overdue on your account, you will continue to receive
bills even if you appeal the penalty.  If you decide to appeal, you
may pay the penalty to avoid further interest charges on the penalty
amount.  If you appeal the penalty and the Appeals Officer determines
that you are not required to pay it, we will adjust your account and
send you a refund.

If you don't appeal, you may file a claim for refund after you pay the
penalty.  If you want to take your case to court immediately, you
should request in writing that your claim for refund be immediately
rejected.  Then you will be issued a notice of disallowance.  You have
two years from the date of the notice of disallowance to bring suit in
the United States District Court having jurisdiction or in the United
States Claims Court.

HOW TO CONTACT US

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top of
the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )_____    Hours _____

RLI 0173



# Internal Revenue Service

DEPARTMENT OF THE TREASURY — e-services —

RECEIVED
BY M.H    DATE 4/11/06

This Product Contains Sensitive Taxpayer Data

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                    TAX PERIOD: Jun. 30, 1998

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:  -$6,111.07
ACCRUED INTEREST:     $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:      $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:    -$6,111.07

TAX PER TAXPAYER:     0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS | | | |
|---|---|---|---|
| CODE  EXPLANATION OF TRANSACTION | | CYCLE DATE | AMOUNT |
| 650    FEDERAL TAX DEPOSIT | | 08-04-1998 | -$6,111.07 |

This Product Contains Sensitive Taxpayer Data

RLI 0174



# Internal Revenue Service — e-services —
DEPARTMENT OF THE TREASURY

```
This Product Contains Sensitive Taxpayer Data
```

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                     TAX PERIOD: Dec. 31, 2003

RECEIVED
BY          DATE 7/11/06

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:            $2,694.77
ACCRUED INTEREST:              $7.24 AS OF: Apr. 10, 2006
ACCRUED PENALTY:               $8.93 AS OF: Jan. 31, 2004

ACCOUNT BALANCE
PLUS ACCRUALS:              $2,710.94

TAX PER TAXPAYER:            $1,786.24

Dec. 23, 2005     RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
Mar. 27, 2006     PROCESSING DATE

```
                        TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 200611 | 03-27-2006 | $1,786.24 |
|     | 29141-056-21215-6 | | | |
| 166 | LATE FILING PENALTY | 200611 | 03-27-2006 | $401.90 |
| 276 | FAILURE TO PAY TAX PENALTY | 200611 | 03-27-2006 | $232.21 |
| 196 | INTEREST ASSESSED | 200611 | 03-27-2006 | $274.42 |

```
This Product Contains Sensitive Taxpayer Data
```

RLI 0175



# Internal Revenue Service

DEPARTMENT OF THE TREASURY ———— e-services ————

| This Product Contains Sensitive Taxpayer Data |
| --- |

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: CIVIL PENALTY        TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:    $1,431.53
ACCRUED INTEREST:    $135.85 AS OF: Apr. 10, 2006
ACCRUED PENALTY:      $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:    $1,567.38

TAX PER TAXPAYER:        0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 240 | MISCELLANEOUS PENALTY IRC 6721 PENALTY FOR INTENTIONAL DISREGARD 49154-270-00303-4 | 200442 | 11-01-2004 | $1,531.53 |
| 670 | SUBSEQUENT PAYMENT | | 09-12-2005 | -$100.00 |

| This Product Contains Sensitive Taxpayer Data |
| --- |

RLI 0176



# Internal Revenue Service

—— e-services ——

DEPARTMENT OF THE TREASURY

This Product Contains Sensitive Taxpayer Data

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                    TAX PERIOD: Mar. 31, 2003

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | |
|---|---|
| ACCOUNT BALANCE: | $4,619.67 |
| ACCRUED INTEREST: | $12.42 AS OF: Apr. 10, 2006 |
| ACCRUED PENALTY: | $13.57 AS OF: Apr. 30, 2003 |

ACCOUNT BALANCE
PLUS ACCRUALS:        $4,645.66

TAX PER TAXPAYER:     $2,714.39

Dec. 23, 2005      RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
Mar. 27, 2006      PROCESSING DATE

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | RETURN FILED AND TAX ASSESSED | 200611 | 03-27-2006 | $2,714.39 |
| | 29141-056-21218-6 | | | |
| 166 | LATE FILING PENALTY | 200611 | 03-27-2006 | $610.74 |
| 186 | FEDERAL TAX DEPOSIT PENALTY | 200611 | 03-27-2006 | $271.44 |
| 276 | FAILURE TO PAY TAX PENALTY | 200611 | 03-27-2006 | $475.02 |
| 196 | INTEREST ASSESSED | 200611 | 03-27-2006 | $548.08 |

This Product Contains Sensitive Taxpayer Data

RLI 0177



# Internal Revenue Service — e-services

### DEPARTMENT OF THE TREASURY

---

This Product Contains Sensitive Taxpayer Data

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                TAX PERIOD: Jun. 30, 2000

RECEIVED
BY          DATE
4/11/06

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:  -$7,261.15
ACCRUED INTEREST:    $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:     $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:    -$7,261.15

TAX PER TAXPAYER:     0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|------|----------------------------|------------|--------|
| 650  | FEDERAL TAX DEPOSIT        | 09-22-2000 | -$7,261.15 |

This Product Contains Sensitive Taxpayer Data

RLI 0178



# Internal Revenue Service e-services
DEPARTMENT OF THE TREASURY

| This Product Contains Sensitive Taxpayer Data |
| :---: |

## Account Transcript

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

FORM NUMBER: 941                TAX PERIOD: Mar. 31, 2001

TAXPAYER IDENTIFICATION NUMBER: 63-0815896



TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:              $221.61
ACCRUED INTEREST:             $95.47 AS OF: Apr. 10, 2006
ACCRUED PENALTY:              $0.00 AS OF: Apr. 30, 2001

ACCOUNT BALANCE
PLUS ACCRUALS:                $317.08

TAX PER TAXPAYER:         $3,541.24

Apr. 30, 2001      RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
Jun. 18, 2001      PROCESSING DATE

| TRANSACTIONS | | | |
| :--- | :--- | :--- | ---: |
| **CODE** **EXPLANATION OF TRANSACTION** | | **CYCLE DATE** | **AMOUNT** |
| 150 | RETURN FILED AND TAX ASSESSED | 200123  06-18-2001 | $3,541.24 |
| | 49141-132-48199-1 | | |
| 650 | FEDERAL TAX DEPOSIT | 05-01-2001 | -$3,541.38 |
| 186 | FEDERAL TAX DEPOSIT PENALTY | 200123  06-18-2001 | $321.75 |
| 706 | OVERPAID CREDIT APPLIED | 09-12-2005 | -$100.00 |
| | CIVIL PENALTY 200103 | | |
| 290 | CLAIM DISALLOWED | 200540  10-17-2005 | $0.00 |
| | 83154-669-98026-5 | | |

| This Product Contains Sensitive Taxpayer Data |
| :---: |

https://eup.eps.irs.gov/PORTAL-PROD/psc/CRM/EMPLOYEE/CRM/c/TDS_MENU_IR...   3/27/2006

RLI 0179

RLI 0180



# Internal Revenue Service
**DEPARTMENT OF THE TREASURY** — e-services —

RECEIVED

This Product Contains Sensitive Taxpayer Data

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                     TAX PERIOD: Jun. 30, 2001

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        $0.00
ACCRUED INTEREST:       $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:        $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:          $0.00

TAX PER TAXPAYER:       0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS | | |
|---|---|---|
| CODE EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |

This Product Contains Sensitive Taxpayer Data

RLI 0181



# Internal Revenue Service

DEPARTMENT OF THE TREASURY       e-services

RECEIVED
BY
4/11/06

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

FORM NUMBER: 941              TAX PERIOD: Sep. 30, 2001

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

No record of return filed.

| This Product Contains Sensitive Taxpayer Data |
|---|

RLI 0182

 **Internal Revenue Service** e-services

DEPARTMENT OF THE TREASURY



| This Product Contains Sensitive Taxpayer Data |
| --- |

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                    TAX PERIOD: Dec. 31, 2001

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        $0.00
ACCRUED INTEREST:       $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:        $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:          $0.00

TAX PER TAXPAYER:       0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS |
| --- |

**CODE EXPLANATION OF TRANSACTION**              **CYCLE DATE**          **AMOUNT**

| This Product Contains Sensitive Taxpayer Data |
| --- |

RLI  0183



# Internal Revenue Service
### DEPARTMENT OF THE TREASURY

e-services    RECEIVED

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

FORM NUMBER: 941                    TAX PERIOD: Mar. 31, 2002

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        $0.00
ACCRUED INTEREST:       $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:        $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:          $0.00

TAX PER TAXPAYER:       0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

```
                        TRANSACTIONS
CODE EXPLANATION OF TRANSACTION        CYCLE DATE        AMOUNT
```

This Product Contains Sensitive Taxpayer Data

RLI 0184

 **Internal Revenue Service** e-services 
DEPARTMENT OF THE TREASURY

```
This Product Contains Sensitive Taxpayer Data
```

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                    TAX PERIOD: Jun. 30, 2002

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        $0.00
ACCRUED INTEREST:       $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:        $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:          $0.00

TAX PER TAXPAYER:       0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

```
                        TRANSACTIONS
```

CODE EXPLANATION OF TRANSACTION          CYCLE DATE          AMOUNT

```
This Product Contains Sensitive Taxpayer Data
```

RLI 0185



# Internal Revenue Service

DEPARTMENT OF THE TREASURY — e-services — RECEIVED

| This Product Contains Sensitive Taxpayer Data |
| :---: |

## Account Transcript

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

FORM NUMBER: 941                    TAX PERIOD: Sep. 30, 2002

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        $0.00
ACCRUED INTEREST:       $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:        $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:          $0.00

TAX PER TAXPAYER:       0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS |
| :---: |

| CODE EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
| :--- | :---: | :---: |

| This Product Contains Sensitive Taxpayer Data |
| :---: |

RLI 0186



# Internal Revenue Service
### DEPARTMENT OF THE TREASURY
e-services    **RECEIVED**
BY              DATE 4/11/64

| This Product Contains Sensitive Taxpayer Data |
|---|

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                    TAX PERIOD: Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        $0.00
ACCRUED INTEREST:       $0.00 AS OF: Apr. 10, 2006
ACCRUED PENALTY:        $0.00 AS OF:

ACCOUNT BALANCE
PLUS ACCRUALS:          $0.00

TAX PER TAXPAYER:       0.00

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS |
|---|

| CODE EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|---|---|---|

| This Product Contains Sensitive Taxpayer Data |
|---|

RLI 0187

 **Internal Revenue Service**    e-services

DEPARTMENT OF THE TREASURY

RECEIVED
BY | DATE
4/11/06

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: KRJPB
Tracking Number: 100005763497

FORM NUMBER: 941            TAX PERIOD: Jun. 30, 2003

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:         $4,348.80
ACCRUED INTEREST:        $11.69 AS OF: Apr. 10, 2006
ACCRUED PENALTY:         $13.03 AS OF: Jul. 31, 2003

ACCOUNT BALANCE
PLUS ACCRUALS:        $4,373.52

TAX PER TAXPAYER:      $2,605.57

Dec. 23, 2005     RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
Mar. 27, 2006     PROCESSING DATE

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | RETURN FILED AND TAX ASSESSED | 200611 | 03-27-2006 | $2,605.57 |
| | 29141-056-21217-6 | | | |
| 166 | LATE FILING PENALTY | 200611 | 03-27-2006 | $586.25 |
| 186 | FEDERAL TAX DEPOSIT PENALTY | 200611 | 03-27-2006 | $260.55 |
| 276 | FAILURE TO PAY TAX PENALTY | 200611 | 03-27-2006 | $416.89 |
| 196 | INTEREST ASSESSED | 200611 | 03-27-2006 | $479.54 |

```
        This Product Contains Sensitive Taxpayer Data
```

RLI 0188

# Internal Revenue Service
### DEPARTMENT OF THE TREASURY

e-services  

---

This Product Contains Sensitive Taxpayer Data

Request Date: 03-27-2006
Response Date: 03-27-2006
IRS Employee Number: XRJFB
Tracking Number: 100005763497

## Account Transcript

FORM NUMBER: 941                    TAX PERIOD: Sep. 30, 2003

TAXPAYER IDENTIFICATION NUMBER: 63-0815896

TOWN OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040-0296-965

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | |
|---|---|
| ACCOUNT BALANCE: | $4,444.78 |
| ACCRUED INTEREST: | $11.95 AS OF: Apr. 10, 2006 |
| ACCRUED PENALTY: | $13.58 AS OF: Oct. 31, 2003 |

ACCOUNT BALANCE
PLUS ACCRUALS:          $4,470.31

TAX PER TAXPAYER:       $2,714.24

Dec. 23, 2005    RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
Mar. 27, 2006    PROCESSING DATE

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | RETURN FILED AND TAX ASSESSED | 200611 | 03-27-2006 | $2,714.24 |
| | 29141-056-21216-6 | | | |
| 166 | LATE FILING PENALTY | 200611 | 03-27-2006 | $610.70 |
| 186 | FEDERAL TAX DEPOSIT PENALTY | 200611 | 03-27-2006 | $271.41 |
| 276 | FAILURE TO PAY TAX PENALTY | 200611 | 03-27-2006 | $393.56 |
| 196 | INTEREST ASSESSED | 200611 | 03-27-2006 | $454.87 |

This Product Contains Sensitive Taxpayer Data

RLI 0189



From: The Town of Mosses
C/o Mayor Wm. Scott
P.O. Box 296
Hayneville, AL 36040

TO: R.L.I Ins. Co., Surety Claims Dept.
C/o Mr. Everett Fritz
P.O. Box 3961
Peoria, IL 61612-3961
877-623-3195

UNPAID BILLS



**EXHIBIT**

tabbies'

E

RLI 0191

**Outstanding Accounts Payable**
**Town of Mosses**
**As of May 23, 2006**

| Creditors | Total Amount Owed | Balance |
|---|---|---|
| A T & T Southwest | $ 1,393.95 | $ 1,393.95 |
| Gen. Serv. Bureau/Nextel | $ 1,700.36 | $ 1,700.36 |
| Boyallan Law office/Xerox | $ 1,225.00 | $ 1,225.00 |
| Public safety center | $ 111.93 | $ 111.93 |
| Fox Valley Tech College | $ 1,191.53 | $ 1,191.53 |
| Royal Chemicals Inc. | $ 224.82 | $ 224.82 |
| Unicel/Pinnacle finance | $ 1,049.21 | $ 1,049.21 |
| Southern Linc | $ 2,023.68 | $ 2,023.68 |
| G.T. Dist/Police dept. | $ 1,596.00 | $ 1,596.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total of outstanding bills** |  | **$ 10,516.48** |
|  |  |  |

5910 W Plano Parkway Suite 100
Plano, Texas 75093-4638
ADDRESS SERVICE REQUESTED

**RECEIVED**
BY *M.H.* DATE *8/8/05*

SouthwestCredit

#BWNCPPZ
#91747790#
TOWN OF MOSES
1 MOSES PARK CIR
HAYNEVILLE AL   36040-2289

Date:         07/29/05
Creditor:    AT&T LONG DISTANCE
Amt. Due:   $1,393.95
Acct. No.:   9174779 - 0200884222001
Telephone:  888 778-4016

Dear TOWN OF MOSES,

Our records indicate that this debt remains unpaid. This shall serve as notification that unless you contact this office immediately to establish arrangements for payment, we will be required to proceed with collection efforts on your account. We have previously informed you that Southwest Credit has the right to report information regarding your account to all major credit reporting agencies. Late payments, missed payments, or other defaults may be reflected on your credit report.

**Applicable state laws are printed on the back of this notice.**

We want to help and are willing to work with you, but you must contact our office immediately. Avoid further collection activity by enclosing your payment with the tear-off coupon below, or by contacting us to make payment arrangements on your account. Full or partial payment can also be made through our website address at www.sw-credit.com.

Sincerely,
Southwest Credit Systems, L.P.

**This is an attempt to collect a consumer debt by a debt collector.
Any information obtained will be used for that purpose.**

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***



**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals

---

For your protection and better service please:

1.   Do not send cash through the mail.
2.   Return this portion of the statement with your payment.
3.   Include account number on the check or money order.

IF PAYING BY CREDIT CARD, FILL OUT BELOW
CARD NUMBER          EXP. DATE    CHECK CARD USING FOR PAYMENT
SIGNATURE
ACCOUNT #:                    DATE:
9174779-0200884222001        07/29/05
PLEASE PAY THIS AMOUNT:        PAYMENT AMOUNT: $
$1,393.95

Acct. No.: 9174779-0200884222001
Creditor:   AT&T LONG DISTANCE
#BWNCPPZ
#91747790#
TOWN OF MOSES
1 MOSES PARK CIR
HAYNEVILLE AL   36040-2289

**Southwest Credit Systems, L.P.**
5910 W Plano Parkway
Suite 100
Plano, TX 75093-4638

SWCS 038 00120 (QESP)40;T077:022187:001:1000:05213:SP54:SWCS120:01:

THIS LETTER HAS BEEN SENT TO YOU BY A COLLECTION AGENCY!

## AWA Collections
POST OFFICE BOX 6605
ORANGE, CALIFORNIA 92863-6605
(714) 771-5690

December 9, 2005

713295
ALICIA GORDON
CITY OF MOSSES
PO BOX 296
HAYNEVILLE, AL 36040

| | |
|---|---|
| Principal: | $1,700.36 |
| Check Fee: | $.00 |
| Interest: | $.00 |
| Amount Due: | $1,700.36 |

AWA Account Number: 713295
Assigned By: **Nextel Partners Inc**
Account Number: 259766080

Dear CITY OF MOSSES :

This is an offer to settle this account for an amount which is less than the total now due on this account, and a statement of the conditions which apply to this offer.

We are agreeing to settle this account for   $935.19 providing that amount is either received in our office or sent in a letter postmarked, on or before, 45 days from the date of this letter.

The following terms and conditions apply to this settlement offer:

1.  Your payment, in the amount stated above, must be received in our office or sent in a letter postmarked, on or before, 45 days from the date of this letter. Failure to make payment in full of the settlement amount by the timeline stated will render this offer null and void.

2.  If this offer is made void due to the failure to comply with the terms of this offer, we will be under no obligation to accept or renew these terms in the future.

3.  In the event your payment is not honored by your bank or issuer for any reason whatsoever, the settlement offer shall be null and void and of no further effect.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Sincerely,

Chris Garcia, Ext. 202
Collection Department

*Need to Contact them to seek forward a copy to DJT getaway*

# BOYAJIAN LAW OFFICES, PC

**Office Locations**
Beverly Hills, CA
Denver, CO
Avon, CT
Plantation, FL
Murtaugh, ID
Iowa City, IA
Alexandria, LA
Quincy, MA
Union Lake, MI

A California Professional Corporation
Attorneys At Law
201 Route 17 North, 5th Floor
Rutherford, NJ 07070-2574
(800) 760-8494
Fax (800) 803-9806

**RECEIVED**
BY  M4          10/27/04

**Office Locations**
St. Louis Park, MN
New York, NY
Hendersonville, NC
Cranston, RI
Memphis, TN
Plano, TX
Heber City, UT
Seattle, WA
Brookfield, WI
Morgantown, WV

December 18, 2004

Town Of Mosses
PO Box 296
Hayneville AL 36040-0296

File #:     385981
Balance:    $1225.00

Dear Town Of Mosses:

Be advised that this office represents Xerox with respect to your outstanding balance which is still due and owing. Our client has advised us that you have failed to make the required payments and, as a result, you are in default in the amount of $1225.00.

This matter is very serious and requires your immediate attention. Failure to make full payment to our office will leave us with no choice except to proceed with all steps we deem necessary to recover the outstanding balance due our client.

Please understand that we will do all that is allowable under your state's laws to protect our client's interests.

You or your attorney may contact our office at 800-793-2190 between the hours of 8:00 a.m. - 8:30 p.m. (Monday through Thursday), 8:00 a.m. - 5:30 p.m. (Friday), or 8:00 a.m. - 4:30 p.m. (Saturday), to resolve this obligation. You may use your American Express, Discover, MasterCard or Visa credit card to pay the balance by contacting us or completing and returning the lower portion of this letter.

Sincerely,
BOYAJIAN LAW OFFICES
*Attorneys at Law*

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

RSDBLOA42K1

*Re: Phone Call Recvd. 2/9/05*
*Lillian (Boyajian Law Office 866-522-2680*
*Ref# 385981*

**Public Safety Center, Inc.**
P.O. Box 2370
Eugene, OR 97402



541-344-4434

"Electronic Transfer"
ACH only (no wire transfers!)
Pay directly from your bank to ours!
Use our routing # 123205133
and our account # 20025714

# Invoice

| Order Date | Invoice # |
|---|---|
| 6/20/2003 | 25607-1 IN |

| Bill To |
|---|
| Mosses Police Department
Attn: ANN
P.O. Box 296
Hayneville, AL 36040 |

| Ship To |
|---|
| 9513
Mosses Police Department
Attn: Chief Henry Gordon
1 Mosses Park Circle
Hayneville, AL 36040 |

| P.O. Number | Terms | Rep Name | Invoice/Ship D... | Ship Via | Phone # |
|---|---|---|---|---|---|
|  | Net 30 | JDo | 6/30/2003 | Ground | 334/563-9141 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 9049 | Battery, Radius P1225 HNN9049A 7.5V 1500MaH | 41.99 | 83.98 |
| 1 |  | Freight | 5.50 | 5.50 |
| 7 |  | Late Fee Finance Charge | 22.45 | 22.45 |

| | Total | $111.93 |
|---|---|---|

W-9 INFORMATION: PUBLIC SAFETY CENTER IS AN OREGON CORP FIN #93-1319770

ANY ITEMS RETURNED 60 DAYS OR MORE AFTER RECEIPT ARE SUBJECT TO A 10% RESTOCK FEE.

INVOICE

RECEIVED
BY *MH* | DATE *12/14/04*


**FoxValley**
**Technical**
**COLLEGE**

Please Remit To:

FOX VALLEY TECHNICAL COLLEGE
CASH ROOM
PO BOX 2277
APPLETON WI 54912-2277

| | |
|---|---|
| Page: | 1 |
| Invoice No: | AR10630 |
| Invoice Date: | 04/29/2003 |
| Customer Number: | 51650 |
| Payment Terms: | Immediate |
| Due Date: | 04/29/2003 |

Customer:

MOSSES POLICE DEPARTMENT TOWN OF
CHIEF HENRY GORDON
P.O. BOX 296
HAYNEVILLE AL 36040

AMOUNT DUE:                    1,191.53   USD

**PAST DUE**

Amount Remitted

For billing questions, please call    920-735-5768

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | | | VACANT SEAT/LODGING | 1.00 EA | | 1,191.53 | 1,191.53 |
| | | | MARCH 23-27, 2003 SCHOOL RESOURCE OFFICER LEADERSHIP PROGRAM | | | | |
| | | | JACKSONVILLE FLORIDA | | | | |

SUBTOTAL:                                                    1,191.53

TOTAL AMOUNT DUE :                                    1,191.53

**NOTICE!!!!**

This invoice is extremely delinquent and will be turned over to a collection agency if not
paid by December 17, 2004.

RLI  0197

ROYAL CHEMICAL INC.
P.O. BOX 620710
FLUSHING
NY 11362-999

Tel : (800)942-2024
Fax : (888)497-7729

**Statement**

Sep 18,2003

To :

MOSSES PD
CHIEF HENRY GORDON
1 MOSSES PARK CIR
HAYNEVILLE AL 36040

| Account | E-Mail | Fips Code | Page | Printed |
|---------|--------|-----------|------|---------|
| 14180 | | 0108533712 | 1 | Sep 18, 2003 |

| Date | Document | Reference | Description | Due | Charge | Credit | Balance |
|------|----------|-----------|-------------|-----|--------|--------|---------|
| Jul 07,2003 | SI-13849 | VERBAL | SALES INVOICE | Oct 25, 2003 | 224.82 | | 224.82 |

| Current | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 + Days | Balance Due |
|---------|-------------|--------------|--------------|-----------|-------------|
| 224.82 | 0.00 | 0.00 | 0.00 | 0.00 | 224.82 |

IF YOU WOULD LIKE TO MAKE PAYMENT BY CREDIT CARD
PLEASE COMPLETE THE FORM AND RETURN BY MAIL OR FAX.

I WILL PAY THIS STATEMENT WITH MY
CREDIT CARD

CARD TYPE: ☐ MASTERCARD   ☐ VISA
☐ AMEX

ACCOUNT NUMBER

EXPIRATION DATE        AMOUNT

PRINT NAME (as it appears on card)

SIGNATURE

RLI  0198

Dept 650
PO Box 4115
Concord, CA 94524

**RECEIVED**
BY *M.H.*   DATE *3/9/05*

February 25, 2005

Address Service Requested

#BWNFTZF #PCG3120326605024#

HENRY GORDAN
1 MOSSES PARK CIR
HAYNEVILLE AL 36040-2289

IF PAYING USING CHECK BY PHONE PLEASE INCLUDE YOUR
ABA AND ROUTING INFORMATION:

IF PAYING BY MASTERCARD, VISA, DISCOVER, OR AMERICAN
EXPRESS FILL OUT BELOW.

| Check Card Using For Payment | ☐ | ☐ | ☐ | ☐ AMERICAN EXPRESS |
|---|---|---|---|---|
| Reference # : DN3426 | | Total Due : $1049.21 | | Statement Date: February 25, 2005 |
| Card Number | | | | Amount |
| Signature | | | | Exp. Date |

**PINNACLE FINANCIAL GROUP**
7825 Washington Ave S Ste 410
Minneapolis, MN 55439-2409

---

***Detach Upper Portion and Return with Payment***

**YOUR ACCOUNT HAS BEEN RECEIVED FOR COLLECTION**

*S P E C I A L   S E T T L E M E N T   O F F E R*

Your account has been assigned to this agency for collection. Please contact this office to discuss
a generous settlement in full offer authorized by our client.

ACA
The Association of Credit
and Collection Professionals

1) Detach the upper portion of this letter and return with payment using the enclosed envelope.

   OR

2) Please contact our office at 1-877-793-9485 to explore the options that are available to you.

   OR

3) You may use any of the following services to pay:

WESTERN UNION | QUICK COLLECT      AMERICAN EXPRESS      **CHECK BY PHONE**
                                                          IS ACCEPTED

Sincerely,

PINNACLE FINANCIAL GROUP
*Collector # 1-877-793-9485*

| Creditor | Account # | Principal | Interest | Cost |
|---|---|---|---|---|
| UNICEL | 00301363969 | 1049.21 | 0.00 | 0.00 |

Total.................> $1049.21

Hours of Operation: Monday - Friday 7a.m. to 11p.m. CST · Saturday 8a.m. to 12p.m. CST · Sunday 4p.m. to 8p.m. CST

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

PCG03-225F200503-TJ9G-2 503

RLI 0199

9001024842    747494          11-20-2001 Mosses Police Department    SOLNC    i

| | |
|---|---|
| Invoice # | 747494 |
| Account Name | Mosses Police Department |
| Account # | 9001024842 |
| Statement Date | 11-30-2001 |
| Payment Due | 12-15-2001 |

PO Box 740531
Atlanta, GA 30374-0531

For Inquiries Call:
**SouthernLINC**
www.southernlinc.com

| Previous Balance | Payments | Late Pay Charges | Balance Forward | Current Charges | Amount Due |
|---|---|---|---|---|---|
| $2019.66 | $0.00cr | $0.00 | $2019.66 | $4.02 | $2023.68 |

Payments posted thru 11/20/2001
Payment        $0.00

| Services | Amount |
|---|---|
| Instant LINC | $0.00 |
| Phone Service | $0.80 |
| Information Solutions & Paging | $0.00 |
| Universal Service Fund | $0.40 |
| Taxes, E911 & Other Fees | $2.82 |
| TOTAL CURRENT CHARGES | $4.02 |

Last month's payment may not be shown. If you have remitted last month's
payment, please pay only the Current Amount Due.

Please return lower portion with payment

| | |
|---|---|
| Account Name | Mosses Police Department |
| Account # | 9001024842 |
| Statement Date | 11-30-2001 |
| Payment Due | 12-15-2001 |
| Amount Due | $2023.68 |
| Amount Paid | $ |

Please make checks payable to:    Southern LINC

☐ Check here for Change of Address
See reverse side for Change of Address form

0000013846
Mosses Police Department
HENRY GORDON -
MOSSES POLICE DEPARTMENT
1 MOSSESS PARK CIRCLE
HAYNEVILLE, AL 36040

SOUTHERN LINC
PO BOX 740531
ATLANTA GA 30374-0531

00019001024842200020236821

RLI 0200



## GT DISTRIBUTORS, INC.

P. O. BOX 458
ROSSVILLE, GEORGIA  30741-0458
FAX NUMBER (706)861-4444
706-866-2764

I N V O I C E

Invoice Number:  50958
Invoice Date  : 06/10/96
Ship Date     : 06/06/96
Order Date    : 05/28/96
Ship Via      : FACTORY DIRECT
Terms         : NET 30 DAYS

Sold To:  Town of Mosses
          Attn: Accounts Payable
          1 Mosses Park Circle
          Hayneville, AL 36040

Ship To:  Mosses Police Dept.
          #1 Mosses Circle

          Hayneville, AL 36040

Order No. 155166   Customer No. 005256   Purch. Ord. No. --          Salesman 001

| Quantity Shipped | Quantity B/O | Item Number/ Description | Unit Price | UM | Extension |
|---|---|---|---|---|---|
| 4 | | ABA-ORDER* American Body Armor Full Side Navy Carrier, Old Style Tails | 399.0000 | EA | 1,596.00 |
| | | Extra Cool Max Carrier - Navy Cool Max T-Shirt | | | |
| | | Carry Bag Spectra Plate 5 x 8 | | | |
| | | NOTE: Chief Simmons..will get a Navy Carrier & a White | | | |
| | | Carrier. | | | |

Comments:

| | |
|---|---|
| Subtotal | 1,596.00 |
| Freight | .00 |
| Sales Tax | .00 |
| Total | 1,596.00 |
| Amount Rec. | .00 |
| Balance Due | 1,596.00 |

ORIGINAL COPY

RLI  0201

**Attorney Fees**

RLI 0202

IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

WILLA GADSON, ET AL.,

     Plaintiffs,

Vs.

TOWN OF MOSSES, ET AL.,

     Defendants.

_____/

## ATTORNEY FEE STATEMENT

### Attorney Marvin Wiggins

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 3/5/98 | Conference w/Mayor Hill | .3 |
| 3/9/98 | Summary Judgment hearing (in court) | 1.5 |
|  | Travel Montgomery, AL 100 miles x .26 | 2.0 |
| 3/10/98 | P/C w/Ms. Shuford | .3 |
| 3/10/98 | Review federal court order | .3 |
| 3/23/98 | P/C w/Ms. Shuford, draft and fax enforcement letter | 1.0 |
| 3/23/98 | P/C w/Attorney Pitters about Planning Meeting | .1 |
| 3/25/98 | P/C w/Mr. Crocker | .5 |
| 3/30/98 | P/C w/Attorney Pitters | .4 |
| 3/20/97 | Conference w/Attorney Davis re: discovery | .2 |
| 6/25/97 | Preparation of discovery request and letter to Mr. Hill | 1.2 |
| 7/7/97 | Letter to Attorney Pitters | .3 |
| 7/11/97 | Conference w/opposing counsel re: discovery and depositions | .5 |
| 7/15/97 | Depositions of Alicia Shuford and Joe Bell | 4.0 |

RLI 0203

| 7/21/97 | Preparation of Summary Judgment Brief | 2.3 |
| 8/8/97 | Depositions of plaintiff and Eli Seaborn | 6.5 |
| 10/6/97 | Letter to Attorney Pitters | .3 |
| 11/11/97 | Letter to Mayor Hill | .3 |
| **HOURS** | | **22.0** |

### Attorney Prudence Cash

| DATE | DESCRIPTION | TIME |
| --- | --- | --- |
| 2/6/98 | Letter to Court | .3 |
| 1/21/97 | Amended Answer and research | 3.5 |
| 2/7/97 | Review file, insurance policy and court order | 1.2 |
| 3/18/97 | Rule 26 Disclosure | 2.5 |
| 4/26/97 | Review of documents from clerk | 1.5 |
| 7/15/97 | Deposition of Alicia Shuford | 2.5 |
| 7/20/97 | Preparation of Summary Judgment Motion and Brief | 4.6 |
| 7/21/97 | Preparation and filing s/j and brief | 3.0 |
| 8/5/97 | Prep and filing witness list | 1.0 |
| 8/8/97 | Depositions of plaintiff and Eli Seaborn | 6.5 |
| 8/28/97 | Review amended pretrial order | .5 |
| 10/13/97 | Review of court ordered mediation | .3 |
| 12/3/97 | Letter to Mr. Hill | .3 |
| **HOURS** | | **27.7** |

RLI 0204

**Attorney Angela Starr**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 7/15/97 | Depositions of Alicia Shuford and Joe Bell | 4.0 |

**Attorney Hank Sanders**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 11/10/98 | Answer, discovery, prep and filing | 2.5 |

**Attorney Katy Campbell**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 11/12/99 | Motion to Quash and for protective order | 1.5 |

**Attorney Collins Pettaway, Jr.**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 12/24/98 | Review Plaintiffs' pleading & discovery | 1.5 |
| 3/15/99 | Letters to town and council | .5 |
| 3/15/99 | Review and research file | 1.0 |
| 3/18/99 | Notice of Appearance | .3 |
| 4/18/99 | Fax from Attorney Pitters | .3 |
| 4/21/99 | Letter from Attorney Pitters | .3 |
| 4/27/99 | Prep for hearing | 4.0 |
| 4/27/99 | Motion to dismiss opposition to class certification | .5 |
| 4/28/99 | hearing & testimony on certification<br>travel 70 miles roundtrip | 5.5 |
| 5/5/99 | Hearing on Motions<br>travel 70 miles roundtrip | 2.0 |

RLI 0205

| Date | Description | Hours |
|------|-------------|-------|
| 6/2/99 | Letter from Attorney Pitters and Motion | .6 |
| 6/10/99 | Letter to Attorney Pitters | .3 |
| 6/15/99 | Letter to Attorney Pitters | .3 |
| 6/15/99 | Fax from Attorney Pitters | .5 |
| 6/16/99 | Review Plaintiffs filing re: Class Certification | .4 |
| 6/21/99 | Research on Response to Class Certification | 2.3 |
| 6/22/99 | Prep & filing response to Class Certification | 1.0 |
| 9/16/99 | Fax from Attorney Pitters | .3 |
| 9/17/99 | Letter from Attorney Pitters | .3 |
| 9/20/99 | Letter to Town re: deposition | .5 |
| 9/20/99 | Fax from Attorney Pitters | .2 |
| 9/29/99 | Letter from Attorney Pitters | .2 |
| 9/30/99 | Fax from Attorney Pitters | .2 |
| 10/5/99 | Letter to Attorney Pitters | .3 |
| 10/6/99 | Motions hearing travel 70 miles roundtrip | 1.6 |
| 10/9/99 | Letter from Attorney Pitters | .3 |
| 10/10/99 | Fax from Attorney Pitters and conference | .5 |
| 10/22/99 | Letter from Attorney Pitters | .3 |
| 11/10/99 | Letter to Town regarding discovery | .3 |
| 11/23/99 | Letter to Attorney Pitters & conf. w/Att. Campbell | .5 |
| 11/30/99 | Letter from & conf. w/Att. Pitters | .5 |
| 12/1/99 | Motion hearing travel 70 miles roundtrip | 2.0 |

| | | |
|---|---|---|
| 3/1/00 | Hearing<br>travel 70 miles roundtrip | 2.0 |
| 8/31/01 | Letter to clerk | .3 |
| 8/31/01 | Preparation of proposed order | 1.3 |
| 1/15/02 | Letter to Att. Pitters | .3 |
| 2/26/02 | Letter to Town | .3 |
| 5/5/02 | Memo to Katy Campbell | .4 |
| 5/7/02 | Response to Motion for Sanctions<br>and response to discovery | .5<br>1.0 |
| 5/7/02 | Prep & filing discovery | 4.2 |
| 5/8/02 | Motion Hearing (in court)<br>travel 70 miles roundtrip | 3.0 |
| 5/16/02 | Letter from Att. Pitters<br>Letter to Att. Pitters | ..1<br>.3 |
| 6/21/02 | Letter from Attorney Pitters and research | .4 |
| 7/31/02 | Letter from Attorney Pitters | :3 |
| 8/8/02 | Letter to Town re: depositions | :3 |
| 3/6/02 | Hearing<br>travel 70 miles roundtrip | 1.8 |
| 5/8/02 | Motions hearing<br>travel 70 miles roundtrip | 2.0 |
| 8/16/02 | Letter from Attorney Pitters | .3 |
| 8/30/02 | Response to Motion to Compel | 1.3 |
| 9/3/02 | Letter from Att. Pitters | .2 |
| 9/4/02 | Motion Hearing<br>travel 70 miles roundtrip | 2.0 |

| 9/12/02 | Letter to Att. Pitters | .3 |
| 11/6/02 | Depositions of Mayor Hill and Alicia Gordon travel 70 miles roundtrip | 4.5 |
| 10/4/00 | Motion hearing travel 70 miles roundtrip | 2.0 |

**HOURS**                                                                              **58.4**

## MISCELLANEOUS CASES

### Attorney Collins Pettaway, Jr.

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| 8/10/00 | Receipt & review ABI file on Hrobouski case | 2.8 |
| 2/21/01 | Letter to Mayor Hill about claims filed by Att. Ott, Letter to Ben Turner to return property, Letter to clerk about Cornner family claims | 2.0 |
| 4/20/01 | Review and submit to carrier federal court lawsuit from Hugh Hrobouski; conf. w/ Mayor Hill and clerk | 1.8 |
| 5/1/01 | Review documents from carrier re: defense of lawsuit filed by H. Hrobouski | .8 |
| 6/25/01 | Review letter and respond re: Att. representing the Cornner family | 1.0 |
| 8/31/01 | Letter to co-counsel on H. Hrobouski case | .3 |
| 9/14/01 | Review & respond to discovery in H. Hrobouski case, and letter to co-counsel | 2.6 |
| 9/17/01 | Letter from carrier changing counsel re: Hrobouski case | .4 |
| 11/29/01 | Documents from clerk and review re: Hrobouski case | 1.6 |
| 5/1/02 | Fax from clerk and conf. re: Cornner lawsuit | .4 |

RLI  0208

| 5/2/02 | Fax and conf. w/Cornner family attorney and review complaint | 1.1 |
| 5/31/02 | Letter from Cornner family counsel | .3 |
| 6/6/02 | Letter from Cornner family counsel | .3 |
| 6/6/02 | Fax and conf. w/carrier and clerk | 1.4 |
| 6/11/02 | Letter from carrier and conf w/Cornner family attorney | .4 |
| 6/12/02 | Letter from Alex Holtsford | .3 |
| 6/13/02 | Letter from Ins. Co. re: Cornner family | .4 |
| 6/19/02 | Letter from Rick Howard re: defense of Cornner lawsuit | .3 |

**HOURS**                                                                **18.2**

| Rate | Total Hours | Due |
| $95.00 | 134.3 hrs. | $12,758.50 |

TOTAL $12,758.50

**Prior Payments Credit**        $1,500.00
                                 $3,000.00
                                 $4,500.00

$12,758.50
- 4,500.00 (credit)
$8,258.50

1997 through 12/31/02 @ $95.00 per hour

**TOTAL AMOUNT DUE $8,258.50**

*Chestnut, Sanders, Sanders, Pettaway & Campbell, LLC*

**Collins Pettaway, Jr.'s Time Entry Report
for Selected File:**

**Town of Mosses**

Client ID:

Matter ID:

**$125.00 per hour**
**Wed Jan 1, 2003 to Tue. Sep 28, 2004**

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Aug 18, 2004 | | Conf - Conf with Atty Pitters and Court about case and continuance. | 0.50 |
| Tue Aug 17, 2004 | | Lowndes Cir. Ct./Town of Mosses - bench trial prep. | 3.00 |
| Thu Aug 12, 2004 | | Trial Prep - Preparation for trial and send depo errata sheet to Mr. Crocker. | 2.30 |
| Mon Jul 26, 2004 | | Trial Prep - Trial prep and letter to Mayor. | 1.50 |
| Fri Jun 25, 2004 | | Review - Review letter from Mayor to Ms. Gordon. | 0.80 |
| Thu Jun 17, 2004 | | Travel - To Alexandria, AL. for depo of Mr. Crocker. 165 miles one way. | 3.00 |
| Thu Jun 17, 2004 | | Deposition - Deposition of Mr. Crocker in Alexandria, AL. | 2.30 |
| Thu Jun 17, 2004 | | Travel - Return to Selma. 165 miles. | 2.50 |
| Tue Jun 8, 2004 | | Research and memo - Research and memo on redistricting. | 1.50 |
| Mon Jun 7, 2004 | | Research - Research on redistricting issue. | 3.30 |
| Fri Jun 4, 2004 | | Travel - Travel to Mosses, AL. (35 miles) | 0.80 |
| Fri Jun 4, 2004 | | Hearing - Attended hearing on Town Clerk and offered advice and opinions. | 2.80 |
| Fri Jun 4, 2004 | | Travel - Travel from Mosses, AL. (35 miles) | 0.80 |
| Fri May 28, 2004 | | Letter - Letter to Atty Pitters about depo of Mr. Crocker. | 0.30 |

*Printed by Collins Pettaway, Jr. on Tue Sep 28, 2004.*

*1 of 4*

RLI 0210

*Time Entry Report*                                                                      *Town of Mosses*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Thu May 20, 2004 | | Conf and Research - Conf with Mayor and research on termination letter for clerk. | 1.00 |
| Wed May 19, 2004 | | Phone Conf - Conf with Mayor Hill about Clerk. | 0.50 |
| Tue May 18, 2004 | | Hearing/Town of Mosses - Termination Hearing | 1.00 |
| Tue May 11, 2004 | | Conf and Scheduling - Conf with Councilman Hill about termination hearing, and Atty Pitters about depo of mr. Crocker and Mr. Crocker. | 1.00 |
| Fri May 7, 2004 | | Appointment-Mayor Hill - Discussed issues with Clerk. | 1.00 |
| Thu May 6, 2004 | | Letter and Review - Letter to Atty Pitters. | 0.80 |
| Wed Apr 7, 2004 | | Lowndes Cir. Ct./Town of Mosses/docket call - Travel and court hearing. Set trial date. | 1.50 |
| Thu Mar 18, 2004 | | Metting-Town of Mosses - Meeting with Council. Meeting 2.0) Travel (1.0) | 3.00 |
| Mon Mar 1, 2004 | | Phone Consulation - Conf with Mayor Hill. | 0.80 |
| Wed Feb 11, 2004 | | Lowndes Cir. Ct./Gadson v. Mosses, et al. - set for schedule conference | 1.00 |
| Tue Feb 10, 2004 | | Conf with Court - Conf about status and shceduling | 0.50 |
| Thu Feb 5, 2004 | | Letter - Letter regarding Mayor Hill's Depo. | 0.50 |
| Mon Jan 26, 2004 | | Letter - Letter regarding Mayor Hill's Depo. | 0.30 |
| Tue Dec 23, 2003 | | Conf and Research - Conf W/Mayor and investigation od indicyment on police chief | 1.00 |
| Tue Dec 16, 2003 | | Grand Jury Testimony-Mayor Walter Hill - Montgomery, Alabama-Conf | 0.40 |
| Tue Dec 9, 2003 | | Phone Conf-Town Of Mosses - Trial Conf W/Terry Davis and Armado Pitters about trial conference. Follow-up letter. | 1.50 |
| Thu Dec 4, 2003 | | Conf Call-Town Of Mosses - Call W/Judge McFerrin | 1.00 |
| Wed Dec 3, 2003 | | Pretrial conf. - pretrial conf. Travel to Hayneville | 2.50 |
| Tue Dec 2, 2003 | | Deposition-Town Of Mosses-Mayor Hill - Travel and depo attendence | 3.30 |

RLI  0211

*Time Entry Report*                                                                                   *Town of Mosses*

| Date | Activity | Description | Time (hrs) |
|------|----------|-------------|------------|
| Mon Dec 1, 2003 | | Depo Prep-Town of Mosses - Mayor Hill's Depo in the Tax Case. | 0.50 |
| Mon Nov 24, 2003 | | Depo and meeting Prep - Conf w/mayor, review file and documents to prepare for meeting with Atty Gen investigators and depo in Tax Case. | 1.50 |
| Fri Nov 21, 2003 | | Cut Off date - Cut off for depositions | 0.50 |
| Mon Nov 17, 2003 | | Letter - Letter to Pitters. | 0.30 |
| Fri Nov 14, 2003 | | - All dispositive motions due | 0.50 |
| Mon Nov 10, 2003 | | Federal Grand Jury Investigator Conf - Travel to Haynville, AL and Conf /Mayor Hill, ATF Agent, Asst Atty General & ABI Agent about Chief Gordon, and respond to federal subpeona. | 2.70 |
| Fri Nov 7, 2003 | | Letter - Letter to Pitters. | 0.30 |
| Fri Oct 31, 2003 | | - Discovery Due by 11/1/03 | 1.50 |
| Wed Oct 15, 2003 | | - Exchange Witness List (actual) | 1.50 |
| Wed Oct 1, 2003 | | - Defendant expert identified | 1.50 |
| Mon Sep 1, 2003 | | - Plaintiff's expert identified | 1.50 |
| Thu Jul 10, 2003 | | Letter - Letter from Pitters. | 0.30 |
| Mon Jun 30, 2003 | | Appointment - Trial Prep Trial Prep Trial Prep | 1.00 |
| Mon Jun 30, 2003 | | Trial Prep - | 2.00 |
| Thu Jun 26, 2003 | | Document Prep - Depo Notices. | 0.50 |
| Tue Jun 24, 2003 | | Document Prep - Prepared notice to vacate and faxed to clerk. | 0.80 |
| Tue Jun 24, 2003 | | Letter - Letter to Atty Pitters about discovery. | 0.80 |
| Tue Jun 24, 2003 | | Letter and Document Prep - Letter to Atty Pitters about discovery and filind motion and conf with clerk. | 1.80 |
| Fri Jun 20, 2003 | | Letter - Letter from Pitters about sanctions. | 0.80 |
| Wed Jun 18, 2003 | | Review - Review court's order on possible sanctions and conf with clerk. | 0.80 |
| Fri May 23, 2003 | | Appointment - | 1.00 |

*Printed by Collins Pettaway, Jr. on Tue Sep 28, 2004.*                                          *3 of 4*

RLI  0212

*Time Entry Report*                                                          *Town of Mosses*

| Date | Activity | Description | Time (hrs.) |
|------|----------|-------------|-------------|
| Fri May 23, 2003 | | Letter and File Review – Letter to Pitters regarding discovery and sanctions. | 1.30 |
| Thu Feb 13, 2003 | | Letter – Letter to Pitters about discovery and file review. | 0.80 |

**Total Time :**                                        **72.20 Hrs.**

```
    1/1/03 forward @:$125.00 per hour
    $125.00 x 72.20 hrs. = $9,025.00
```

RLI 0213

IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

KATHY GORDON,

    Plaintiff,

Vs.

TOWN OF MOSSES, ET AL.,

    Defendants.

_____/

## ATTORNEY FEE STATEMENT

### Attorney Hope M. Ayers

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| 6/8/99 | Deposition prep for Dr. Robert Harris | 2.0 |
| 6/9/99 | Deposition of Dr. Robert Harris | 3.0 |
| **HOURS** | | **5.0** |

### Attorney Collins Pettaway, Jr.

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| 10/7/98 | Conference w/Mayor re: claim | .8 |
| 10/7/98 | Review documents & letter to Ms. Gordon's attorney | 1.0 |
| 10/9/98 | Letter & conference w/Ms. Gordon's attorney | .4 |
| 10/12/98 | Fax from Town re: lawsuit & conference | .3 |
| 10/21/98 | Preparation & Filing of Objection & Answer and Motion to Dismiss | 2.0 |
| 3/14/99 | Conference w/Mayor & several counsel members & investigation | 1.5 |
| 3/15/99 | Notice of Appearance & Amended Answer | 1.0 |

RLI  0214

| 4/6/99 | Conference w/Plaintiff's attorney re: motions | .8 |
| 4/6/99 | Conference w/Court re: motions | .3 |
| 4/19/99 | Conference & letter to plaintiff's attorney re: depositions and letter to client | 1.0 |
| 4/22/99 | Conference w/Plaintiff's attorney | .4 |
| 4/25/99 | Preparation for depositions of Henry Gordon & Kathy Gordon | 1.2 |
| 4/26/99 | Depositions of Henry Gordon & Kathy Gordon | 5.0 |
| 6/8/99 | Preparation for depositions of Dr. Harris, Mayor and Fire Chief | 1.0 |
| 6/9/99 | Preparation for depositions of Dr. Harris | .8 |
| 6/9/99 | Deposition Montgomery, AL – Dr. Harris | 1.5 |
|  | Travel, Montgomery, AL | 2.0 |
| 6/10/99 | Depositions, Mosses, AL, Mayor Hill & Fire Chief Curry | 2.0 |
|  | Travel Mosses, AL | 1.3 |
| 6/19/99 | Response to Request for Admission | 1.0 |
| 7/28/99 | Trail Preparation, Conference w/witnesses | 3.8 |
| 8/2/99 | Jury Selection | 6.0 |
| 8/5/99 | Trial Preparation | 6.5 |
| 8/6/99 | Trial | 9.0 |
| 8/7/99 | Trial Continued | 5.8 |
| 8/9/99 | Letter from counsel | .3 |
| 8/18/99 | Letter to Clerk | .3 |
| 8/31/99 | Letter from counsel | .1 |
| 10/18/99 | Review of Release from hospital | .4 |
| 11/10/99 | Motion to Discover assets research | 1.5 |

| | | |
|---|---|---|
| 11/19/99 | Preparation of satisfaction & letter to opposing counsel | 1.0 |
| 12/9/99 | Filing satisfaction of judgment and closing case | .8 |

**TOTAL HOURS**                                     **65.8**

$95.00 x 65.8 = $6,251.00

TOTAL PAYMENT DUE $6,251.00

8/10/99      Paid for Depositions      $247.75

### GRAND TOTAL AMOUNT DUE FOR SERVICE

**RE: TOWN OF MOSSES**

Willa Gadson      $17,283.50

Kathy Gordon      $ 6,251.00

**TOTAL DUE**      **$23,534.50**

RLI 0216

MISC



RLI 0220

**EXHIBIT**

tabbies®

_F_

# BOND MANAGEMENT REVIEW

Examiner: **Everett Fritz**          Claim No: **00174318**

Bond No: **RSB0633446**          Policy Period: **9-10-04  9-10-05**

Principal: **City of Moses**

Obligee: **City of Moses**

Penal Sum: **$          100,000  .00**

Instructions:

Principal: **City of Moses**

Address: **P O Box 296**

City: **Hayneville**          State: **AL**    Zip: **36040**

Project:

Accident State: **AL- 01**

Description of Loss:   **Fidelity Claim**

DOL: **10/13/2004**    ☒ Administrative          DNR: **10/18/2004**

Acknowledgement:    UW ☒ ☐    Broker ☒ ☐    Mike ☐  Dan ☐

Underwriting Office: **SUR01 Dan Christianson**

Broker Information:    Name: **6297  Clark Associates**

Phone #: **205-823-2300**    Fax #: **205-822-0241**

Incident Entry ☐    No WINS Entry ☐    Suit Entry ☐

By: **Everett Fritz**          Date: **10/18/2004**

RLI  0221

*00174318*

# Public Official Application

(for applicants who are responsible for public moneys)



RECEIVED OCT 2 8 2004

CLAIMS DEPT

**RLI SURETY DIVISION**

9025 N. Lindbergh Drive
P.O. Box 3967    Peoria, Illinois 61612-3967
PH (309) 692-1000 • 1-800-645-2402

SCANNED OCT 28 '04

| APPLICANT INFORMATION | Applicant Alicia Shuford / Town Clerk | | Soc. Security No. | Date of Birth |
|---|---|---|---|---|
| Address: | (City) (State) (Zip) | Previous Surety? ☑Yes ☐No (If yes, give name and reason for change) USF&G No Longer Writes | | |
| Official Title: Town Clerk | Other or previous occupation: | Elected ☐ Appointed ☐ | Date Elected/Appointed: | Term of Office: |
| BOND INFORMATION | Type of Bond Public Official Position | Amount of Bond $ 100,000 | | Effective Date 9-10-99 |
| Name and Address of Obligee | | | | |

**OTHER INFORMATION**

In what banks will the receipts of this office be deposited? *BankCorp South*

Do you agree to deposit moneys in your custody only in legally designated and qualified depositories?        ☑YES ☐NO

Do you agree to deposit funds only in banks which are protected in full by a corporate depository or other securities?    ☑YES ☐NO

Are funds withdrawn from depository by check of applicant?        ☐YES ☑NO

    If so, is the countersignature of anyone required, and of whom?

By whom are your accounts examined and at what intervals? *Auditor - yearly*

**INDEMNIFICATION AGREEMENT**    Signature Instructions: Applicant must date and sign the application below.

I agree to indemnify RLI Insurance Company (hereinafter "Surety") in connection with any bond executed on behalf of the person or entity named as "Applicant" above. I certify that all the information provided is true, and acknowledge that Surety is relying on this information to issue a bond. I agree that proof of the falsity of any statement will be prima facie proof of material, intentional and fraudulent misrepresentation for all purposes of law and equity. I authorize Surety or its agents to investigate my credit, now and at any time in the future, with any institution, person or entity. I further agree:

1) To pay Surety each premium or premiums due, until satisfactory evidence that Surety's liability is terminated, and agree that such premium is fully earned upon issuance of a bond and is not refundable in the first year of coverage.
2) To pay Surety all sums demanded by Surety to cover any liability, claim, suit or judgment against the bond, including any legal fees and expenses.
3) To hold harmless and indemnify Surety from any and all liability, damages, loss, costs and expenses of every kind, including attorney fees, which may be sustained or incurred arising out of the execution, enforcement, procurement of release, or other action involving the application and/or issuance of the bond.
4) To pay interest, at the highest legal rate allowed, in the event of any payment by Surety, from the date such payments are made.
5) That Surety has the exclusive right to defend, settle, pay, or appeal any claim, and an itemized statement of loss and expense incurred by Surety shall be prima facie evidence of the fact and extent of my liability to Surety.
6) That Surety may decline to become a surety on any bond, may cancel or amend any bond with or without cause, alter the penalty, terms and conditions of any bond, complete any blanks contained in the application or indemnity agreement at the time of execution, or procure its release from said suretyship under any law for release of sureties; all without liability to Surety thereon.
7) To provide Surety with cash or other property acceptable to Surety, upon demand, as collateral security for any loss reserve. Surety may hold such collateral security until it has determined that it is no longer exposed to a loss and may retain or sell the collateral security to reimburse itself.
8) That a facsimile copy of this agreement shall be considered an original and shall be admissible in a court of law to the same extent as the original agreement.
9) This agreement shall apply to all renewals, continuations, substitutions and extensions of the suretyship herein applied for.

| AGENTS INFORMATION | Agency Name/Code *Clark Associates Inc* Address *2928 Hickory Ridge Rd.* *Birmingham, AL 35216* Agency Phone *(205) 823-2300* | Signed this 22 Day of *November* 1999 |
|---|---|---|

**AGENT'S RECOMMENDATION:**
☐ We are not very familiar with this applicant.
☑ We are familiar with applicant and are aware of no adverse information about him/her.
☐ We know applicant very well and offer our highest recommendation.

Comments:

SAP004 (7/98)

RLI 0222

# PROPERTY LOSS NOTICE

*ACORD.*

| | | | CSR CO | DATE (MM/DD/YYYY) 10/13/04 |
|---|---|---|---|---|

| PRODUCER PHONE (A/C, No, Ext): 205-823-2300 | MISCELLANEOUS INFO (Site & location code) | DATE OF LOSS AND TIME 06/01/98 | AM/PM | PREVIOUSLY REPORTED YES X NO |
|---|---|---|---|---|

Clark Associates Inc.
2229 Rocky Ridge Rd.
Birmingham AL 35216

Clark Associates Inc.

| POLICY TYPE | | COMPANY AND POLICY NUMBER | NAIC CODE | POLICY DATES |
|---|---|---|---|---|
| PROP/ HOME | CO: RLI Surety Division | | | EFF: 09/20/04 |
| | POL: RSB0633446 | | | EXP: 09/10/05 |
| FLOOD | CO: | | | EFF: |
| | POL: | | | EXP: |
| WIND | CO: | | | EFF: |
| | POL: | | | EXP: |

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID |

MOSES-1

| INSURED | | CONTACT | | CONTACT INSURED |
|---|---|---|---|---|

| NAME AND ADDRESS OF INSURED | DATE OF BIRTH | NAME AND ADDRESS OF INSURED |
|---|---|---|
| City Of Moses Alicia Shuford P O Box 296 Hayneville AL 36040 | SOC SEC # OR FEIN: | MAYOR WILLIAM SCOTT |

| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) 334 563-9141 |
|---|---|

| NAME AND ADDRESS OF SPOUSE (IF APPLICABLE) | DATE OF BIRTH | RESIDENCE PHONE (A/C, No) 334 563-7474 | BUSINESS PHONE (A/C, No, Ext) 334 320-5438 |
|---|---|---|---|
| | SOC SEC # OR FEIN: | WHERE TO CONTACT | WHEN TO CONTACT |

## LOSS

| LOCATION OF LOSS | UNK | | | | | | POLICE OR FIRE DEPT TO WHICH REPORTED |
|---|---|---|---|---|---|---|---|
| KIND OF LOSS | FIRE | LIGHTNING | FLOOD | OTHER (explain) | | | PROBABLE AMOUNT ENTIRE LOSS |
| X | THEFT | HAIL | WIND | | | | |

RECEIVED OCT 14 2004 SURETY CLAIMS

DESCRIPTION OF LOSS & DAMAGE (Use separate sheet, if necessary)
ALICIA SHUFORD WAS OVERPAYING SALARIES

## POLICY INFORMATION

| MORTGAGEE |
|---|
| NO MORTGAGEE |

HOMEOWNER POLICIES SECTION 1 ONLY (Complete for coverages A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 2.)

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
| | | | | | ON |

COVERAGE A. EXCLUDES WIND

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

FIRE, ALLIED LINES & MULTI-PERIL POLICIES (Complete only those items involved in loss)

| ITEM | SUBJECT OF INSURANCE | | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|---|
| | BLDG | CNTS | | | | |
| | BLDG | CNTS | | | | |
| | BLDG | CNTS | | | | |

SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

| FLOOD POLICY | BUILDING: | | DEDUCTIBLE: | ZONE | PRE FIRM | DIFF IN ELEV | FORM TYPE | GENERAL | CONDO |
|---|---|---|---|---|---|---|---|---|---|
| | CONTENTS: | | DEDUCTIBLE: | | POST FIRM | | | DWELLING | |
| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | ZONE | FORM TYPE | GENERAL | CONDO | DWELLING | |

REMARKS/OTHER INSURANCE (List companies, policy numbers, coverages & policy amounts) NY ONLY: PREVIOUS ADDRESS OF INSURED & WIFE'S MAIDEN NAME
THE OVERPAYMENT OF SALARIES WAS DISCOVERED IN JUNE 2004--EMPLOYEE TAXES
WERE NOT FILED PROPERLY

| CAT # | PICO # | ADJUSTER ASSIGNED | | | | ADJUSTER # | DATE ASSIGNED |
|---|---|---|---|---|---|---|---|
| REPORTED BY MAYOR WM SCOTT | REPORTED TO PATTI WHITE | SIGNATURE OF INSURED | | | SIGNATURE OF PRODUCER Clark Associates Inc. | | |

ACORD 1 (2002/01)        NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE        © ACORD CORPORATION 1988

369-692-8637

RLI 0223

CREATED BY: EFRITZ
CREATED DATE: 8/1/2006
SUBJECT:
Call with Mayor William Scott
SUMMARY:
I spoke with William Scott, the Mayor, when I could not reach Mary Hester (334) 320-5438. In talking with Mr. Scott he said that Ms. Hester leaves at noon. He said the City Clerk has one phone line that is hooked up to fax and the phone. When she leaves, Mayor Scott says she switches the line to the fax machine.

Mayor Scott said that he knows the most about the claim that the City has against Alicia Gordon because he was on the City Council before becoming Mayor. He said that as City Clerk she was responsible for the day to day affairs of the City. He said that Mary Hester replaced Ms. Gordon so she does not know the claim history. Mr. Scott said that he is related to Ms. Gordon and as such would like to detach himself as much as possible regarding the claim.

I asked him about the losses claimed. I asked him how Ms. Gordon's breach of duty caused the City to lose the Outstanding Bills $10,516.48, Attorney fees $23,534.50, Taxes Payable $70,306.60, Tax Consultant $3,500, and Bookkeeper $2,800. He said that Ms. Gordon did not pay them. He said that Ms. Gordon's failure to pay the City's bill caused the City this loss.

I asked him what Ms. Gordon used with the money that was supposed to go towards paying these bills. He said that she used the money to pay salaries of the City's employees.

I asked him whether the City owes the bills that are the subject matter of the claim against the bond of Ms. Gordon. He said that they did.

I asked him where the loss was if she used City money to pay City bills and there was not enough money to pay all the City bills. He said that she failed to keep the City informed of its financial situation. He said the if Ms. Gordon had done her job properly that the City would have let City employees go or cut back on their hours to meet their financial responsibilities.

I asked him whether the City gave me a good address for our Principal. He said yes, but that he did not have her phone number. I asked him what her husband name was. (I had called information earlier and they gave me the phone numbers of George Gordon and Sam Gordon, and indicated there was no listing under Alicia.) He said that her husband's name was Henry.

I asked whether they had any means to pay back the City if it was determined money was owed to the City. He said that he did not think so. He said that Henry was the Chief of Police for the City of Mosses and was convicted on public corruption charges by the Feds. He said that he was in a Federal Penitentiary. He said that they have two children, the oldest being 19 or 20 and the youngest being about 17. He said that Alicia had a job in Montgomery AL.

He said that he has an audio and minutes of Alicia answers when the City of Mosses confronted her about their claim that she breached her duties. I told him that I was hiring counsel to help me with the claim and that I would like two copies of each. One copy is to go to me and the other copy is to go to our attorney.

-------------------------------------------------------

CREATED BY: EFRITZ
CREATED DATE: 7/27/2006
SUBJECT:
Received call from Mary Hester
SUMMARY:

Mary Hester called (334) 563-9141. She called wanting an update on her file. I told her that I would be back to her no later than next week giving her a status report.

---

CREATED BY: EFRITZ
CREATED DATE: 6/7/2006
SUBJECT:
Call from Mary Hester
SUMMARY:
I returned the phone call from Mary Hester (334) 563-9141. She wanted help in filling out the Fidelity Proof of Loss form. She wanted to know what went in the space asking whether any other insurance applied. I told her that RLI was asking whether they had coverage with another carrier that should share in any loss payment made. She said that she did not know and wanted to know where to go to get that information. I asked her whether the City had a Risk Manager. She said they did not. I asked her whether the City bought all of their insurance through one agency. She said that they did. I told her that I would go to the agent and find out whether the City had any other coverage that applied to this situation to answer that question. If the City did, I told Ms. Hester the City needed to put that carrier on notice of this claim and tell RLI.

She said that she understood.

---

CREATED BY: DBERRY
CREATED DATE: 5/12/2006
SUBJECT:
Call from Mayor Scott
SUMMARY:
I fielded call from Mayor William Scott with Town of Moses, AL. I told him Everett was still waiting to receive completed POC form. Mayor said that he has been collected evidence of damages and principal's misconduct for the last few months. He will now send in copies of all that information along with POC form. PH (334) 320-5438.

---

CREATED BY: EFRITZ
CREATED DATE: 7/26/2005
SUBJECT:
Mary Hester of the City Called
SUMMARY:
Mary Hester called for the City of Moses. She referenced claim number 00174320. That is the wrong claim number. However, some correspondence went out to the City under that bond claim file. Ms. Hester is the new City Clerk and the Mayor has asked her to pursue the faithful performance bond claim they have against the Public Official. Ms. Hester called the Agency that I provided her from claim file 00174320. That Agent called today saying that he cannot find an account written by him for the City of Moses. After he told me that I recognized my mistake.

I called the phone number that the agent gave me for Mary Hester, Clerk of the City of Moses (334) 563-9141. I asked for Mary Hester and she had gone for the day. The receptionist took my name, phone number and right claim number. I asked that Ms. Hester call me in the morning.

---

CREATED BY: EFRITZ
CREATED DATE: 1/17/2005
SUBJECT:
Closing report
SUMMARY:
RLI issued a Public Official faithful performance bond to the City of Moses for the Town Clerk. They wrote wanting to make a claim on the bond back in October. RLI replied to them by sending

RLI 0225

the City of Moses a Fidelity Proof of Claim.  RLI has heard nothing more about their claim although it spoke to the Mayor in December.

If RLI receives a sworn to Proof of Claim, RLI can reopen the file.

--------------------------------------------------------------

RLI 0226

LETTER TO MS. GORDON



EXHIBIT

G

tabbies'

RLI 0278

*B* '

# City of Mosses

Walter S. Hill, Mayor
Willie B. Hill, Mayor Pro-tem
Alicia Gordon, City Clerk
Shayne M. Perry, Police Chief

**City Council**
Annie M. Rudolph
Janice Patterson
Jerry Reed
William Scott

June 5, 2004

Mrs. Alicia Gordon, City Clerk
Town of Mosses
1 Mosses Park Circle
Mosses, Alabama 36040

Dear Mrs. Gordon:

During a Special Called City Council Meeting of June 4, 2004, which was held following a hearing of which a series of grave concerns relative to your job performance as the City Clerk, were addressed to you by the members of the City Council. During the meeting the City Council, recommended and unanimously approved that your employment as the City Clerk for the Town of Mosses be terminated based on the facts and findings of nonfeasance; insubordination; malfeasance and misfeasance relative to your job performance as the City Clerk for the Town of Mosses. Your termination as the City Clerk is effective **Monday, June 7, 2004.**

Furthermore, you are directed to remove all of your personal affects from the City Clerk's office by the close of business on Monday, June 4, 2004.   In addition, I have been directed to direct you to turn into a member of the City Council or me the key (s) to the Clerk's Office door and all other keys, which allowed you access to the Municipal Complex, and other facilities housed on the Municipal property, on or before 5 p.m. on Monday, June 7, 2004.

Sincerely,

Walter S. Hill

Xc:  City Council
     City Attorney
     Personnel File

**P.O. Box 296 Hayneville, Alabama 36040  (334) 563-9141**

B2

**Nonfeasance:** (Neglect of Duty)

1. • Failed to file State/Federal Tax information for the Town for 3 Consecutive Years. In addition to failing to provide the mayor and City Council with correspondences from the State and Federal with regards to the delinquency of the taxes during the years of which the taxes were not paid.

2. • Approved purchases that were not approved by the mayor nor the City Council in keeping with the City's operating budget. In addition to failing to report several purchases on the Monthly Financial Statement.

3. • Failure to maintain adequate and precise City Council documents as required by law, i.e. All City Council Meeting Minute and Financial Statements.

4. • Failed to provide the mayor and city council with vital mailed documents relative to the city's and its governing accountability and responsibility

5. • Excessive abuse of being violating work attendance hours (see attachements)

**Insubordination:** (Failure to comply with verbal and written communication from employer (s))

6. • Failed to comply with City Council's directive to provide the Mayor with a key to the Office of Fiscal Affairs.

7. • Failed to comply with City's Council's directive to not make any purchases beyond what has been approved in the City's Budget—without approval from the City Council.

8. • Failed to comply with verbal and written directives by the mayor upon his requesting vital documents in a timely manner. In addition, failing to comply with written and verbal requests for the City's Post Office Key. Likewise, failure to comply with verbal and written policy regarding work attendance.

9. • Repeated insubordinate towards immediate supervisor in an unprofessional and profane manner (see attached discipline documentation form/report

**Malfeasance:** (Misconduct)

10. • Excessive use of foul language in addressing the mayor in the presence of a City Councilman.

11. • Provided false financial information to the City Council and mayor relative to a fiscal matter of which the city council and mayor questioned as it related to fiscal accountability of others directly and indirectly effected by the City's accounting process, i.e. employee health insurance, etc.

12. • Failed to inform the mayor and city council of person use of city accounts, i.e. purchasing of tires for personal van, and other auto repair work done on personal vehicle through the City's account.

13. • Unprofessional behavioral outburst in city council meetings when addressing City Council (See attached Report)

14. • Failed to inform the city council and mayor about the delinquency of the Unemployment Compensation payments.

15. • Failed to inform the mayor and the city council about fiscal matters being conducted unlawfully with the use of public funds.

RLI 0280

B3

**Misfeasance** (wrongdoing of a lawful act in an unlawful or improper manner)

- Use of City account for personal use, i.e, ( see attached documentation)
- Opening accounts in the name of the City as a government account for personal use. i.e. ( see attached documentation)
- Canceling city employee health insurance without approval from the City Council nor written approval from all parties affected by this action.
- Failure to inform the mayor and city council about the debt to the city from a health insurance employee participant.   Knowing allowed the city to pay insurance premiums in full for employee with public funds. ( also . a misconduct)

/A'

City of Mosses
1 Mosses Park Circle
Hayneville, Alabama 36040
(334) 563-9141

RECEIVED
BY M. H. DATE 7/23/05


**City Council**
Janice Patterson
Jerry Reed
Annie M. Rudolph
William Scott

Walter S. Hill, Mayor
Willie B. Hill, Mayor Pro-tem
Alicia Gordon, City Clerk

May 18, 2004

Mrs. Alicia Gordon, City Clerk
City of Mosses
1 Mosses Park Circle
Hayneville, Alabama 36040

Dear Mrs. Gordon:

On behalf of the Mosses City Council this letter is being addressed to you to inform you that the City Council has some grave concerns as they relate to your job performance as the City Clerk for the Town of Mosses.

The concerns are as follows:

1. **Nonfeasance:**  (*Neglect of Duty*)
2. **Insubordination** (:*Failure to comply with verbal and written directives from employer (s).*
3. **Malfeasance:**  (*Misconduct*)
4. **Misfeasance:**  (*wrongdoing of a lawful act in an unlawful or improper manner*)

As a result of the aforementioned concerns relative to your job performance as the City Clerk , you are invited to attend a hearing regarding these concerns on **Tuesday, June 1, 2004 at 5:30 p.m.** at **the Mosses Municipal Complex.**

This hearing is subject to be closed to the general public, unless you request otherwise. In the event you wish to have the hearing open to the public, please inform express your desire in writing within three (3) day prior to the scheduled date and time of the hearing.



Termination Hearing ~ (Mrs. Gordon)


In addition, whether you chose to accept the hearing being close to the public or open to the public you have the right to have legal representation present with you during the hearing.     It is imperative that you advise via written communication as to your decision regarding the status of this hearing being open or closed to the public.

If there is a need for further clarity regarding this letter of notification, you may request such in writing.

Your urgent and prompt attention and written response to this letter of notification will be appreciated.


Sincerely,

Walter S. Hill, Mayor


Xc:   Willie B. Hill, City Councilman
        Janice Patterson, City Councilwoman
        Jerry Reed, City Councilman
        Annie M. Rudolph, City Councilwoman
        William Scott, City Councilman

Pc:   Attorney Collins Pettway, City Attorney
        Personnel File


RLI 0283



1. Chronic absenteeism from job site i.e. leaving work site without prior authorized permission
2. Careless workmanship in maintaining fiscal control management
3. Failure to disclose vital fiscal documents and/or correspondences to city government officials
4. Conduct/behavior reflecting discredit on the City and its governing authority
5. Continuous insubordination with regards to city government officials

RLI 0284

# Town Of Mosses



1 Mosses Park Circle
P. O. Box 295
Hayneville, AL 36040
Phone 334-563-4141

William C. Scott, Mayor
Willie A. Hill, Council Pro-Tem
Shepora Powell, Police Chief
Mary Hamby, Town Clerk

Colored Lady Jessie Patterson
Councilman Joe E. Bell

## FAX TRANSMITTAL FORM

To: Atty Bryan Paul
Name:
Phone Number:
Fax Number: 334-387-3222

From: MARY, Town of Mosses
Date Sent: 11-28-06
Number of Pages: 6 Inc. Cov.

Message: Mayor Scott states to tell you that he + I are currently still working to collect the additional info requested (Budgets)

Mary

The information that is being sent is confidential and should be viewed only by the individual who requested the documents.

**City of Mosses**
1 Mosses Park Circle
Hayneville, Alabama 36040
(334) 563-9141

RECEIVED
BY *M. H.*  DATE *7/23/05*

**City Council**
Janice Patterson
Jerry Reed
Annie M. Rudolph
William Scott

Walter S. Hill, Mayor
Willie B. Hill, Mayor Pro-tem
Alicia Gordon, City Clerk

May 18, 2004

Mrs. Alicia Gordon, City Clerk
City of Mosses
1 Mosses Park Circle
Hayneville, Alabama 36040

Dear Mrs. Gordon:

On behalf of the Mosses City Council this letter is being addressed to you to inform you that the City Council has some grave concerns as they relate to your job performance as the City Clerk for the Town of Mosses.

The concerns are as follows:

1. **Nonfeasance**:  *(Neglect of Duty)*
2. **Insubordination**  *( Failure to comply with verbal and written directives from employer (s).*
3. **Malfeasance**:  *(Misconduct)*
4. **Misfeasance**:  *(wrongdoing of a lawful act in an unlawful or improper manner)*

As a result of the aforementioned concerns relative to your job performance as the City Clerk , you are invited to attend a hearing regarding these concerns on <u>Tuesday, June 1, 2004 at 5:30 p.m.</u> at <u>the Mosses Municipal Complex</u>.

This hearing is subject to be closed to the general public, unless you request otherwise.    In the event you wish to have the hearing open to the public, please inform express your desire in writing within three (3) day prior to the scheduled date and time of the hearing.

RLI 0286

Termination Hearing – (Mrs. Gordon)

In addition, whether you chose to accept the hearing being close to the public or open to the public you have the right to have legal representation present with you during the hearing.    It is imperative that you advise via written communication as to your decision regarding the status of this hearing being open or closed to the public.

If there is a need for further clarity regarding this letter of notification, you may request such in writing.

Your urgent and prompt attention and written response to this letter of notification will be appreciated.

Sincerely,

Walter S. Hill, Mayor

Xc:  Willie B. Hill, City Councilman
      Janice Patterson, City Councilwoman
      Jerry Reed, City Councilman
      Annie M. Rudolph, City Councilwoman
      William Scott, City Councilman

Pc:  Attorney Collins Pettway, City Attorney
      Personnel File

1. Chronic absenteeism from job site i.e. leaving work site without prior authorized permission
2. Careless workmanship in maintaining fiscal control management
3. Failure to disclose vital fiscal documents and/or correspondences to city government officials
4. Conduct/behavior reflecting discredit on the City and its governing authority
5. Continuous insubordination with regards to city government officials

# City of Mosses

**City Council**

Walter S. Hill, Mayor
Willie B. Hill, Mayor Pro-tem
Alicia Gordon, City Clerk
Shayne M. Perry, Police Chief

Annie M. Rudolph
Janice Patterson
Jerry Reed
William Scott

June 5, 2004

Mrs. Alicia Gordon, City Clerk
Town of Mosses
1 Mosses Park Circle
Mosses, Alabama 36040

Dear Mrs. Gordon:

During a Special Called City Council Meeting of June 4, 2004, which was held following a hearing of which a series of grave concerns relative to your job performance as the City Clerk, were addressed to you by the members of the City Council. During the meeting the City Council, recommended and unanimously approved that your employment as the City Clerk for the Town of Mosses be terminated based on the facts and findings of nonfeasance; insubordination; malfeasance and misfeasance relative to your job performance as the City Clerk for the Town of Mosses. Your termination as the City Clerk is effective **Monday, June 7, 2004.**

Furthermore, you are directed to remove all of your personal affects from the City Clerk's office by the close of business on Monday, June 4, 2004. In addition, I have been directed to direct you to turn into a member of the City Council or me the key (s) to the Clerk's Office door and all other keys, which allowed you access to the Municipal Complex, and other facilities housed on the Municipal property, on or before 5 p.m. on Monday, June 7, 2004.

Sincerely,

Walter S. Hill

Xc: City Council
City Attorney
Personnel File

**P.O. Box 296 Hayneville, Alabama 36040  (334) 563-9141**

RLI 0289

*Nonfeasance*:  (Neglect of Duty)

1  • Failed to file State/Federal Tax information for the Town for 3 Consecutive Years. In addition to failing to provide the mayor and City Council with correspondences from the State and Federal with regards to the delinquency of the taxes during the years of which the taxes were not paid

2  • Approved purchases that were not approved by the mayor nor the City Council in keeping with the City's operating budget. In addition to failing to report several purchases on the Monthly Financial Statement.

3  • Failure to maintain adequate and precise City Council documents as required by law, i.e. All City Council Meeting Minute and Financial Statements.

4  • Failed to provide the mayor and city council with vital mailed documents relative to the city's and its governing accountability and responsibility

5  • Excessive abuse of being violating work attendance hours (see attachements)

*Insubordination*:  (Failure to comply with verbal and written communication from employer (s))

6  • Failed to comply with City Council's directive to provide the Mayor with a key to the Office of Fiscal Affairs.

7  • Failed to comply with City's Council's directive to not make any purchases beyond what has been approved in the City's Budget—without approval from the City Council.

8  • Failed to comply with verbal and written directives by the mayor upon his requesting vital documents in a timely manner. In addition, failing to comply with written and verbal requests for the City's Post Office Key. Likewise, failure to comply with verbal and written policy regarding work attendance.

9  • Repeated insubordinate towards immediate supervisor in an unprofessional and profane manner (see attached discipline documentation form/report

*Malfeasance*:  (Misconduct)

10  • Excessive use of foul language in addressing the mayor in the presence of a City Councilman.

11  • Provided false financial information to the City Council and mayor relative to a fiscal matter of which the city council and mayor questioned as it related to fiscal accountability of others directly and indirectly effected by the City's accounting process, i.e. employee health insurance, etc.

12  • Failed to inform the mayor and city council of person use of city accounts, i.e. purchasing of tires for personal van, and other auto repair work done on personal vehicle through the City's account.

13  • Unprofessional behavioral outburst in city council meetings when addressing City Council (See attached Report)

14  • Failed to inform the city council and mayor about the delinquency of the Unemployment Compensation payments.

15  • Failed to inform the mayor and the city council about fiscal matters being conducted unlawfully with the use of public funds.

**Misfeasance**  (wrongdoing of a lawful act in an unlawful or improper manner)

- Use of City account for personal use, i.e. ( see attached documentation)
- Opening accounts in the name of the City  as a government account for personal use, i.e. ( see attached documentation)
- Canceling city employee health insurance without approval from the City Council nor written approval from all parties affected by this action.
- Failure to inform the mayor and city council about the debt to the city from a health insurance employee participant.   Knowing allowed the city to pay insurance premiums in full for employee with public funds. ( also . a misconduct)

RLI  0291

N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RLI INSURANCE COMPANY/                     )
PLAINTIFF/COUNTERCLAIM                     )
DEFENDANT                                  )
                                           )
vs.                                        )      Case No.: 2:07-cv-00230-WKW-SRW
TOWN OF MOSSES, ALABAMA, and               )
ALICIA SHUFORD-GORDON,                     )
                                           )
                    Defendants.            )

### AFFIDAVIT OF ALICIA SHUFORD-GORDON

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY        )

Before me, the undersigned authority, Notary Public, in and for said county and state, who before me personally appeared Alicia Shuford-Gordon, whom, being placed under oath, deposes and says as follows:

"My name is Alicia-Shuford Gordon.  I was employed as the Clerk for the Town of Mosses approximately from 1992 through June of 2004.  I am an adult resident citizen of the State of Alabama, and I have personal knowledge of the matters set forth herein.  At all times relevant to this action, I was the Town Clerk of Mosses, Alabama.

The Town of Mosses, Alabama, is an incorporated municipality with a population of less than 2,000 people located in Lowndes County, Alabama.  The Town of Mosses was incorporated in approximately 1979 and has employed the Mayor/Council form of government at all times since I served as Town Clerk. RLI Insurance Company wrote an official surety bond to my position in the amount of $100,000.00.  A copy of the surety bond is attached hereto and is incorporated herein by reference.



EXHIBIT

H

The City of Mosses has made a claim against my bond asserting that I breached my duty as City Clerk, causing the town a loss of an excess of $100,000.00. To date, this claim arises out of three separate occurrences; 1) the failure of the City to pay quarterly employee payroll taxes for a period of time; 2) a series of unpaid debts incurred by the City during the period of time of which I served as Town Clerk; 3) the cost of a tax consultant by the name of Charles Elam, who assisted the town in negotiating the above-referenced tax problem with the IRS.

It is my understanding that the Town of Mosses has filed a Proof of Claim Form with RLI Insurance Company and supporting documentation which they allege supports all of their claims.

As Town Clerk, I was merely an administrative arm of the city's governing body. I paid all bills which I was directed to by either members of the City Council or the Mayor, and I had no check-writing authority whatsoever. Further from 1999-2003, the time period of the allegations on the claim made by the City, I was not authorized to and did not sign any checks on behalf of the City, including payroll checks. At all times any checks issued by the City required at least one signature from one of two designated City Council Members and/or the Mayor. Because the Town of Mosses employs the Mayor/Council form of government, the Mayor is the Chief Executive Officer of the municipality and has general supervision and control over all other officers and affairs of the town. Also, the Mayor has the exclusive authority to supervise and control the administrative personnel in its municipality.

2

Additionally, during my time as Clerk, I listed on monthly financial statements all tax liabilities which the City had incurred. These monthly financial statements were then presented to members of the City Council and Mayor at monthly City Council meetings.

I do acknowledge that at the time I left office there were unpaid bills on behalf of the City. However, the City was on notice at all times of the expenses as all bills, invoices, and past-due notices from the IRS were given to the Mayor. Yet, the City and Mayor showed no concern for the payment of these expenses nor the taxes. The City was spending far more than its revenues allowed. Simply put, the City did not have the requisite funds to cover most of these expenses. Due to the lack of funds and resources these bills referenced above went unpaid.

I specifically remember in 2002 and 2003 withholding payroll taxes but not paying them because the City's bank balance was too low. I discussed the shortage in detail with both Mayor Walter Hill and Willie B. Hill and they, in their capacity for the City, had full knowledge of the same.

The above information is true and correct to the best of my knowledge and belief."

*Alicia Shuford-Gordon*

ALICIA SHUFORD-GORDON


STATE OF ALABAMA          )
COUNTY OF MONTGOMERY      )

I, the undersigned, a Notary Public in and for said State and County, hereby certify that ALICIA SHUFORD-GORDON whose name is signed to the foregoing affidavit and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily.

Given under my hand this 7th day of January, 2008.

*Carrie Cram Strickland*

NOTARY PUBLIC
My Commission Expires: 9/22/2008

3