## N THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ ) | |
| PLAINTIFF/COUNTERCLAIM ) | |
| DEFENDANT ) | |
| ) | |
| vs. ) | Case No.: 2:07-cv-00230-WKW-SRW |
| TOWN OF MOSSES, ALABAMA, and ) | |
| ALICIA SHUFORD-GORDON, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF RLI INSURANCE COMPANY'S WITNESS LIST

COMES NOW the Plaintiff, RLI Insurance Company, by and through its undersigned counsel and submits the following list of witnesses which may be called at trial in the above case:

1. Alicia Shuford-Gordon
   124 Chisholm Street
   Hayneville, Alabama  36040
   Telephone:  334-563-7968

2. Mayor William C. Scott
   Town of Mosses
   P.O. Box 296
   Hayneville, Alabama  36040
   Telephone:  334-563-9141
   Telephone:  334-320-5438

3. Walter S. Hill
   Hayneville, Alabama

4. Willie B. Hill
   Hayneville, Alabama

5. Eloise D. Cain
   Hayneville, Alabama

6. Janice C. Patterson
   Hayneville, Alabama

    7.       Eris Bryan Paul, Esq.
              Huie, Fernambucq & Stewart, LLP
              Three Protective Center
              2801 Highway 280 South
              Suite 200
              Birmingham, Alabama 35223-2484

    8.       Custodian of Records, BancorpSouth, Inc.

    9.       Everett Fritz, II
              Commercial Surety Claim Manager
              RLI Surety
              P.O. Box 3961
              Peoria, Illinois 61612-3961
              Telephone: 309-693-5874

    10.      This Plaintiff reserves the right to call any expert witnesses, the need for which is revealed through the completion of discovery;

    11.      This Plaintiff reserves the right to call any additional witnesses, the need for which is revealed through the completion of discovery;

    12.      This Plaintiff reserves the right to call any witnesses listed by the other parties in this action;

    13.      This Plaintiff reserves the right to call any witnesses needed for rebuttal of any of the fact witnesses or expert witnesses.

Respectfully submitted this 28th day of March 2008.

                                                    s/ W. Christopher Waller, Jr.
                                                    W. CHRISTOPHER WALLER, JR. (WAL187)
                                                    Attorney for Plaintiff/Counterclaim Defendant

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109
Telephone: 334-387-7680
Facsimile: 334-387-3222
Email: CWaller@ball-ball.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Collins Pettaway Jr.
Chestnut Sanders Sanders Pettaway & Campbell, L.L.C.
P. O. Box 1290
Selma , AL 36702-1290

Alicia Shuford Gordon
124 Chisholm Street
Hayneville, Al 36040

                                                  s/ W. Christopher Waller, Jr.
                                                  W. CHRISTOPHER WALLER, JR. (WAL187)