IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ PLAINTIFF/COUNTERCLAIM DEFENDANT | ) ) ) ) |
| vs. | ) Case No.: 2:07-cv-00230-WKW-SRW |
| TOWN OF MOSSES, ALABAMA, and ALICIA SHUFORD-GORDON, | ) ) ) |
| Defendants. | ) |

**PLAINTIFF RLI INSURANCE COMPANY'S EXHIBIT LIST**

COMES NOW the Plaintiff, RLI Insurance Company, by and through its undersigned counsel and hereby submits its list of exhibits it intends to offer at trial:

1. RLI Surety Correspondence to City of Mosses Notice of Cancellation;

2. Public Official Position Schedule Bond;

3. Acknowledgement of Surety;

4. Power of Attorney RLI Insurance Company;

5. Proof of Loss on Fidelity Bond (identified as Bates RLI 0218-0219);

6. Documents submitted by Town of Mosses to RLI (identified as Bates RLI 0002-0029);

7. Correspondence submitted by Town of Mosses to RLI concerning taxes payable (identified as Bates RLI 0048-0190);

8. Correspondence submitted by Town of Mosses regarding accounts payable (identified as Bates RLI 0192-0216);

9. Bond Management Review (identified as Bates RLI 0221);

10. Public Official Application (identified as Bates RLI 0222);

11. Acord Property Loss Notice (identified as Bates RLI 0223);

12. Town of Mosses' correspondence of June 5, 2004, to Alicia Shuford-Gordon (identified as Bates RLI 0279-0281);

13. Town of Mosses' correspondence of May 18, 2004, to Alicia Shuford-Gordon (identified as Bates RLI 0282-0284);

14. Affidavit of Alicia Shuford-Gordon;

15. Certified and sealed copy of records maintained by BancorpSouth Bank relating to Town of Mosses (identified as Bates RLI 0292-0604);

16. Town of Mosses' Policy Manual (identified as Bates RLI 0605-0626);

17. Deposition of Mayor William Scott taken on August 1, 2007;

18. Any and all exhibits listed by any other party to this action;

19. Any and all exhibits necessary for rebuttal or impeachment;

20. Any and all exhibits introduced in any deposition taken in this cause;

21. This Plaintiff reserves the right to amend this Exhibit List as discovery continues prior to trial.

Respectfully submitted this 28th day of March 2008.

                                       s/ W. Christopher Waller, Jr.
                                       W. CHRISTOPHER WALLER, JR. (WAL187)
                                       Attorney for Plaintiff/Counterclaim Defendant

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109
Telephone: 334-387-7680
Facsimile: 334-387-3222
Email: CWaller@ball-ball.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Collins Pettaway Jr.
Chestnut Sanders Sanders Pettaway & Campbell, L.L.C.
P. O. Box 1290
Selma , AL 36702-1290

Alicia Shuford Gordon
124 Chisholm Street
Hayneville, Al 36040

                                                  s/ W. Christopher Waller, Jr.
                                                  W. CHRISTOPHER WALLER, JR. (WAL187)