IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0230-WKW |
| ) | |
| TOWN OF MOSSES, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 8, 2008, the plaintiff filed a motion for summary judgment (Doc. # 24). By previous order (Doc. # 15) of the court, the defendants' response was due twenty-one days after the motion for summary judgment was filed, which was January 29, 2008. In the three months since their deadline passed, the defendants have not responded or requested an enlargement of time. Therefore, in light of the defendants' utter failure to respond and the resulting delay in the disposition of this matter, it is ORDERED that the plaintiff's summary judgment motion (Doc. # 24) is under submission without response from the defendants.

DONE this 8th day of May, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE