# N THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ PLAINTIFF/COUNTERCLAIM DEFENDANT | ) ) ) ) |
| vs. | ) Case No.: 2:07-cv-00230-WKW-SRW |
| TOWN OF MOSSES, ALABAMA, and ALICIA SHUFORD-GORDON, | ) ) ) |
| Defendants. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to this Court's recent Order, a Settlement Conference was held between all counsel for the parties in the above-referenced action today. While a settlement was not achieved during this conference, the parties are still currently engaging in settlement discussions, which seem promising at this point. Consequently, since the parties are still engaging in settlement negotiations, it is not likely that mediation would be desirable.

*s/ W. Christopher Waller, Jr.*
W. CHRISTOPHER WALLER, JR. (WAL187)
Attorney for Plaintiff/Counterclaim Defendant

**OF COUNSEL**:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109
Telephone: 334-387-7680
Facsimile: 334-387-3222
Email: CWaller@ball-ball.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

    Collins Pettaway Jr.
    CHESTNUT SANDERS SANDERS PETTAWAY
       & CAMPBELL, L.L.C.
    Post Office Box 1290
    Selma, Alabama 36702-1290

    Alicia Shuford Gordon
    124 Chisholm Street
    Hayneville, Alabama 36040

                                      *s/ W. Christopher Waller, Jr.*
                                      W. CHRISTOPHER WALLER, JR. (WAL187)