IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0230-WKW |
| ) | |
| TOWN OF MOSSES, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon representation of the parties that a settlement of this case is likely, it is ORDERED that the parties shall file a joint status report **on or before July 1, 2008**, informing the court of the status of their settlement negotiations. Upon receipt of the joint status report, the court will determine if a conference in the chambers of the undersigned will be necessary.

DONE this 13th day of June, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE