IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ PLAINTIFF/COUNTERCLAIM DEFENDANT ) ) ) ) vs. ) TOWN OF MOSSES, ALABAMA, and ) ALICIA SHUFFORD-GORDON, ) ) Defendants. ) | Case No.: 2:07-cv-00230-WKW-SRW |

**JOINT STATUS REPORT**

Responsive to this Court's previous Order, Document No. 33, the parties are hereby advising the Court that a settlement between all parties has been reached. However, the parties have been recently made aware that Defendant/Claimant Alicia Shufford-Gordon may have recently filed for bankruptcy. In this respect, the parties will need some additional time to notify the Trustee and confirm with the Bankruptcy Court of the settlement in the above-referenced matter.

In this respect, the parties are very hopeful to get approval from the Bankruptcy Court and file a complete Joint Stipulation of Dismissal in the immediate future.

Respectfully submitted,

*s/ W. Christopher Waller, Jr.*
RICHARD A. BALL, JR. (BAL004)
W. CHRISTOPHER WALLER, JR. (WAL187)
Attorney for the Plaintiff/Counterclaim Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Telephone: 334-387-7680
Facsimile: 334-387-3222

        *s/ Collins Pettaway*
        COLLINS PETTAWAY
        Attorney for Defendant, Town of Mosses

**OF COUNSEL:**
CHESTNUT, SANDERS, SANDERS &
    PETTAWAY, L.L.C.
Post Office Box 1290
Selma, Alabama 36702
Telephone:  334-875-9264
Facsimile:   334-875-9853

        *s/ Alicia Shuford-Gordon*
        ALICIA SHUFORD-GORDON
        124 Chisholm Street
        Hayneville, Alabama 36040
        Pro Se