IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0230-WKW |
| | ) |
| TOWN OF MOSSES, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon representation (Doc. # 34) of the parties that a settlement of this case has been reached, it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before July 16, 2008**.

DONE this 3rd day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE