IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY/ PLAINTIFF/COUNTERCLAIM DEFENDANT | ) ) ) ) |
| vs. | ) Case No.: 2:07-cv-00230-WKW-SRW |
| TOWN OF MOSSES, ALABAMA, and ALICIA SHUFORD-GORDON, | ) ) ) |
| Defendants. | ) |

It is hereby STIPULATED and AGREED by and between the Plaintiff/Counterclaim Defendant RLI Insurance Company, Defendant/Counterclaim Plaintiff Town of Mosses, Alabama, and Defendant Alicia Shuford-Gordon that all claims currently pending in this matter as to each and every party, and this lawsuit in its entirety, are to be dismissed with prejudice, with each party to bear his, her or its own costs.

DONE this the 16th day of July 2008.

s/ Collins Pettaway
COLLINS PETTAWAY
Attorney for Defendant/Counterclaim Plaintiff Town of Mosses

OF COUNSEL:
CHESTNUT, SANDERS, SANDERS & PETTAWAY, L.L.C.
Post Office Box 1290
Selma, Alabama 36702
Telephone: 334-875-9264
Facsimile: 334-875-9853

s/ W. Christopher Waller, Jr.
W. CHRISTOPHER WALLER, JR.(WAL187)
RICHARD A. BALL, JR. (BAL004)
Attorneys for Plaintiff/Counterclaim Defendant

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P. A.
P. O. Drawer 2148
Montgomery, AL  36102-2148
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

s/ Alicia Shuford-Gordon
ALICIA SHUFORD-GORDON
124 Chisholm Street
Hayneville, Alabama 36040
Pro Se