IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0230-WKW |
| ) | |
| TOWN OF MOSSES, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' joint stipulation of dismissal (Doc. # 36), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 17th day of July, 2008.

          /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE